**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

**IN RE**

| | |
|---|---|
| **LYNSKEY PERFORMANCE PRODUCTS, LLC** | **Case No. 1:26-bk-11156-NWW** |
| **Debtor in Possession** | **Chapter 11** |

### MOTION TO EXTEND DEFICIENCY DEADLINE

Comes the Debtor in Possession, through counsel, and for its motion states:

1.  This case was commenced on April 30, 2026 as a voluntary Chapter 11 Case.

2.  Pursuant to Bankruptcy Rules 1007(c), the Debtor's deficiency documents, including schedules and the statement of financial affairs were to be filed by May 14, 2026.

3.  The Debtor requires additional time to file his deficiency documents.

4. For cause the Debtor states Debtor's financial records are complicated due to the nature of its business and counsel requires additional time to ensure the accuracy and completeness of the schedules and statement of financial affairs. Additionally, the Debtor's authorized representative is currently ill and unavailable to finalize schedules.

WHEREFORE, the Debtor prays that the Court enter an Order extending the deadline to file deficient documents from 5/14/2026 to 5/28/2026, and for all other just and proper relief.

Respectfully Submitted,

TOM BIBLE LAW

/s/ W. Thomas Bible, Jr
W. Thomas Bible, Jr. (014754)
6112 Shallowford Road
Chattanooga, TN 37421
(423) 424-3116
tom@tombiblelaw.com