**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF TENNESSEE
SOUTHERN DIVISION**

**IN RE**

**LYNSKEY PERFORMANCE**             **Case No. 1:26-bk-11156-NWW**
**PRODUCTS, LLC**

## ORDER

Upon the Debtor in Possession's Motion To Extend Deficiency Deadline and for cause

shown that additional time is required to file the required statements and schedules, it is therefore

**ORDERED** that the deadline by which the Debtor shall file all deficient documents,

including its statement of financial affairs and schedules, is extended from May 14, 2026 to May

28, 2026.  Failure to file the deficiency documents by May 28, 2026 may result in dismissal of

the above case without further notice or hearing.

###

PREPARED FOR ENTRY:

TOM BIBLE LAW


/s/ W. Thomas Bible, Jr.
 W. Thomas Bible, Jr. (014754)
6112 Shallowford Rd
Chattanooga, TN 37421
(423) 424-3116