U2026012727

[redacted]

UCC Doc #: U2025112699
Filed: 08/04/2025 01:58 PM
Tre Hargett
Secretary of State

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
CSC 1-800-858-5294

B. E-MAIL CONTACT AT SUBMITTER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

4273 335 Filed In: TN
CSC Department Of State
801 Adlai Stevenson Drive
Springfield, IL 62703

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: LYNSKEY PERFORMANCE PRODUCTS, LLC

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3911 Volunteer Drive | Chattanooga | TN | 37416 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: FirstBank

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 722 Columbia Ave | Franklin | TN | 37064 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

Maximum principal indebtedness for Tennessee recording tax purposes is $600,000.00.

All property of Debtor described on Exhibit A attached hereto.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA: 1310112517

4273 335

**EXHIBIT A**

**DESCRIPTION OF COLLATERAL**

All of the following, whether now owned or existing or hereafter created, acquired or arising, and wherever located:

All assets and personal Property (whether tangible or intangible) of any nature whatsoever of Debtor, including without limitation all of the following of Debtor: all Accounts; all Equipment; all Goods; all Inventory; all Instruments; all Chattel Paper; all Fixtures; all Contract Rights; all Documents; all General Intangibles (including Payment Intangibles); all Software; all Intellectual Property, trade secrets, names, trademarks, service marks, patents, copyrights and inventions; all Deposit Accounts; all Securities; all Investment Property; all Letter-of-Credit Rights; all Commercial Tort Claims; all Money; all Supporting Obligations; all Property of Debtor now or at any time or times hereafter in the possession or under the control of Secured Party; and all licenses, permits, authorizations and governmental approvals at any time now or hereafter used or employed in the operation of Debtor's business; and

All sales contracts relating to any of the foregoing; all books and records, statements of account, operating statements, periodic reports, balance sheets, profit and loss statements, financial statements, checkbooks, deposit receipts and all other business and financial records and statements of any nature relating to any of the foregoing; all computer time, computer runs, computer software and services, computer programs, computer apparatus and computer hardware relating to any of the foregoing; all parts, accessions, appurtenances, additions, accessories or equipment placed on or added to any of the foregoing; all tooling, spare parts, hardware and operating manuals relating to any of the foregoing; all improvements to any of the foregoing; all accessions and modifications to and substitutions and replacements for any of the foregoing; and all proceeds and products of any of the foregoing, including all proceeds from Debtor's insurance policies which in any way relate to any of the foregoing and all proceeds and payments owing to the insured under such insurance policies.