**Fill in this information to identify the case:**

Debtor name   **Lynskey Performance Products, LLC**

United States Bankruptcy Court for the:   EASTERN   DISTRICT OF TENNESSEE

Case number (if known)   **1:26-bk-11156**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

| | Name of institution | Type of account | Last 4 digits | Current value |
| --- | --- | --- | --- | --- |
| 3.1. | **1st Horizon Bank** | **Business Checking** | **2936** | **Unknown** |
| 3.2. | **Chase Bank** | **Business Checking** | **8830** | **Unknown** |
| 3.3. | **First Bank** | **Business Checking** | **8506** | **$2,500.00** |
| 3.4. | **Millenium Bank** | **Business Checking** | **8643** | **$76,000.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$78,500.00** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | Case number (If known) | **1:26-bk-11156** |
|---|---|---|---|
| | Name | | |

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| **Work in progress** | | **$0.00** | | **$0.00** |

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84.

| $0.00 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

---

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

| Debtor | **Lynskey Performance Products, LLC** | Case number (If known) | **1:26-bk-11156** |
|---|---|---|---|
| | Name | | |

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **3911 Volunteer Drive, Chattanooga TN 37416** | | **$0.00** | **Appraisal 2024** | **$2,300,000.00** |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$2,300,000.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets**<br>**Trademark-** | **$0.00** | | **Unknown** |
| **61.** **Internet domain names and websites**<br>**Lynskeyperformance.com** | **$0.00** | | **Unknown** |

**62.** **Licenses, franchises, and royalties**

**63.** **Customer lists, mailing lists, or other compilations**

**64.** **Other intangibles, or intellectual property**

**65.** **Goodwill**

Official Form 206A/B   Schedule A/B Assets - Real and Personal Property   page 3

Debtor    **Lynskey Performance Products, LLC**                                    Case number (*If known*)  **1:26-bk-11156**

Name

66.    **Total of Part 10.**                                                                        $0.00

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **See listing** | $2,300,000.00 |

78.    **Total of Part 11.**                                                                        $2,300,000.00

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Lynskey Performance Products, LLC**                    Case number *(If known)* **1:26-bk-11156**
_____Name_____

---

Part 12:          **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $78,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.............................................>* | | $2,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,300,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,378,500.00 | + 91b. $2,300,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,678,500.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

62390  Lynskey Performance Products, LLC

08/27/2025  9:18 AM

**Tax Asset Detail    1/01/24 - 12/31/24**

Page 1

FYE: 12/31/2024

**Group:**

| Asset | d t | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | OFFICE CHAIR/JOE R | 1/31/06 | 363.00 | 0.00 | 0.00 | 363.00 | 0.00 | 363.00 | 0.00 | S/L | 5.00 |
| 2 | | STENCIL MACHINE | 11/15/07 | 1,695.00 | 0.00 | 0.00 | 1,695.00 | 0.00 | 1,695.00 | 0.00 | S/L | 5.00 |
| 3 | | HEAVY DUTY STORAGE CABIN | 3/15/09 | 470.00 | 0.00 | 0.00 | 470.00 | 0.00 | 470.00 | 0.00 | S/L | 5.00 |
| 4 | | ADAM  CFW1302A  ELECTRONI | 3/31/09 | 740.00 | 0.00 | 0.00 | 740.00 | 0.00 | 740.00 | 0.00 | S/L | 5.00 |
| 5 | | FLOOR STAND WATER COOLEI | 6/24/09 | 385.00 | 0.00 | 0.00 | 385.00 | 0.00 | 385.00 | 0.00 | S/L | 5.00 |
| 6 | | FOLDING TABLE AND CHAIRS | 12/17/10 | 704.00 | 0.00 | 0.00 | 704.00 | 0.00 | 704.00 | 0.00 | S/L | 5.00 |
| 7 | | FLOW PRO PREMIUM  COOLIN( | 5/16/11 | 690.00 | 0.00 | 0.00 | 690.00 | 0.00 | 690.00 | 0.00 | S/L | 5.00 |
| 8 | | 4 CHAIRS | 8/15/11 | 345.00 | 0.00 | 0.00 | 345.00 | 0.00 | 345.00 | 0.00 | S/L | 5.00 |
| 9 | | PLASMA TV | 3/26/12 | 1,000.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 | S/L | 5.00 |
| 10 | | REFRIGERATOR | 3/26/12 | 1,900.00 | 0.00 | 0.00 | 1,900.00 | 0.00 | 1,900.00 | 0.00 | S/L | 5.00 |
| 11 | | STOVE | 3/26/12 | 500.00 | 0.00 | 0.00 | 500.00 | 0.00 | 500.00 | 0.00 | S/L | 5.00 |
| 12 | | 10 CONFERENCE ROOM  CHAIF | 3/29/12 | 1,000.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 | S/L | 5.00 |
| 13 | | 13 CLASSROOM  DESK TABLES | 3/29/12 | 1,950.00 | 0.00 | 0.00 | 1,950.00 | 0.00 | 1,950.00 | 0.00 | S/L | 5.00 |
| 14 | | 23 CLASSROOM  METAL CHAIF | 3/29/12 | 1,150.00 | 0.00 | 0.00 | 1,150.00 | 0.00 | 1,150.00 | 0.00 | S/L | 5.00 |
| 15 | | 3 DESK CHAIRS | 3/29/12 | 240.00 | 0.00 | 0.00 | 240.00 | 0.00 | 240.00 | 0.00 | S/L | 5.00 |
| 16 | | 3 PANELED WORKSTATIONS | 3/29/12 | 2,670.00 | 0.00 | 0.00 | 2,670.00 | 0.00 | 2,670.00 | 0.00 | S/L | 5.00 |
| 17 | | 6 PANELED WORKSTATIONS | 3/29/12 | 4,560.00 | 0.00 | 0.00 | 4,560.00 | 0.00 | 4,560.00 | 0.00 | S/L | 5.00 |
| 18 | | 6 PANELED WORKSTATIONS | 3/29/12 | 5,820.00 | 0.00 | 0.00 | 5,820.00 | 0.00 | 5,820.00 | 0.00 | S/L | 5.00 |
| 19 | | 8 WORKSTATION  CHAIRS (A&I | 3/29/12 | 640.00 | 0.00 | 0.00 | 640.00 | 0.00 | 640.00 | 0.00 | S/L | 5.00 |
| 20 | | CLASSROOM  FURNITURE | 3/29/12 | 600.00 | 0.00 | 0.00 | 600.00 | 0.00 | 600.00 | 0.00 | S/L | 5.00 |
| 21 | | CONFERENCE ROOM  FURNITU | 3/29/12 | 585.00 | 0.00 | 0.00 | 585.00 | 0.00 | 585.00 | 0.00 | S/L | 5.00 |
| 22 | | CONFERENCE TABLES | 3/29/12 | 4,000.00 | 0.00 | 0.00 | 4,000.00 | 0.00 | 4,000.00 | 0.00 | S/L | 5.00 |
| 23 | | OFFICE 1 FURNITURE | 3/29/12 | 460.00 | 0.00 | 0.00 | 460.00 | 0.00 | 460.00 | 0.00 | S/L | 5.00 |
| 24 | | OFFICE 2 FURNITURE | 3/29/12 | 1,215.00 | 0.00 | 0.00 | 1,215.00 | 0.00 | 1,215.00 | 0.00 | S/L | 5.00 |
| 25 | | OFFICE 3 FURNITURE | 3/29/12 | 710.00 | 0.00 | 0.00 | 710.00 | 0.00 | 710.00 | 0.00 | S/L | 5.00 |
| 26 | | PLANT OFFICE FURNITURE | 3/29/12 | 300.00 | 0.00 | 0.00 | 300.00 | 0.00 | 300.00 | 0.00 | S/L | 5.00 |
| 27 | | RECEPTION AREA FURNITURE | 3/29/12 | 945.00 | 0.00 | 0.00 | 945.00 | 0.00 | 945.00 | 0.00 | S/L | 5.00 |
| 28 | | SALES OFFICE 1 FURNITURE | 3/29/12 | 1,240.00 | 0.00 | 0.00 | 1,240.00 | 0.00 | 1,240.00 | 0.00 | S/L | 5.00 |
| 29 | | SALES OFFICE 3 FURNITURE | 3/29/12 | 480.00 | 0.00 | 0.00 | 480.00 | 0.00 | 480.00 | 0.00 | S/L | 5.00 |
| 30 | | STORAGE AREA  1 FURNITURE | 3/29/12 | 300.00 | 0.00 | 0.00 | 300.00 | 0.00 | 300.00 | 0.00 | S/L | 5.00 |
| 31 | | STORAGE AREA 2 FURNITURE | 3/29/12 | 370.00 | 0.00 | 0.00 | 370.00 | 0.00 | 370.00 | 0.00 | S/L | 5.00 |
| 32 | | WORKSTATION  B FURNITURE | 3/29/12 | 180.00 | 0.00 | 0.00 | 180.00 | 0.00 | 180.00 | 0.00 | S/L | 5.00 |
| 33 | | OFFICE PANELS | 6/13/12 | 3,760.00 | 0.00 | 0.00 | 3,760.00 | 0.00 | 3,760.00 | 0.00 | S/L | 5.00 |
| 34 | | OFFICE PANELS | 7/16/12 | 665.00 | 0.00 | 0.00 | 665.00 | 0.00 | 665.00 | 0.00 | S/L | 5.00 |
| 35 | | OFFICE PANELS | 7/16/12 | 1,340.00 | 0.00 | 0.00 | 1,340.00 | 0.00 | 1,340.00 | 0.00 | S/L | 5.00 |
| 36 | | REFRIGERATOR | 7/16/12 | 1,961.00 | 0.00 | 0.00 | 1,961.00 | 0.00 | 1,961.00 | 0.00 | S/L | 5.00 |
| 37 | | HP PRO DESK 600 G6 TOWERS | 2/10/22 | 2,277.00 | 0.00 | 0.00 | 683.10 | 455.40 | 1,138.50 | 1,138.50 | S/L | 5.0 |
| 38 | | LABOR - INSTALL COMPUTERS | 2/10/22 | 550.00 | 0.00 | 0.00 | 165.00 | 110.00 | 275.00 | 275.00 | S/L | 5.0 |
| 39 | | LOGITECH  KEYBOARD & MOU | 2/10/22 | 60.00 | 0.00 | 0.00 | 18.00 | 12.00 | 30.00 | 30.00 | S/L | 5.0 |
| 40 | | INSTALL & CONFIGURE 3 NEW | 3/21/22 | 440.00 | 0.00 | 0.00 | 132.00 | 88.00 | 220.00 | 220.00 | S/L | 5.0 |
| 41 | | REBUILD LESLIE'S COMPUTER | 3/21/22 | 210.00 | 0.00 | 0.00 | 63.00 | 42.00 | 105.00 | 105.00 | S/L | 5.0 |
| 42 | | PORTABLE FLEXABLE VIDEO | 6/07/10 | 1,417.00 | 0.00 | 708.50 | 1,417.00 | 0.00 | 1,417.00 | 0.00 | 200DB | 5.0 |
| 43 | | MIX  WORKSTATION  RAISIN ( | 10/06/10 | 765.00 | 0.00 | 765.00 | 765.00 | 0.00 | 765.00 | 0.00 | 200DB | 5.0 |
| 44 | | INTEL 15-2400 QUAD CORE WK | 7/27/11 | 1,325.00 | 0.00 | 1,325.00 | 1,325.00 | 0.00 | 1,325.00 | 0.00 | 200DB | 5.0 |
| 45 | | Sl200V3RPS SERVER SYSTEM | 3/25/15 | 4,734.00 | 0.00 | 2,367.00 | 4,734.00 | 0.00 | 4,734.00 | 0.00 | 200DB | 5.0 |
| 46 | | OFFICE PANELS- BENTCO | 4/12/18 | 4,918.00 | 0.00 | 4,918.00 | 4,918.00 | 0.00 | 4,918.00 | 0.00 | 200DB | 5.0 |
| 47 | | 2 ULTRA HD 4K MONITORS P21 | 8/18/22 | 524.00 | 0.00 | 0.00 | 157.20 | 104.80 | 262.00 | 262.00 | S/L | 5.0 |
| 48 | | USB TYPEC | 8/18/22 | 21.00 | 0.00 | 0.00 | 6.30 | 4.20 | 10.50 | 10.50 | S/L | 5.0 |
| 49 | | ANGLE FINISHING DE | 1/31/06 | 3,600.00 | 0.00 | 0.00 | 3,600.00 | 0.00 | 3,600.00 | 0.00 | 200DB | 5.0 |

62390  Lynskey Performance Products, LLC                                             08/27/2025  9:18 AM

## Tax Asset Detail    1/01/24 - 12/31/24

Page 2

FYE: 12/31/2024

| Asset | d t | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group:** | | **(continued)** | | | | | | | | | | |
| 50 | | BOTTOM  BRACKET  T | 1/31/06 | 628.00 | 0.00 | 0.00 | 628.00 | 0.00 | 628.00 | 0.00 | 200DB | 5.0 |
| 51 | | GRANITE SURFACE/FI | 1/31/06 | 326.00 | 0.00 | 0.00 | 326.00 | 0.00 | 326.00 | 0.00 | 200DB | 5.0 |
| 52 | | STANDS AND WORK | 1/31/06 | 9,081.00 | 0.00 | 0.00 | 9,081.00 | 0.00 | 9,081.00 | 0.00 | 200DB | 5.0 |
| 53 | | TUBE SEAM  WELDER | 1/31/06 | 352.00 | 0.00 | 0.00 | 352.00 | 0.00 | 352.00 | 0.00 | 200DB | 5.0 |
| 54 | | WELDING JIGS (4) | 1/31/06 | 6,040.00 | 0.00 | 0.00 | 6,040.00 | 0.00 | 6,040.00 | 0.00 | 200DB | 5.0 |
| 55 | | TUBE SANDER MACHINE | 10/10/06 | 2,260.00 | 0.00 | 0.00 | 2,260.00 | 0.00 | 2,260.00 | 0.00 | 200DB | 5.0 |
| 56 | | STEADY-REST  BREAK | 10/20/06 | 6,626.00 | 0.00 | 0.00 | 6,626.00 | 0.00 | 6,626.00 | 0.00 | 200DB | 5.0 |
| 57 | | BOTTOM  BRACKET  F | 11/01/06 | 980.00 | 0.00 | 0.00 | 980.00 | 0.00 | 980.00 | 0.00 | 200DB | 5.0 |
| 58 | | SEAT  STAY | 11/02/06 | 2,732.00 | 0.00 | 0.00 | 2,732.00 | 0.00 | 2,732.00 | 0.00 | 200DB | 5.0 |
| 59 | | SISKIN STEEL BUILD | 1/11/07 | 250.00 | 0.00 | 0.00 | 250.00 | 0.00 | 250.00 | 0.00 | 200DB | 5.0 |
| 60 | | SISKIN STEEL BUILD J | 3/05/07 | 779.00 | 0.00 | 0.00 | 779.00 | 0.00 | 779.00 | 0.00 | 200DB | 5.0 |
| 61 | | LABOR FOR JIGS | 6/30/07 | 112,000.00 | 0.00 | 0.00 | 112,000.00 | 0.00 | 112,000.00 | 0.00 | 200DB | 5.0 |
| 62 | | SISKIN STEEL BUILD J | 10/16/07 | 150.00 | 0.00 | 0.00 | 150.00 | 0.00 | 150.00 | 0.00 | 200DB | 5.0 |
| 63 | | SISKIN STEEL BUILD J | 11/19/07 | 737.00 | 0.00 | 0.00 | 737.00 | 0.00 | 737.00 | 0.00 | 200DB | 5.0 |
| 64 | | REAR END FIXTURE | 1/15/08 | 1,402.00 | 0.00 | 701.00 | 1,402.00 | 0.00 | 1,402.00 | 0.00 | 200DB | 5.0 |
| 65 | | TANDEM  FIT AND W | 1/15/08 | 5,774.00 | 0.00 | 2,887.00 | 5,774.00 | 0.00 | 5,774.00 | 0.00 | 200DB | 5.0 |
| 66 | | TUBE ROLL DIES | 1/15/08 | 4,185.00 | 0.00 | 2,092.50 | 4,185.00 | 0.00 | 4,185.00 | 0.00 | 200DB | 5.0 |
| 67 | | PLATE DROPOUT  MI | 2/15/08 | 6,353.00 | 0.00 | 3,176.50 | 6,353.00 | 0.00 | 6,353.00 | 0.00 | 200DB | 5.0 |
| 68 | | REAR END FIXTURE | 2/15/08 | 5,609.00 | 0.00 | 2,804.50 | 5,609.00 | 0.00 | 5,609.00 | 0.00 | 200DB | 5.0 |
| 69 | | ADJUST ABLE BENDIN | 3/15/08 | 1,527.00 | 0.00 | 763.50 | 1,527.00 | 0.00 | 1,527.00 | 0.00 | 200DB | 5.0 |
| 70 | | BAR (WRIGHT) DROP | 4/15/08 | 1,021.00 | 0.00 | 510.50 | 1,021.00 | 0.00 | 1,021.00 | 0.00 | 200DB | 5.0 |
| 71 | | 2 JIG TABLES | 7/21/08 | 7,305.00 | 0.00 | 3,652.50 | 7,305.00 | 0.00 | 7,305.00 | 0.00 | 200DB | 5.0 |
| 72 | | 1 SHOP TABLE | 8/29/08 | 6,298.00 | 0.00 | 3,149.00 | 6,298.00 | 0.00 | 6,298.00 | 0.00 | 200DB | 5.0 |
| 73 | | JIG 3 | 9/26/08 | 5,218.00 | 0.00 | 2,609.00 | 5,218.00 | 0.00 | 5,218.00 | 0.00 | 200DB | 5.0 |
| 74 | | WELDING JIG 5 | 12/22/08 | 4,888.00 | 0.00 | 2,444.00 | 4,888.00 | 0.00 | 4,888.00 | 0.00 | 200DB | 5.0 |
| 75 | | WELDING JIG 6 | 12/23/08 | 4,888.00 | 0.00 | 2,444.00 | 4,888.00 | 0.00 | 4,888.00 | 0.00 | 200DB | 5.0 |
| 76 | | MITRE JIGS | 8/10/09 | 2,044.00 | 0.00 | 1,022.00 | 2,044.00 | 0.00 | 2,044.00 | 0.00 | 200DB | 5.0 |
| 77 | | NUT RUNNER (AIR TOOL) | 9/18/09 | 3,325.00 | 0.00 | 1,662.50 | 3,325.00 | 0.00 | 3,325.00 | 0.00 | 200DB | 5.0 |
| 78 | | SUB ASSEMBLY WELDING JIGS | 9/27/09 | 1,721.00 | 0.00 | 860.50 | 1,721.00 | 0.00 | 1,721.00 | 0.00 | 200DB | 5.0 |
| 79 | | JIGS - SOUTHERN  STEEL | 1/31/13 | 1,299.00 | 0.00 | 649.50 | 1,299.00 | 0.00 | 1,299.00 | 0.00 | 200DB | 5.0 |
| 80 | | CNC EQUIPMENT | 6/14/16 | 3,407.00 | 0.00 | 1,703.50 | 3,407.00 | 0.00 | 3,407.00 | 0.00 | 200DB | 5.0 |
| 81 | | WELDING MACHINE | 8/27/16 | 2,491.00 | 0.00 | 1,245.50 | 2,491.00 | 0.00 | 2,491.00 | 0.00 | 200DB | 5.0 |
| 82 | | WELDER MACHINE | 3/20/17 | 3,449.00 | 0.00 | 1,724.50 | 3,449.00 | 0.00 | 3,449.00 | 0.00 | 200DB | 5.0 |
| 83 | | JIG | 6/20/17 | 1,216.00 | 0.00 | 608.00 | 1,216.00 | 0.00 | 1,216.00 | 0.00 | 200DB | 5.0 |
| 84 | | QUINCY 125 CFM  REFRIGERAT | 1/15/19 | 2,653.00 | 0.00 | 2,500.20 | 2,500.20 | 152.80 | 2,653.00 | 0.00 | 200DB | 5.0 |
| 85 | | DRILL PRESS | 6/18/19 | 2,000.00 | 0.00 | 1,884.80 | 1,884.80 | 115.20 | 2,000.00 | 0.00 | 200DB | 5.0 |
| 86 | | 4COMPUTERS | 1/31/06 | 7,000.00 | 0.00 | 0.00 | 7,000.00 | 0.00 | 7,000.00 | 0.00 | 200DB | 5.0 |
| 87 | | COMPUTER | 5/21/08 | 910.00 | 0.00 | 455.00 | 910.00 | 0.00 | 910.00 | 0.00 | 200DB | 5.0 |
| 88 | | SONYVIAO NOTEBOOK  COMP | 4/06/09 | 1,038.00 | 0.00 | 519.00 | 1,038.00 | 0.00 | 1,038.00 | 0.00 | 200DB | 5.0 |
| 89 | | INTEL TOM COVE DESKT | 11/09/10 | 1,448.00 | 0.00 | 1,448.00 | 1,448.00 | 0.00 | 1,448.00 | 0.00 | 200DB | 5.0 |
| 90 | | DCG620 WORKSTATION  COMP | 10/18/11 | 675.00 | 0.00 | 675.00 | 675.00 | 0.00 | 675.00 | 0.00 | 200DB | 5.0 |
| 91 | | ASUS 2.3GIG NOTEBOOK  COM | 8/27/12 | 1,370.00 | 0.00 | 685.00 | 1,370.00 | 0.00 | 1,370.00 | 0.00 | 200DB | 5.0 |
| 92 | | NEW COMPUTER - THERESA | 2/18/13 | 976.00 | 0.00 | 488.00 | 976.00 | 0.00 | 976.00 | 0.00 | 200DB | 5.0 |
| 93 | | COMPUTER  EQUIPMENT | 6/10/13 | 2,315.00 | 0.00 | 1,157.50 | 2,315.00 | 0.00 | 2,315.00 | 0.00 | 200DB | 5.0 |
| 94 | | COMPUTER  FOR CHRIS | 6/14/13 | 1,183.00 | 0.00 | 591.50 | 1,183.00 | 0.00 | 1,183.00 | 0.00 | 200DB | 5.0 |
| 95 | | NEW COMPUTER IN SALES | 6/19/13 | 1,403.00 | 0.00 | 701.50 | 1,403.00 | 0.00 | 1,403.00 | 0.00 | 200DB | 5.0 |
| 96 | | COMPUTER  FOR MARKETING | 10/14/13 | 1,519.00 | 0.00 | 759.50 | 1,519.00 | 0.00 | 1,519.00 | 0.00 | 200DB | 5.0 |
| 97 | | DAN COMPUTER | 3/26/14 | 977.00 | 0.00 | 488.50 | 977.00 | 0.00 | 977.00 | 0.00 | 200DB | 5.0 |
| 98 | | PLANT  MANAGER COMPUTER | 5/21/14 | 1,207.00 | 0.00 | 603.50 | 1,207.00 | 0.00 | 1,207.00 | 0.00 | 200DB | 5.0 |

62390  Lynskey Performance Products, LLC

08/27/2025  9:18 AM

**Tax Asset Detail    1/01/24 - 12/31/24**

Page 3

FYE: 12/31/2024

| Asset | d t | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group:** | | **(continued)** | | | | | | | | | | |
| 99 | | CHAD RUCKS COMPUTER LEN | 8/20/14 | 1,136.00 | 0.00 | 568.00 | 1,136.00 | 0.00 | 1,136.00 | 0.00 | 200DB | 5.0 |
| 100 | | CUSTOMER SERVICE COMPUT | 10/08/14 | 1,048.00 | 0.00 | 524.00 | 1,048.00 | 0.00 | 1,048.00 | 0.00 | 200DB | 5.0 |
| 101 | | PURCHASING  COMPUTER A | 10/08/14 | 1,048.00 | 0.00 | 524.00 | 1,048.00 | 0.00 | 1,048.00 | 0.00 | 200DB | 5.0 |
| 102 | | STEVE FRONT OFFICE COMPU | 10/27/14 | 1,378.00 | 0.00 | 689.00 | 1,378.00 | 0.00 | 1,378.00 | 0.00 | 200DB | 5.0 |
| 103 | | SAMANTHA P DRAFTING COMI | 11/15/15 | 1,125.00 | 0.00 | 562.50 | 1,125.00 | 0.00 | 1,125.00 | 0.00 | 200DB | 5.0 |
| 104 | | NEW COMPUTER CASSIE | 9/27/17 | 1,212.00 | 0.00 | 606.00 | 1,212.00 | 0.00 | 1,212.00 | 0.00 | 200DB | 5.0 |
| 105 | | NEW COMPUTER CORBIN | 11/17/17 | 1,118.00 | 0.00 | 1,118.00 | 1,118.00 | 0.00 | 1,118.00 | 0.00 | 200DB | 5.0 |
| 106 | | NEW COMPUTER  BRETT | 12/15/17 | 1,117.00 | 0.00 | 1,117.00 | 1,117.00 | 0.00 | 1,117.00 | 0.00 | 200DB | 5.0 |
| 107 | | HP ENVY LAPTOP MARKETI | 4/18/18 | 1,005.00 | 0.00 | 1,005.00 | 1,005.00 | 0.00 | 1,005.00 | 0.00 | 200DB | 5.0 |
| 108 | | LENOVO NOTEBOOK | 4/18/18 | 1,573.00 | 0.00 | 1,573.00 | 1,573.00 | 0.00 | 1,573.00 | 0.00 | 200DB | 5.0 |
| 109 | | APPLE COMPUTER  FOR MARK | 6/20/19 | 3,606.00 | 0.00 | 3,398.20 | 3,398.20 | 207.80 | 3,606.00 | 0.00 | 200DB | 5.0 |
| 110 | | COMPUTER  FOR MARKETING | 8/29/19 | 3,307.00 | 0.00 | 3,116.60 | 3,116.60 | 190.40 | 3,307.00 | 0.00 | 200DB | 5.0 |
| 111 | | COMPUTER | 8/05/20 | 1,016.00 | 0.00 | 840.32 | 840.32 | 117.12 | 957.44 | 58.56 | 200DB | 5.0 |
| 112 | | SUPERMICRO  ICPU SERVER SY | 12/10/21 | 6,278.00 | 0.00 | 4,130.96 | 4,130.96 | 858.82 | 4,989.78 | 1,288.22 | 200DB | 5.0 |
| 113 | | LABOR FOR NEW SERVER | 12/28/21 | 550.00 | 0.00 | 362.08 | 362.08 | 75.17 | 437.25 | 112.75 | 200DB | 5.0 |
| 114 | | VANZANT  ENTERPRI | 1/18/06 | 3,395.00 | 0.00 | 0.00 | 3,395.00 | 0.00 | 3,395.00 | 0.00 | 200DB | 5.0 |
| 115 | | GRAMER.EQUIP | 1/23/06 | 4,500.00 | 0.00 | 0.00 | 4,500.00 | 0.00 | 4,500.00 | 0.00 | 200DB | 5.0 |
| 116 | | 5 HP CENTERLESS DR | 1/24/06 | 7,123.00 | 0.00 | 0.00 | 7,123.00 | 0.00 | 7,123.00 | 0.00 | 200DB | 5.0 |
| 117 | | GRINDER-POLISHER | 1/24/06 | 3,280.00 | 0.00 | 0.00 | 3,280.00 | 0.00 | 3,280.00 | 0.00 | 200DB | 5.0 |
| 118 | | HOLSTON WELDING | 1/30/06 | 2,160.00 | 0.00 | 0.00 | 2,160.00 | 0.00 | 2,160.00 | 0.00 | 200DB | 5.0 |
| 119 | | PERFECTION  USED | 1/31/06 | 2,950.00 | 0.00 | 0.00 | 2,950.00 | 0.00 | 2,950.00 | 0.00 | 200DB | 5.0 |
| 120 | | SANDMASTER EQUIP | 2/15/06 | 6,999.00 | 0.00 | 0.00 | 6,999.00 | 0.00 | 6,999.00 | 0.00 | 200DB | 5.0 |
| 121 | | KEMPER-FENN  SWA | 2/16/06 | 8,450.00 | 0.00 | 0.00 | 8,450.00 | 0.00 | 8,450.00 | 0.00 | 200DB | 5.0 |
| 122 | | AMER GRINDING | 3/09/06 | 1,263.00 | 0.00 | 0.00 | 1,263.00 | 0.00 | 1,263.00 | 0.00 | 200DB | 5.0 |
| 123 | | USED MILLING MACH | 6/06/06 | 600.00 | 0.00 | 0.00 | 600.00 | 0.00 | 600.00 | 0.00 | 200DB | 5.0 |
| 124 | | LINEAL BEARING | 8/16/06 | 1,829.00 | 0.00 | 0.00 | 1,829.00 | 0.00 | 1,829.00 | 0.00 | 200DB | 5.0 |
| 125 | | RBI  HP DESIGN JET 5 | 11/07/06 | 3,150.00 | 0.00 | 0.00 | 3,150.00 | 0.00 | 3,150.00 | 0.00 | 200DB | 5.0 |
| 126 | | MILWAUKEE HORIZO | 1/09/07 | 450.00 | 0.00 | 0.00 | 450.00 | 0.00 | 450.00 | 0.00 | 200DB | 5.0 |
| 127 | | YODER FORMING MIL | 2/25/07 | 1,000.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 1,000.00 | 0.00 | 200DB | 5.0 |
| 128 | | PRECISION  TIG WELD | 4/09/07 | 2,677.00 | 0.00 | 0.00 | 2,677.00 | 0.00 | 2,677.00 | 0.00 | 200DB | 5.0 |
| 129 | | EAGLE BENING MACH | 5/10/07 | 5,200.00 | 0.00 | 0.00 | 5,200.00 | 0.00 | 5,200.00 | 0.00 | 200DB | 5.0 |
| 130 | | PINES TUBE BENDER | 5/16/07 | 9,500.00 | 0.00 | 0.00 | 9,500.00 | 0.00 | 9,500.00 | 0.00 | 200DB | 5.0 |
| 131 | | MAZAK CNC MACHINE | 10/12/07 | 89,500.00 | 0.00 | 0.00 | 89,500.00 | 0.00 | 89,500.00 | 0.00 | 200DB | 5.0 |
| 132 | | MAZAK CNC MACHINE | 10/12/07 | 122,000.00 | 0.00 | 0.00 | 122,000.00 | 0.00 | 122,000.00 | 0.00 | 200DB | 5.0 |
| 133 | | (2) MILLING MACHINE | 5/14/08 | 978.00 | 0.00 | 489.00 | 978.00 | 0.00 | 978.00 | 0.00 | 200DB | 5.0 |
| 134 | | FACING & TAPPING | 9/02/08 | 26,060.00 | 0.00 | 13,030.00 | 26,060.00 | 0.00 | 26,060.00 | 0.00 | 200DB | 5.0 |
| 135 | | BROWN & SHARP HORIZONTAI | 2/11/09 | 1,200.00 | 0.00 | 600.00 | 1,200.00 | 0.00 | 1,200.00 | 0.00 | 200DB | 5.0 |
| 136 | | J HEAD MILLING MACHINE | 6/05/09 | 6,506.00 | 0.00 | 3,253.00 | 6,506.00 | 0.00 | 6,506.00 | 0.00 | 200DB | 5.0 |
| 137 | | WELDING MACHINE (PRECISIO | 7/27/09 | 3,459.00 | 0.00 | 1,729.50 | 3,459.00 | 0.00 | 3,459.00 | 0.00 | 200DB | 5.0 |
| 138 | | SHOP TABLES | 8/10/09 | 543.00 | 0.00 | 271.50 | 543.00 | 0.00 | 543.00 | 0.00 | 200DB | 5.0 |
| 139 | | SHOP TABLES | 8/10/09 | 648.00 | 0.00 | 324.00 | 648.00 | 0.00 | 648.00 | 0.00 | 200DB | 5.0 |
| 140 | | 12 SPEED 16 3/8 MILL DRILL | 12/12/09 | 1,561.00 | 0.00 | 780.50 | 1,561.00 | 0.00 | 1,561.00 | 0.00 | 200DB | 5.0 |
| 141 | | 20 X 80 GAP BED LATHE SYSTE | 12/12/09 | 11,342.00 | 0.00 | 5,671.00 | 11,342.00 | 0.00 | 11,342.00 | 0.00 | 200DB | 5.0 |
| 142 | | 9 X 48 J HEAD MILLING MACHI | 12/12/09 | 6,617.00 | 0.00 | 3,308.50 | 6,617.00 | 0.00 | 6,617.00 | 0.00 | 200DB | 5.0 |
| 143 | | LATHE TOOLS | 12/12/09 | 216.00 | 0.00 | 108.00 | 216.00 | 0.00 | 216.00 | 0.00 | 200DB | 5.0 |
| 144 | | 6 JAW WIDTH SWVL BASE GIBI | 1/02/10 | 281.00 | 0.00 | 140.50 | 281.00 | 0.00 | 281.00 | 0.00 | 200DB | 5.0 |
| 145 | | 1-1/2 B.MOORE VERTICAL JIG E | 1/07/10 | 1,250.00 | 0.00 | 625.00 | 1,250.00 | 0.00 | 1,250.00 | 0.00 | 200DB | 5.0 |
| 146 | | ATLANTIC SERIES 4000 VERTIC | 1/07/10 | 875.00 | 0.00 | 437.50 | 875.00 | 0.00 | 875.00 | 0.00 | 200DB | 5.0 |
| 147 | | MANEX VERTICAL JIG BORER | 1/07/10 | 875.00 | 0.00 | 437.50 | 875.00 | 0.00 | 875.00 | 0.00 | 200DB | 5.0 |

62390  Lynskey Performance Products, LLC

08/27/2025  9:18 AM

**Tax Asset Detail    1/01/24 - 12/31/24**

Page 4

FYE: 12/31/2024

| Asset | d t | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group:** | | **(continued)** | | | | | | | | | | |
| 148 | | BRIDGEPORT  TYPE RIGHT AN( | 2/10/10 | 530.00 | 0.00 | 265.00 | 530.00 | 0.00 | 530.00 | 0.00 | 200DB | 5.0 |
| 149 | | DCS WET EXTRACTOR SWC 10 | 4/07/10 | 10,600.00 | 0.00 | 5,300.00 | 10,600.00 | 0.00 | 10,600.00 | 0.00 | 200DB | 5.0 |
| 150 | | ROTARY SCREW COMPRESSOF | 10/01/10 | 7,109.00 | 0.00 | 7,109.00 | 7,109.00 | 0.00 | 7,109.00 | 0.00 | 200DB | 5.0 |
| 151 | | WELDING MACHINE (BLD 3) | 11/09/10 | 2,373.00 | 0.00 | 2,373.00 | 2,373.00 | 0.00 | 2,373.00 | 0.00 | 200DB | 5.0 |
| 152 | | 6X48 3/4HP SANDER | 11/22/10 | 410.00 | 0.00 | 410.00 | 410.00 | 0.00 | 410.00 | 0.00 | 200DB | 5.0 |
| 153 | | WELDING MACHINE | 5/10/11 | 4,471.00 | 0.00 | 4,471.00 | 4,471.00 | 0.00 | 4,471.00 | 0.00 | 200DB | 5.0 |
| 154 | | 18 WELDER VERTICAL BANDS, | 6/13/11 | 2,525.00 | 0.00 | 2,525.00 | 2,525.00 | 0.00 | 2,525.00 | 0.00 | 200DB | 5.0 |
| 155 | | TUMBLER VIBARTORY DEBUR | 7/28/11 | 2,100.00 | 0.00 | 2,100.00 | 2,100.00 | 0.00 | 2,100.00 | 0.00 | 200DB | 5.0 |
| 156 | | WELDER TMHK 375 AIR | 8/04/11 | 1,300.00 | 0.00 | 1,300.00 | 1,300.00 | 0.00 | 1,300.00 | 0.00 | 200DB | 5.0 |
| 157 | | 2 USED ONLY DUFOUR | 9/07/11 | 6,500.00 | 0.00 | 6,500.00 | 6,500.00 | 0.00 | 6,500.00 | 0.00 | 200DB | 5.0 |
| 158 | | 1X42 BELT 8 DISC  l/3HP JET BE | 9/15/11 | 444.00 | 0.00 | 444.00 | 444.00 | 0.00 | 444.00 | 0.00 | 200DB | 5.0 |
| 159 | | COAST  TUBE BENDER | 9/16/11 | 6,500.00 | 0.00 | 6,500.00 | 6,500.00 | 0.00 | 6,500.00 | 0.00 | 200DB | 5.0 |
| 160 | | DP700 12X36 2AXIS NEW ALL C | 9/16/11 | 1,215.00 | 0.00 | 1,215.00 | 1,215.00 | 0.00 | 1,215.00 | 0.00 | 200DB | 5.0 |
| 161 | | 9X48 J HEAD TPE MILLING MA( | 9/21/11 | 6,200.00 | 0.00 | 6,200.00 | 6,200.00 | 0.00 | 6,200.00 | 0.00 | 200DB | 5.0 |
| 162 | | TIG WELDER PRECISION  K261! | 11/15/11 | 3,196.00 | 0.00 | 3,196.00 | 3,196.00 | 0.00 | 3,196.00 | 0.00 | 200DB | 5.0 |
| 163 | | BRUTE FORCE SANDING MACH | 12/19/11 | 1,174.00 | 0.00 | 1,174.00 | 1,174.00 | 0.00 | 1,174.00 | 0.00 | 200DB | 5.0 |
| 164 | | 5 DESK CHAIRS | 3/29/12 | 400.00 | 0.00 | 200.00 | 400.00 | 0.00 | 400.00 | 0.00 | 200DB | 5.0 |
| 165 | | PRECISION  TIG 225 | 12/17/12 | 2,307.00 | 0.00 | 1,153.50 | 2,307.00 | 0.00 | 2,307.00 | 0.00 | 200DB | 5.0 |
| 166 | | INTECH FUNDING - WATER JET | 12/23/14 | 53,553.00 | 0.00 | 26,776.50 | 53,553.00 | 0.00 | 53,553.00 | 0.00 | 200DB | 5.0 |
| 167 | | 3/4 M NUTRUNNER - TOOL F | 11/05/15 | 3,140.00 | 0.00 | 1,570.00 | 3,140.00 | 0.00 | 3,140.00 | 0.00 | 200DB | 5.0 |
| 168 | | MINI DESKTOP GRINDER | 6/17/20 | 1,280.00 | 0.00 | 1,032.68 | 1,032.68 | 164.88 | 1,197.56 | 82.44 | 200DB | 5.0 |
| 169 | | SHOP EQUIPMENT | 2/21/21 | 1,065.00 | 0.00 | 815.88 | 815.88 | 99.65 | 915.53 | 149.47 | 200DB | 5.0 |
| 170 | | SHOP EQUIPMENT  - GENERAT( | 3/15/21 | 2,300.00 | 0.00 | 1,761.80 | 1,761.80 | 215.28 | 1,977.08 | 322.92 | 200DB | 5.0 |
| 171 | | SHOP EQUIPMENT | 3/21/21 | 1,339.00 | 0.00 | 1,025.80 | 1,025.80 | 125.28 | 1,151.08 | 187.92 | 200DB | 5.0 |
| 172 | | SHOP EQUIPMENT | 4/22/21 | 1,814.00 | 0.00 | 1,324.40 | 1,324.40 | 195.84 | 1,520.24 | 293.76 | 200DB | 5.0 |
| 173 | | SHOP EQUIPMENT | 9/22/21 | 2,311.00 | 0.00 | 1,603.96 | 1,603.96 | 282.82 | 1,886.78 | 424.22 | 200DB | 5.0 |
| 174 | | CS-250EU  110 VOLT  MANUAL | 2/09/22 | 2,679.00 | 0.00 | 0.00 | 803.70 | 535.80 | 1,339.50 | 1,339.50 | S/L | 5.0 |
| 175 | | FRUEHAUF TRAILER UNIT 48' S | 7/10/12 | 3,327.00 | 0.00 | 1,663.50 | 3,327.00 | 0.00 | 3,327.00 | 0.00 | 200DB | 5.0 |
| 176 | | UTILITY TRAILER VV1575 | 7/16/12 | 3,009.00 | 0.00 | 1,504.50 | 3,009.00 | 0.00 | 3,009.00 | 0.00 | 200DB | 5.0 |
| 177 | | PLANT  TRAILER | 6/30/14 | 2,848.00 | 0.00 | 1,424.00 | 2,848.00 | 0.00 | 2,848.00 | 0.00 | 200DB | 5.0 |
| 178 | | INTANGIBLE WEBSITE | 7/01/16 | 256,832.00 | 0.00 | 0.00 | 256,832.00 | 0.00 | 256,832.00 | 0.00 | PRE | 5.0 |
| 179 | | CAMERA ELINCHROM  D-LI | 12/14/10 | 1,001.00 | 0.00 | 1,001.00 | 1,001.00 | 0.00 | 1,001.00 | 0.00 | 200DB | 5.0 |
| 180 | | AMEX - CAMERAS | 6/10/13 | 2,466.00 | 0.00 | 1,233.00 | 2,466.00 | 0.00 | 2,466.00 | 0.00 | 200DB | 5.0 |
| 181 | | FRAME ECLIPSE II 10' ALUMIN| | 9/17/14 | 1,536.00 | 0.00 | 768.00 | 1,536.00 | 0.00 | 1,536.00 | 0.00 | 200DB | 5.0 |
| 182 | | SHELVING | 9/19/17 | 1,005.00 | 0.00 | 502.50 | 1,005.00 | 0.00 | 1,005.00 | 0.00 | 200DB | 5.0 |
| 183 | | BATHROOM  RENOVATION | 4/12/12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.0 |
| 184 | | SHOP IMPROVEMENTS | 5/07/12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.0 |
| 185 | | BUILDING FACE STONEWORK | 5/14/12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.0 |
| 186 | | PORTABLE BUILDING (BUILT-I | 5/29/12 | 5,746.00 | 0.00 | 0.00 | 5,746.00 | 0.00 | 5,746.00 | 0.00 | S/L | 5.00 |
| 187 | | HVACUNIT | 6/30/12 | 48,600.00 | 0.00 | 0.00 | 14,382.30 | 1,246.15 | 15,628.45 | 32,971.55 | S/L | 39.00 |
| 188 | | OFFICE RENOVATIONS | 6/30/12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.0 |
| 189 | | SPECIALTY ELECTRICAL | 6/30/12 | 60,664.00 | 0.00 | 0.00 | 60,664.00 | 0.00 | 60,664.00 | 0.00 | S/L | 5.00 |
| 190 | | PARKING  LOT FENCING | 8/14/12 | 2,527.00 | 0.00 | 0.00 | 2,527.00 | 0.00 | 2,527.00 | 0.00 | S/L | 5.00 |
| 191 | | SPECIALTY ELECTRICAL | 8/18/12 | 16,567.00 | 0.00 | 0.00 | 16,567.00 | 0.00 | 16,567.00 | 0.00 | S/L | 5.00 |
| 192 | | SPECIALTY USE PROPERTY - W | 8/22/12 | 28,227.00 | 0.00 | 0.00 | 28,227.00 | 0.00 | 28,227.00 | 0.00 | S/L | 5.00 |
| 193 | | MATERIAL & LABOR FOR PAI | 5/17/22 | 4,910.00 | 0.00 | 0.00 | 1,052.14 | 701.43 | 1,753.57 | 3,156.43 | S/L | 7.0 |
| 194 | | BC COMMUNICATIONS | 9/16/13 | 3,605.00 | 0.00 | 1,802.50 | 3,605.00 | 0.00 | 3,605.00 | 0.00 | 200DB | 5.0 |
| 195 | | SECURITY MONITORING  EQUI | 10/27/13 | 1,508.00 | 0.00 | 754.00 | 1,508.00 | 0.00 | 1,508.00 | 0.00 | 200DB | 5.0 |
| 196 | | NEW COMPUTER CAMERAS | 5/05/17 | 3,442.00 | 0.00 | 1,721.00 | 3,442.00 | 0.00 | 3,442.00 | 0.00 | 200DB | 5.0 |

62390  Lynskey Performance Products, LLC

08/27/2025  9:18 AM

**Tax Asset Detail    1/01/24 - 12/31/24**

Page 5

FYE: 12/31/2024

| Asset | d t | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group:** | | **(continued)** | | | | | | | | | | |
| 197 | | NEW SECURITY CAMERA | 8/24/17 | 2,610.00 | 0.00 | 1,305.00 | 2,610.00 | 0.00 | 2,610.00 | 0.00 | 200DB | 5.0 |
| 198 | | DSI SECURITY SYSTEM  - IP 4K | 2/21/22 | 8,676.00 | 0.00 | 0.00 | 1,859.14 | 1,239.43 | 3,098.57 | 5,577.43 | S/L | 7.0 |
| 199 | | ASPHALT  PAVING | 3/29/12 | 26,000.00 | 0.00 | 0.00 | 23,304.42 | 764.71 | 24,069.13 | 1,930.87 | S/L | 34.00 |
| 200 | | CONCRETE PADS | 3/29/12 | 44,000.00 | 0.00 | 0.00 | 39,438.24 | 1,294.12 | 40,732.36 | 3,267.64 | S/L | 34.00 |
| 201 | | FENCING | 3/29/12 | 800.00 | 0.00 | 0.00 | 717.06 | 23.53 | 740.59 | 59.41 | S/L | 34.00 |
| 202 | | GRAPHICS DEPT  SOFT | 2/12/07 | 1,310.00 | 0.00 | 0.00 | 1,310.00 | 0.00 | 1,310.00 | 0.00 | S/L | 5.00 |
| 203 | | INTEL JOHANNESBURG  DRAF | 7/15/09 | 862.00 | 0.00 | 0.00 | 862.00 | 0.00 | 862.00 | 0.00 | S/L | 5.00 |
| 204 | | VISTA BUSINESS 64-BIT  SOFTV | 7/15/09 | 300.00 | 0.00 | 0.00 | 300.00 | 0.00 | 300.00 | 0.00 | S/L | 5.00 |
| 205 | | 2016 SAGE SOFTWARE | 12/16/15 | 2,785.00 | 0.00 | 0.00 | 2,785.00 | 0.00 | 2,785.00 | 0.00 | S/L | 5.00 |
| 206 | | DRAFTING  SOFTWARE | 3/18/16 | 2,494.00 | 0.00 | 0.00 | 2,494.00 | 0.00 | 2,494.00 | 0.00 | S/L | 5.00 |
| 207 | | ACCENT  LIGHTING-TAX  ONLY | 3/29/12 | 189.00 | 0.00 | 0.00 | 189.00 | 0.00 | 189.00 | 0.00 | S/L | 5.00 |
| 208 | | ACCESS CONTROL - TAX ONLY | 3/29/12 | 860.00 | 0.00 | 0.00 | 860.00 | 0.00 | 860.00 | 0.00 | S/L | 5.00 |
| 209 | | BUILDING - 3911 VOLUNTEER | 3/29/12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.0 |
| 210 | | BUILDING FOUNDATIONS - TA | 3/29/12 | 50,963.00 | 0.00 | 0.00 | 15,408.48 | 1,306.74 | 16,715.22 | 34,247.78 | S/L | 39.00 |
| 211 | | BUILDING  STRUCTUR | 3/29/12 | 231,199.00 | 0.00 | 0.00 | 69,902.36 | 5,928.18 | 75,830.54 | 155,368.46 | S/L | 39.00 |
| 212 | | CABINETS/MILLWORK-TAX ON | 3/29/12 | 5,713.00 | 0.00 | 0.00 | 5,713.00 | 0.00 | 5,713.00 | 0.00 | S/L | 5.00 |
| 213 | | COMMUNICATION/DATA-TAX | 3/29/12 | 7,833.00 | 0.00 | 0.00 | 7,833.00 | 0.00 | 7,833.00 | 0.00 | S/L | 5.00 |
| 214 | | CURBS & GUTTERS - TAX ONL | 3/29/12 | 1,007.00 | 0.00 | 0.00 | 902.24 | 29.62 | 931.86 | 75.14 | S/L | 34.00 |
| 215 | | DECORATIVE FLOORING  - TA | 3/29/12 | 4,145.00 | 0.00 | 0.00 | 4,145.00 | 0.00 | 4,145.00 | 0.00 | S/L | 5.00 |
| 216 | | DOCK EQUIPMENT  - TAX ONL | 3/29/12 | 14,171.00 | 0.00 | 0.00 | 14,171.00 | 0.00 | 14,171.00 | 0.00 | S/L | 5.00 |
| 217 | | ELECTRICAL-TAX ONLY | 3/29/12 | 60,101.00 | 0.00 | 0.00 | 18,171.10 | 1,541.05 | 19,712.15 | 40,388.85 | S/L | 39.00 |
| 218 | | ENTRY/EQUIPMENT CANOPY-1 | 3/29/12 | 6,048.00 | 0.00 | 0.00 | 6,048.00 | 0.00 | 6,048.00 | 0.00 | S/L | 5.00 |
| 219 | | EXTERIOR FACADE/BUILDING | 3/29/12 | 7,031.00 | 0.00 | 0.00 | 2,788.56 | 180.28 | 2,968.84 | 4,062.16 | S/L | 39.00 |
| 220 | | EXTERIOR FENCING - TAX ONl | 3/29/12 | 7,693.00 | 0.00 | 0.00 | 6,895.52 | 226.26 | 7,121.78 | 571.22 | S/L | 34.00 |
| 221 | | FABRICATED  STEEL - BOLLAR | 3/29/12 | 3,171.00 | 0.00 | 0.00 | 2,842.52 | 93.26 | 2,935.78 | 235.22 | S/L | 34.00 |
| 222 | | FIRE EXTINGUISHERS - TAX OI | 3/29/12 | 446.00 | 0.00 | 0.00 | 446.00 | 0.00 | 446.00 | 0.00 | S/L | 5.00 |
| 223 | | FLAGPOLE-TAX ONLY | 3/29/12 | 1,852.00 | 0.00 | 0.00 | 1,658.94 | 54.47 | 1,713.41 | 138.59 | S/L | 34.00 |
| 224 | | FLOORING  - CARPET - TAX ON | 3/29/12 | 11,913.00 | 0.00 | 0.00 | 11,913.00 | 0.00 | 11,913.00 | 0.00 | S/L | 5.00 |
| 225 | | FLOORING- VINYL TILE-TAX O | 3/29/12 | 312.00 | 0.00 | 0.00 | 312.00 | 0.00 | 312.00 | 0.00 | S/L | 5.00 |
| 226 | | HVAC-TAX ONLY | 3/29/12 | 19,993.00 | 0.00 | 0.00 | 6,045.28 | 512.64 | 6,557.92 | 13,435.08 | S/L | 39.00 |
| 227 | | INTERIOR WINDOWS - TAX ON | 3/29/12 | 5,305.00 | 0.00 | 0.00 | 5,305.00 | 0.00 | 5,305.00 | 0.00 | S/L | 5.00 |
| 228 | | LANDSCAPING  - TAX ONLY | 3/29/12 | 7,572.00 | 0.00 | 0.00 | 6,787.42 | 222.71 | 7,010.13 | 561.87 | S/L | 34.00 |
| 229 | | MOLDING-TAX  ONLY | 3/29/12 | 3,177.00 | 0.00 | 0.00 | 3,177.00 | 0.00 | 3,177.00 | 0.00 | S/L | 5.00 |
| 230 | | PARKING  LOT -TAX ONLY | 3/29/12 | 18,009.00 | 0.00 | 0.00 | 16,142.36 | 529.68 | 16,672.04 | 1,336.96 | S/L | 34.00 |
| 231 | | PARKING  LOT  STRIPING/BARI | 3/29/12 | 430.00 | 0.00 | 0.00 | 385.30 | 12.65 | 397.95 | 32.05 | S/L | 34.00 |
| 232 | | PLUMBING-TAX ONLY | 3/29/12 | 10,352.00 | 0.00 | 0.00 | 3,129.88 | 265.44 | 3,395.32 | 6,956.68 | S/L | 39.00 |
| 233 | | ROOFING  SYSTEMS-TAX  ONL | 3/29/12 | 35,737.00 | 0.00 | 0.00 | 10,804.66 | 916.33 | 11,720.99 | 24,016.01 | S/L | 39.00 |
| 234 | | SECURITY LIGHTING POLES - | 3/29/12 | 898.00 | 0.00 | 0.00 | 804.82 | 26.41 | 831.23 | 66.77 | S/L | 34.00 |
| 235 | | SECURITY SYSTEM  -TAX ONL | 3/29/12 | 3,544.00 | 0.00 | 0.00 | 3,544.00 | 0.00 | 3,544.00 | 0.00 | S/L | 5.00 |
| 236 | | SECURITY/EXTERIOR LIGHTIN | 3/29/12 | 2,970.00 | 0.00 | 0.00 | 2,970.00 | 0.00 | 2,970.00 | 0.00 | S/L | 5.00 |
| 237 | | SITE DRAINAGE-TAX  ONLY | 3/29/12 | 4,416.00 | 0.00 | 0.00 | 3,957.76 | 129.88 | 4,087.64 | 328.36 | S/L | 34.00 |
| 238 | | SPECIALTY PLUMBING- BREAI | 3/29/12 | 4,877.00 | 0.00 | 0.00 | 4,877.00 | 0.00 | 4,877.00 | 0.00 | S/L | 5.00 |
| 239 | | SUSPENDED CEILING SYSTEM! | 3/29/12 | 3,961.00 | 0.00 | 0.00 | 1,198.12 | 101.56 | 1,299.68 | 2,661.32 | S/L | 39.00 |
| 240 | | WALL COVERINGS-TAX  ONLY | 3/29/12 | 980.00 | 0.00 | 0.00 | 980.00 | 0.00 | 980.00 | 0.00 | S/L | 5.00 |
| 241 | | WINDOW TREATMENTS-TAX O | 3/29/12 | 418.00 | 0.00 | 0.00 | 418.00 | 0.00 | 418.00 | 0.00 | S/L | 5.00 |
| 242 | | WOOD PANELING-TAX  ONLY | 3/29/12 | 527.00 | 0.00 | 0.00 | 527.00 | 0.00 | 527.00 | 0.00 | S/L | 5.00 |
| 243 | | LAND | 3/29/12 | 265,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 265,000.00 | Land | 0.00 |
| 244 | | MSC Industrial Supplies | 7/19/23 | 10,648.00 | 0.00 | 8,518.40 | 8,944.32 | 681.47 | 9,625.79 | 1,022.21 | 200DB | 5.0 |
| 245 | | New AC Unit | 6/12/24 | 5,475.00 | 0.00c | 0.00 | 0.00 | 81.89 | 81.89 | 5,393.11 | S/L | 39.00 |

62390  Lynskey Performance Products, LLC

**Tax Asset Detail    1/01/24 - 12/31/24**

FYE: 12/31/2024

08/27/2025  9:18 AM

Page 6

| Asset | d t | Property Description | Date In Service | Tax Cost | Sec 179 Exp Current = c | Tax Bonus Amt | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr | Tax Net Book Value | Tax Method | Tax Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group:** | | **(continued)** | | | | | | | | | | |
| 246 | | DSI Secutiry Systems IP 4k NVR S | 5/24/24 | 8,725.00 | 0.00c | 5,235.00 | 0.00 | 5,933.00 | 5,933.00 | 2,792.00 | 200DB | 5.0 |
| | | **No Group** | | 2,168,916.00 | 0.00c | 226,869.58 | 1,528,765.92 | 28,196.15 | 1,556,962.07 | 611,953.93 | | |
| | | **Grand Total** | | 2,168,916.00 | 0.00c | 226,869.58 | 1,528,765.92 | 28,196.15 | 1,556,962.07 | 611,953.93 | | |