**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Lynskey Performance Products, LLC** |
| United States Bankruptcy Court for the: | EASTERN   DISTRICT OF TENNESSEE |
| Case number (if known) | **1:26-bk-11156** |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**US Attorney's Office<br>FOR NOTICE PURPOSES ONLY<br>Howard H. Baker Jr. U.S. Courthouse<br>800 Market Street, Suite 211**<br><br>**Knoxville, TN 37902** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address<br>A & V Waterjet Tech, Inc.<br>10501 N. Commerce Street<br>Mequon, WI 53092** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$294.71** |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |
| **3.2** | **Nonpriority creditor's name and mailing address<br>Aaron Baxter<br>1451 E 138th Ave<br>Brighton, CO 80602** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,750.00** |
| | Date(s) debt was incurred **02/24/2026** | Basis for the claim: _ | |
| | Last 4 digits of account number **0519** | Is the claim subject to offset?    ☒ No    ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$1,575.00**

**Adrian Rodriguez**
**28723 Woodsong Trail**
**Magnolia, TX 77355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  03/16/2026**

**Basis for the claim:** _

**Last 4 digits of account number  0799**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$22,450.75**

**AirGas USA, LLC**
**700 Manufacturers Road**
**Chattanooga, TN 37405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$3,300.00**

**Alex Beurle**
**4324 Tottenham Rd**
**Charlotte, NC 28226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  05/14/2025**

**Basis for the claim:** _

**Last 4 digits of account number  7613**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$3,019.00**

**Alli Hughes**
**1476 Sinclair Ave**
**Chattanooga, TN 37408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/16/2025**

**Basis for the claim:** _

**Last 4 digits of account number  9861**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$2,850.00**

**Amy Cross**
**425 Heathermoor Drive**
**Farragut, TN 37934**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  09/04/2025**

**Basis for the claim:** _

**Last 4 digits of account number  8811**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$1,999.00**

**Amy Cross**
**425 Heathermoor Drive**
**Farragut, TN 37934**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/24/2025**

**Basis for the claim:** _

**Last 4 digits of account number  9957**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$1,290.00**

**Andrew Breault**
**1191 Boston Turnpike**
**Bolton, CT 06043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  04/03/2026**

**Basis for the claim:** _

**Last 4 digits of account number  1066**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$5,062.50**

**Andrew North**
**1102 Joe Annie St**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  02/05/2026**

**Basis for the claim:** _

**Last 4 digits of account number  0329**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|---|
| | Name | | | |

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,595.00**
---|---|---|---

**Andy Klingensmith**
**14204 Bennet Rd**
**Silver Spring, MD 20906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/24/2025**

**Basis for the claim:** _

Last 4 digits of account number **9054**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,470.00**

**Antony Keith Russell**
**2330 N Langdon St**
**Mitchell, SD 57301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/09/2025**

**Basis for the claim:** _

Last 4 digits of account number **9201**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,675.00**

**Antony Keith Russell**
**2330 N Langdon St**
**Mitchell, SD 57301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/09/2025**

**Basis for the claim:** _

Last 4 digits of account number **9202**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,672.10**

**April Thomson**
**5600 Columbia Pike**
**Falls Church, VA 22041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/25/2025**

**Basis for the claim:** _

Last 4 digits of account number **9664**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,550.00**

**Arvind Menon**
**405 Bradley Ct**
**Greenville, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/10/2026**

**Basis for the claim:** _

Last 4 digits of account number **0704**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,225.00**

**Bikefix**
**310c Lake St**
**Oak Park, IL 60302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/26/2026**

**Basis for the claim:** _

Last 4 digits of account number **0943**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00**

**Bikefix**
**310c Lake St**
**Oak Park, IL 60302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/27/2026**

**Basis for the claim:** _

Last 4 digits of account number **0953**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,800.00**

**Bill Church**
**3030 Statford Road**
**Richmond, VA 23225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/17/2025**

**Basis for the claim:** _

Last 4 digits of account number **7939**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|
| | Name | | |

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

**Blue Clay Bikes**
**6303 Castle Hayne Rd**
**Castle Hayne, NC 28429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/27/2026**

Basis for the claim: _

Last 4 digits of account number **0952**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,190.00**

**Bob Hanlon**
**3540 Wild Oak Lane**
**Escondido, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/09/2026**

Basis for the claim: _

Last 4 digits of account number **0669**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$930.00**

**Brad Walker**
**35 Woods Drive**
**Dahlonega, GA 30533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/30/2026**

Basis for the claim: _

Last 4 digits of account number **0971**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,050.00**

**Brady Thaete**
**351 Monte Vista Ave**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/05/2026**

Basis for the claim: _

Last 4 digits of account number **0627**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$723.00**

**Brandt Industries, Inc.**
**2405 Riverside Drive**
**Chattanooga, TN 37406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,070.00**

**Brendan Curran**
**1356 Briarwood Drive**
**Naperville, IL 60540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/09/2025**

Basis for the claim: _

Last 4 digits of account number **8109**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,375.00**

**Brendan Farrell**
**427 Missouri Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08/04/2025**

Basis for the claim: _

Last 4 digits of account number **8397**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,474.45**

**Bret Brielmaier**
**908 Versailles Circle**
**Maitland, FL 32751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/04/2025**

Basis for the claim: _

Last 4 digits of account number **9740**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,245.00**

**Brett Bauer**
**200 W. Illinois Street**
**Bellingham, WA 98225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/21/2026**

**Basis for the claim:** _

Last 4 digits of account number  **0207**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,845.00**

**Brian Basnight**
**461 Bayshore Rd**
**Nokomis, FL 34275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/04/2025**

**Basis for the claim:** _

Last 4 digits of account number  **9473**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,275.00**

**Brian Seasholes**
**6 Delphinium Court**
**Rockville, MD 20853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/02/2025**

**Basis for the claim:** _

Last 4 digits of account number  **9131**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,090.00**

**Bruce Reyes**
**14269 Mango Dr**
**Del Mar, CA 92014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/31/2026**

**Basis for the claim:** _

Last 4 digits of account number  **0994**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,120.00**

**Bryce Holak**
**1048 N Marshfield Ave**
**Chicago, IL 60622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/20/2025**

**Basis for the claim:** _

Last 4 digits of account number  **9287**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,616.84**

**Cane Creek Cycling Components**
**355 Cane Creek Rd**
**Fletcher, NC 28732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,493.00**

**Carol Sanchez**
**26186 Dolores Street**
**Carmel, CA 93923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/04/2025**

**Basis for the claim:** _

Last 4 digits of account number  **9468**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,937.50**

**Carrick Rice**
**1625 Eagle Grove Ct**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/07/2026**

**Basis for the claim:** _

Last 4 digits of account number  **0087**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,188.50** |
|---|---|---|---|

**Chambliss, Bahner & Stophel, PC**
**605 Chestnut Street**
**Suite 1700**
**Chattanooga, TN 37450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,645.00** |
|---|---|---|---|

**Charles Adams**
**16 Adams Rd**
**East Berne, NY 12059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/16/2026**

Basis for the claim: _

Last 4 digits of account number  **0802**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00** |
|---|---|---|---|

**Chase Visa**
**Cardmember Services**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,673.45** |
|---|---|---|---|

**Chattanooga City Treasurer**
**P O Box 191**
**Chattanooga, TN 37401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$954.29** |
|---|---|---|---|

**Chattanooga Gas**
**PO Box 5408**
**Carol Stream, IL 60197-5408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,420.00** |
|---|---|---|---|

**Chris Bone**
**9850 Downbrook Drive**
**Frisco, TX 75033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/30/2026**

Basis for the claim: _

Last 4 digits of account number  **0970**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00** |
|---|---|---|---|

**Chris Therrien**
**12452 Greene Ave**
**Los Angeles, CA 90066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/18/2026**

Basis for the claim: _

Last 4 digits of account number  **0475**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,874.00** |
|---|---|---|---|

**Christian Hanson**
**2308 Loch Dr**
**Springfield, OR 97477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/04/2025**

Basis for the claim: _

Last 4 digits of account number  **8393**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | **Lynskey Performance Products, LLC** | | Case number (if known) | **1:26-bk-11156** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,965.50 |
| --- | --- | --- | --- |
| | **Christian Kolden** | ☐ Contingent | |
| | **213 Park View Drive** | ☐ Unliquidated | |
| | **Franconia, NH 03580** | ☐ Disputed | |
| | Date(s) debt was incurred **01/21/2026** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0210** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,765.00 |
| --- | --- | --- | --- |
| | **Christopher Garcia** | ☐ Contingent | |
| | **19758 Three Notch Rd** | ☐ Unliquidated | |
| | **Lexington Park, MD 20653** | ☐ Disputed | |
| | Date(s) debt was incurred **10/08/2025** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **9194** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
| --- | --- | --- | --- |
| | **Clifford Eveleigh** | ☐ Contingent | |
| | **2441 Camino Corso Rio** | ☐ Unliquidated | |
| | **San Clemente, CA 92673** | ☐ Disputed | |
| | Date(s) debt was incurred **03/13/2026** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0752** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,550.00 |
| --- | --- | --- | --- |
| | **Colby Miller** | ☐ Contingent | |
| | **912 Woodland Road** | ☐ Unliquidated | |
| | **Columbia Falls, MT 59912** | ☐ Disputed | |
| | Date(s) debt was incurred **06/17/2025** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **7954** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,442.50 |
| --- | --- | --- | --- |
| | **Colin Kane** | ☐ Contingent | |
| | **200 West Hampton Ave** | ☐ Unliquidated | |
| | **Spartanburg, SC 29306** | ☐ Disputed | |
| | Date(s) debt was incurred **06/17/2025** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **7932** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,025.00 |
| --- | --- | --- | --- |
| | **Constantin Cojocaru** | ☐ Contingent | |
| | **8101 W Courte Dr** | ☐ Unliquidated | |
| | **Niles, IL 60714** | ☐ Disputed | |
| | Date(s) debt was incurred **07/21/2025** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **8253** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,170.00 |
| --- | --- | --- | --- |
| | **Corey Hardin** | ☐ Contingent | |
| | **124 Heath Street** | ☐ Unliquidated | |
| | **Somerville, MA 02145** | ☐ Disputed | |
| | Date(s) debt was incurred **02/18/2026** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0463** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.55 |
| --- | --- | --- | --- |
| | **CWS - Chattanooga Hauling** | ☐ Contingent | |
| | **PO Box 675507** | ☐ Unliquidated | |
| | **Detroit, MI 48267-5507** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Lynskey Performance Products, LLC**                          Case number (if known)   **1:26-bk-11156**
         Name

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,644.00 |
|---|---|---|---|

**Cynthia Herhahn**
**218 East Victoria Street**
**Santa Barbara, CA 93101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/24/2025**

**Basis for the claim:** _

Last 4 digits of account number  **9959**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,465.00 |
|---|---|---|---|

**Dan Glascock**
**1028 Pacific Avenue**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/26/2025**

**Basis for the claim:** _

Last 4 digits of account number  **9676**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,745.00 |
|---|---|---|---|

**Daniel McGuire**
**43 Great Plain Rd**
**Norwich, CT 06360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/05/2026**

**Basis for the claim:** _

Last 4 digits of account number  **0330**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,125.00 |
|---|---|---|---|

**Daniel Neubauer**
**5614 Arbutus CT**
**Greendale, WI 53129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/16/2026**

**Basis for the claim:** _

Last 4 digits of account number  **0797**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,230.00 |
|---|---|---|---|

**Daniel Panopio**
**1257 E Palacio Dr**
**Phoenix, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/23/2026**

**Basis for the claim:** _

Last 4 digits of account number  **0888**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,445.00 |
|---|---|---|---|

**Darrell Havener**
**29805 US Highway 24 North**
**Buena Vista, CO 81211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/10/2026**

**Basis for the claim:** _

Last 4 digits of account number  **0707**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,970.00 |
|---|---|---|---|

**Darren Whitlock**
**1552 E Stonemoor Cir**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/10/2026**

**Basis for the claim:** _

Last 4 digits of account number  **0705**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,050.00 |
|---|---|---|---|

**Darris Johnson**
**20719 Fawn Timber Trl**
**Humble, TX 77346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/11/2026**

**Basis for the claim:** _

Last 4 digits of account number  **0381**

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Lynskey Performance Products, LLC**                                    Case number (if known)   **1:26-bk-11156**
_____Name_____

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,525.00 |
|---|---|---|---|

**Dave Doughman**
**1463 NW 17th Street**
**Corvallis, OR 97330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2025**

Basis for the claim: _

Last 4 digits of account number  **0011**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**Dave Niday**
**88 E 8th Street**
**Waconia, MN 55387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/05/2026**

Basis for the claim: _

Last 4 digits of account number  **0621**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,574.00 |
|---|---|---|---|

**David Belsterling**
**9325 North Florence Road**
**Pittsburgh, PA 15237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/21/2025**

Basis for the claim: _

Last 4 digits of account number  **8257**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,700.00 |
|---|---|---|---|

**David Isham**
**289 Andromeda Lane**
**Castle Rock, CO 80108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/17/2026**

Basis for the claim: _

Last 4 digits of account number  **0821**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,640.00 |
|---|---|---|---|

**David Kalir**
**3555 Pinao St**
**Honolulu, HI 96822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/24/2026**

Basis for the claim: _

Last 4 digits of account number  **0517**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,395.00 |
|---|---|---|---|

**David Richert**
**105 Benson Blvd**
**Madison, AL 35758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/17/2026**

Basis for the claim: _

Last 4 digits of account number  **0459**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,890.50 |
|---|---|---|---|

**David Shinabery**
**Coyne Oil**
**914 W Pickard Street**
**Mount Pleasant, MI 48858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/13/2026**

Basis for the claim: _

Last 4 digits of account number  **0126**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $396.11 |
|---|---|---|---|

**De Lage Landen Financial Services Inc**
**PO Box 825736**
**Philadelphia, PA 19182-5736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|
| | Name | | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,520.00** |
|---|---|---|---|

**Dirk Gassen**
**1851 San Diego Avenue**
**San Diego, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/24/2025**

Basis for the claim: _

Last 4 digits of account number **9956**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,384.17** |
|---|---|---|---|

**Dominion Box Company**
**PO Box 37**
**Dayton, TN 37321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$219.00** |
|---|---|---|---|

**DSI Security Systems**
**31 Poteet Drive**
**Chickamauga, GA 30707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,330.00** |
|---|---|---|---|

**Edgar Cardenas Rojas**
**24127 Ayers Smith Trail**
**Richmond, TX 77469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/12/2026**

Basis for the claim: _

Last 4 digits of account number **0736**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,030.00** |
|---|---|---|---|

**Edmundo Fuentes**
**2000 S Main St Ste 800**
**McAllen, TX 78503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/20/2026**

Basis for the claim: _

Last 4 digits of account number **0856**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,940.00** |
|---|---|---|---|

**Elena Lev**
**664 Robinson Rd**
**Sebastopol, CA 95472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/08/2025**

Basis for the claim: _

Last 4 digits of account number **9196**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00** |
|---|---|---|---|

**Elias Behar**
**232 Sackett Street**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/24/2025**

Basis for the claim: _

Last 4 digits of account number **9048**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,759.41** |
|---|---|---|---|

**EMC Insurance Companies**
**PO Box 219637**
**Kansas City, MO 64121-9637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | **Lynskey Performance Products, LLC** | Case number (if known) | **1:26-bk-11156** |
| | Name | | |

| | | | |
|---|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,895.00** |
| | **Emily Scudiere** | ☐ Contingent | |
| | **300 Monte Vista Ave** | ☐ Unliquidated | |
| | **Oakland, CA 94611** | ☐ Disputed | |
| | Date(s) debt was incurred **02/18/2026** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0474** | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,117.50** |
|---|---|---|---|
| | **Eric Brown** | ☐ Contingent | |
| | **252 Mado Ln** | ☐ Unliquidated | |
| | **Chatt Hills, GA 30268** | ☐ Disputed | |
| | Date(s) debt was incurred **12/17/2025** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **9870** | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,519.00** |
|---|---|---|---|
| | **Eric Brozell** | ☐ Contingent | |
| | **1737 West 27th Street** | ☐ Unliquidated | |
| | **Erie, PA 16508** | ☐ Disputed | |
| | Date(s) debt was incurred **03/13/2026** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0753** | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,915.00** |
|---|---|---|---|
| | **Eric Stern** | ☐ Contingent | |
| | **9 Kerry Court** | ☐ Unliquidated | |
| | **Scotts Valley, CA 95066** | ☐ Disputed | |
| | Date(s) debt was incurred **11/10/2025** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **9518** | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,120.00** |
|---|---|---|---|
| | **Erik Bergman** | ☐ Contingent | |
| | **1501 30th Ave** | ☐ Unliquidated | |
| | **Seattle, WA 98122** | ☐ Disputed | |
| | Date(s) debt was incurred **02/18/2026** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0473** | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,520.00** |
|---|---|---|---|
| | **Fatheree Fatheree** | ☐ Contingent | |
| | **921 Minnesota Street** | ☐ Unliquidated | |
| | **San Francisco, CA 94107** | ☐ Disputed | |
| | Date(s) debt was incurred **06/17/2025** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **7940** | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,702.00** |
|---|---|---|---|
| | **FFVA Select Insurance Co** | ☐ Contingent | |
| | **PO Box 918292** | ☐ Unliquidated | |
| | **Orlando, FL 32891-8292** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,765.50** |
|---|---|---|---|
| | **Frederic Newman** | ☐ Contingent | |
| | **7425 San Ramon Dr** | ☐ Unliquidated | |
| | **Milton, FL 32583** | ☐ Disputed | |
| | Date(s) debt was incurred **11/13/2025** | **Basis for the claim:** _ | |
| | Last 4 digits of account number **9560** | Is the claim subject to offset?   ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|
| | Name | | |

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$161,594.91**

**Full Speed Ahead, Inc.**
**12212 Cyrus Way**
**Mukilteo, WA 98275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,273.75**

**Gene Palmer**
**492 West Potosi Point Court**
**Oro Valley, AZ 85737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/20/2025**

**Basis for the claim:** _

Last 4 digits of account number **9300**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$875.00**

**Geof Suits**
**6520 Last Light Court**
**Colorado Springs, CO 80919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/26/2026**

**Basis for the claim:** _

Last 4 digits of account number **0928**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,495.00**

**George Oliver**
**1201 N Tejon St**
**Colorado Springs, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/30/2026**

**Basis for the claim:** _

Last 4 digits of account number **0980**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,923.00**

**Glenn Broughton**
**2804 Pintado Circle**
**Santa Fe, NM 87507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/17/2025**

**Basis for the claim:** _

Last 4 digits of account number **9579**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,528.00**

**Grant Grant**
**453 Reflection Road**
**Apple Valley, MN 55124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/04/2025**

**Basis for the claim:** _

Last 4 digits of account number **9731**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,875.00**

**Greggory Gruen**
**112 Cavendish Circle**
**Madison, AL 35758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/24/2025**

**Basis for the claim:** _

Last 4 digits of account number **8031**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,430.00**

**Gregory Heimbuck**
**11730 W 83rd Place**
**Arvada, CO 80005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/18/2026**

**Basis for the claim:** _

Last 4 digits of account number **0832**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|---|
| | Name | | | |

**3.91** | **Nonpriority creditor's name and mailing address** | $2,645.00
**Guofei Chen**
**2953 Bunker Hill Lane**
**Santa Clara, CA 95054**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/07/2026**

**Basis for the claim:** _

Last 4 digits of account number  **0088**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | $10,142.29
**Hamilton County Trustee**
**PO Box 11047**
**Chattanooga, TN 37401**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | $2,395.00
**Han Nguyen**
**522 Palm Desert Drive**
**Garland, TX 75044**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/25/2025**

**Basis for the claim:** _

Last 4 digits of account number  **9062**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | $1,930.50
**Harold Spears**
**1725 Toomey Road**
**Austin, TX 78704**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/04/2025**

**Basis for the claim:** _

Last 4 digits of account number  **9470**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | $2,425.00
**Heather Thompson**
**905 W Eastman St**
**Chicago, IL 60642**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/14/2025**

**Basis for the claim:** _

Last 4 digits of account number  **8512**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | $1,364.00
**HED Cycling Products**
**1735 Terrace Drive**
**Roseville, MN 55113**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | $3,340.00
**Heike Pfau**
**434 Martin Ter**
**State College, PA 16803**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/20/2025**

**Basis for the claim:** _

Last 4 digits of account number  **9298**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | $13,141.23
**HHM, CPA's**
**1200 Market St**
**Chattanooga, TN 37402**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|
| | Name | | |

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,885.00**

**Humberto Roa**
**9282 Fletcher Bay RD NE**
**Bainbridge Island, WA 98110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  02/09/2026**

**Basis for the claim:** _

**Last 4 digits of account number  0362**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,528.79**

**Industrial Welding Supply**
**PO Box 4014**
**Chattanooga, TN 37405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$858.99**

**Industry Nine Comp.**
**150 Westside Drive**
**Ste 9**
**Asheville, NC 28806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,325.50**

**Irene Robertson**
**6118 97th Ave Ct West**
**University Place, WA 98467**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  01/13/2026**

**Basis for the claim:** _

**Last 4 digits of account number  0128**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,145.00**

**Isaac Mitchell**
**1713 East Oakland Ave**
**Johnson City, TN 37601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  02/18/2026**

**Basis for the claim:** _

**Last 4 digits of account number  0462**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$858.99**

**J B Importers**
**PO Box 161859**
**Miami, FL 33116-1859**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,280.00**

**Jack Schumacher**
**2706 Crawfis Rd SE**
**Lancaster, OH 43130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10/20/2025**

**Basis for the claim:** _

**Last 4 digits of account number  9291**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,870.00**

**Jacob Blaquiere**
**210 Chestnut Hill Rd**
**Killingworth, CT 06419**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  03/05/2026**

**Basis for the claim:** _

**Last 4 digits of account number  0623**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00** |
| | **Jake Young** | ☐ Contingent | |
| | **6523 Los Cantos Ave NW** | ☐ Unliquidated | |
| | **Albuquerque, NM 87114** | ☐ Disputed | |
| | **Date(s) debt was incurred  03/31/2026** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  0996** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,025.00** |
| | **James Brownsmith** | ☐ Contingent | |
| | **6621 Northeast Baker Hill Road** | ☐ Unliquidated | |
| | **Bainbridge Island, WA 98110** | ☐ Disputed | |
| | **Date(s) debt was incurred  03/05/2026** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  0626** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00** |
| | **James Cover** | ☐ Contingent | |
| | **3132 Garfield Ave** | ☐ Unliquidated | |
| | **Carmichael, CA 95608** | ☐ Disputed | |
| | **Date(s) debt was incurred  01/13/2026** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  0124** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,115.00** |
| | **James Ulibarri** | ☐ Contingent | |
| | **70 River Rock Rd** | ☐ Unliquidated | |
| | **Sheridan, WY 82801** | ☐ Disputed | |
| | **Date(s) debt was incurred  05/23/2025** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  7686** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,570.00** |
| | **Jeff Thorne** | ☐ Contingent | |
| | **873 Oxford Ln** | ☐ Unliquidated | |
| | **Colorado Springs, CO 80905** | ☐ Disputed | |
| | **Date(s) debt was incurred  09/24/2025** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  9047** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,983.50** |
| | **Jeffrey Tholen** | ☐ Contingent | |
| | **2023 Burroughs Steet** | ☐ Unliquidated | |
| | **San Diego, CA 92111** | ☐ Disputed | |
| | **Date(s) debt was incurred  01/07/2026** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  0054** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,060.00** |
| | **Jeremy Wentworth** | ☐ Contingent | |
| | **60 Pinhook Rd** | ☐ Unliquidated | |
| | **Bridgton, ME 04009** | ☐ Disputed | |
| | **Date(s) debt was incurred  02/11/2026** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  0379** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,037.50** |
| | **Jim Mansi** | ☐ Contingent | |
| | **123 East Winona Ave** | ☐ Unliquidated | |
| | **Norwood, PA 19074** | ☐ Disputed | |
| | **Date(s) debt was incurred  11/21/2025** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  9626** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **Lynskey Performance Products, LLC**                          Case number (if known)   **1:26-bk-11156**
Name

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,401.00 |
|---|---|---|---|

**Joe Garibaldi**
**1855 West Olive Avenue**
**El Centro, CA 92243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/17/2025**

**Basis for the claim:** _

Last 4 digits of account number **9584**

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,550.00 |
|---|---|---|---|

**John Carey**
**6057 27th St N**
**Arlington, VA 22207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/31/2025**

**Basis for the claim:** _

Last 4 digits of account number **0013**

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**John Everett**
**8427 Braes Blvd**
**Houston, TX 77025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/13/2026**

**Basis for the claim:** _

Last 4 digits of account number **0754**

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,650.00 |
|---|---|---|---|

**John Kaufmann**
**5245 North CR 600 E**
**Brownsburg, IN 46112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/10/2025**

**Basis for the claim:** _

Last 4 digits of account number **8152**

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**John Peterson**
**315 E Park St**
**North Bend, WA 98045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/31/2026**

**Basis for the claim:** _

Last 4 digits of account number **0999**

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,475.00 |
|---|---|---|---|

**John Pulley**
**200 Sutherland Dr**
**Brunswick, GA 31525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/10/2025**

**Basis for the claim:** _

Last 4 digits of account number **8162**

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,150.00 |
|---|---|---|---|

**John Sonntag**
**2540 S Walter Reed Dr**
**Arlington, VA 22206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/24/2025**

**Basis for the claim:** _

Last 4 digits of account number **9046**

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,890.00 |
|---|---|---|---|

**Johnnie Tillotson**
**110 Fairfield Drive**
**Clarksville, VA 23927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/09/2026**

**Basis for the claim:** _

Last 4 digits of account number **0363**

Is the claim subject to offset?   ☒ No   ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|---|
| | Name | | | |

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,570.00**

**Jose Molina**
**58 Nonotuck St**
**Florence, MA 01062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/25/2025**

Basis for the claim: _

Last 4 digits of account number  **8665**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,445.00**

**Joshua Smith**
**5129 Eagle Harbor Dr NE**
**Bainbridge Island, WA 98110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/02/2025**

Basis for the claim: _

Last 4 digits of account number  **9132**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,470.00**

**Juan Mejia**
**889 Mowry Ave**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/10/2025**

Basis for the claim: _

Last 4 digits of account number  **8891**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,075.00**

**Kaitlyn Howe**
**1477 N Manzanita St**
**Canby, OR 97013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/23/2026**

Basis for the claim: _

Last 4 digits of account number  **0889**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,495.00**

**Keith Heckelman**
**44 E Main St**
**Norwalk, OH 44857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/20/2025**

Basis for the claim: _

Last 4 digits of account number  **9293**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,375.00**

**Keith Janocha**
**2065 Rockfield Road**
**Pittsburgh, PA 15243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/04/2025**

Basis for the claim: _

Last 4 digits of account number  **8406**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,950.00**

**Keith Lundrigan**
**70 Beech Hill AVe**
**Manchester, NH 03103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/10/2025**

Basis for the claim: _

Last 4 digits of account number  **8894**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,449.00**

**Keith von der Heydt**
**264 Sippewissett Rd**
**Falmouth, MA 02540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/20/2026**

Basis for the claim: _

Last 4 digits of account number  **0855**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Lynskey Performance Products, LLC**                        Case number (if known)   **1:26-bk-11156**
Name

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,550.00** |
|---|---|---|---|

**Ken Yamamoto**
**930 W Pedregosa St**
**Santa Barbara, CA 93101**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/12/2026**
Basis for the claim: _

Last 4 digits of account number **0392**
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,676.60** |
|---|---|---|---|

**Kenda**
**7095 Americana Parkway**
**Reynoldsburg, OH 43068**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _

Last 4 digits of account number _
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,956.60** |
|---|---|---|---|

**Kevin Callahan**
**500 Saint Johns Pl**
**Brooklyn, NY 11238**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/04/2025**
Basis for the claim: _

Last 4 digits of account number **9738**
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,275.00** |
|---|---|---|---|

**Korby Koch**
**4801 Tupenny Lane**
**Raleigh, NC 27606**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/04/2025**
Basis for the claim: _

Last 4 digits of account number **8809**
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,724.00** |
|---|---|---|---|

**Kristopher Gazsi**
**232 Harris St**
**Harrisburg, PA 17102**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/07/2026**
Basis for the claim: _

Last 4 digits of account number **0051**
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,460.00** |
|---|---|---|---|

**Kyle Graves**
**19632 Ridgeway Rd**
**Plattsmouth, NE 68048**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/27/2026**
Basis for the claim: _

Last 4 digits of account number **1036**
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,005.00** |
|---|---|---|---|

**Lane Dyer**
**1519 E Howell St**
**Seattle, WA 98122**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/30/2026**
Basis for the claim: _

Last 4 digits of account number **0967**
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,475.00** |
|---|---|---|---|

**Langdon Hartsock**
**188 Tradd St**
**Charleston, SC 29401**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/18/2026**
Basis for the claim: _

Last 4 digits of account number **0841**
Is the claim subject to offset?   ☒ No   ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|
| | Name | | |

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,695.00**

**Laurance Alvarado**
**10101 Bentcross Dr**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/16/2025**

Last 4 digits of account number **9859**

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,870.00**

**Lee Mayes**
**4825 Volusia Ave.**
**Titusville, FL 32780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/24/2025**

Last 4 digits of account number **9045**

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,950.00**

**Leonard Dyko**
**Cycling Solutions**
**231 Springside Drive Suite 105**
**Akron, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/05/2026**

Last 4 digits of account number **0618**

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,610.00**

**Leroy Levine**
**907 Silver Ave SW A**
**Albuquerque, NM 87102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/17/2025**

Last 4 digits of account number **9583**

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,365.00**

**Logan Sica**
**8767 W Floyd Dr**
**Lakewood, CO 80227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/30/2026**

Last 4 digits of account number **0968**

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,750.00**

**Marchand Venables**
**185 Celeste Way**
**Santa Cruz, CA 95065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **04/01/2026**

Last 4 digits of account number **1068**

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,650.00**

**Mario Tobar**
**25 Overpeck Ave**
**Ridgefield Park, NJ 07660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/05/2026**

Last 4 digits of account number **0349**

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,475.00**

**Mark Bedau**
**1520 SE Eton Lane**
**Milwaukie, OR 97222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/11/2025**

Last 4 digits of account number **8178**

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|
| | Name | | |

---

**3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,625.00**

**Mark Davison**
**9355 N Beck Rd**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/24/2026**

**Basis for the claim:** _

Last 4 digits of account number  **0910**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,550.00**

**Mark Jarvis**
**494 Geoghegan Road**
**Shelbyville, KY 40065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/26/2025**

**Basis for the claim:** _

Last 4 digits of account number  **9101**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,992.50**

**Mark Mester**
**57 Ocean Point**
**Isle of Palms, SC 29451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/22/2025**

**Basis for the claim:** _

Last 4 digits of account number  **7677**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,942.50**

**Mark Mester**
**57 Ocean Point**
**Isle of Palms, SC 29451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/22/2025**

**Basis for the claim:** _

Last 4 digits of account number  **7678**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,275.50**

**Marv Mollnow**
**23420 East Portland Way**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/04/2025**

**Basis for the claim:** _

Last 4 digits of account number  **9476**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,151.10**

**Matthew Battin**
**818 Lafayette Ave**
**Columbus, IN 47201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/18/2025**

**Basis for the claim:** _

Last 4 digits of account number  **8564**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$775.00**

**Matthew Carter**
**919 10th St**
**Lake Charles, LA 70601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/30/2026**

**Basis for the claim:** _

Last 4 digits of account number  **0969**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,975.00**

**Matthew Cooker**
**4638 Cerro Verde Place**
**Tarzana, CA 91356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/12/2025**

**Basis for the claim:** _

Last 4 digits of account number  **8915**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|
| | Name | | |

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,170.00** |
|---|---|---|---|

**Matthew Horning**
**6325 Emerald Lake Dr**
**Troy, MI 48085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/05/2026**

**Basis for the claim:** _

Last 4 digits of account number **0625**

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,950.00** |
|---|---|---|---|

**Mel Odonohue**
**42 E. Poplar St.**
**Floral Park, NY 11001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/24/2025**

**Basis for the claim:** _

Last 4 digits of account number **9955**

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,444.00** |
|---|---|---|---|

**Michael Fitzsimmons**
**1025 Portola Dr**
**Monterey, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/07/2026**

**Basis for the claim:** _

Last 4 digits of account number **0084**

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,375.00** |
|---|---|---|---|

**Michael Galuska**
**97 Grindstone Drive**
**Nebo, NC 28761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/04/2025**

**Basis for the claim:** _

Last 4 digits of account number **8813**

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$930.00** |
|---|---|---|---|

**Michael Jackson**
**642 Burton Ave**
**Highland Park, IL 60035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/30/2026**

**Basis for the claim:** _

Last 4 digits of account number **0973**

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,240.00** |
|---|---|---|---|

**Michael Sanguinetti**
**726 N Donner Hill Cir**
**Salt Lake City, UT 84108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/24/2026**

**Basis for the claim:** _

Last 4 digits of account number **0515**

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,095.00** |
|---|---|---|---|

**Michael Todd**
**4914 Alexandria Dr**
**Rowlett, TX 75088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/30/2026**

**Basis for the claim:** _

Last 4 digits of account number **1001**

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,019.00** |
|---|---|---|---|

**Miklos Van Halen**
**65 Delbrook Way**
**Marco Island, FL 34145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/09/2025**

**Basis for the claim:** _

Last 4 digits of account number **9783**

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|
| | Name | | |

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,947.50** |
|---|---|---|---|

**Moab Bike Shop**
**710 Memorial Blvd Ste 100**
**Murfreesboro, TN 37129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/08/2025**

**Basis for the claim:** _

Last 4 digits of account number  **8100**

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,258.00** |
|---|---|---|---|

**Morggan Oneill**
**3196 Crystal Ct.**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/17/2025**

**Basis for the claim:** _

Last 4 digits of account number  **9582**

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,730.43** |
|---|---|---|---|

**MSC Industrial Supply Co., Inc.**
**PO Box 1870**
**Ashland, VA 23005-4870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,606.17** |
|---|---|---|---|

**Nanjing Machinery Co.**
**c/o email    japhye163.com**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,702.50** |
|---|---|---|---|

**Nathaniel Bloom**
**320 Lexington Drive**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/25/2025**

**Basis for the claim:** _

Last 4 digits of account number  **9665**

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,415.50** |
|---|---|---|---|

**Nathaniel D Pham**
**1822 Bridgeview Ct**
**San Jose, CA 95138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/04/2025**

**Basis for the claim:** _

Last 4 digits of account number  **9732**

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,575.00** |
|---|---|---|---|

**Nathaniel Damron**
**373 Canterbury Road South**
**Shakopee, MN 55379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/04/2025**

**Basis for the claim:** _

Last 4 digits of account number  **8814**

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,390.00** |
|---|---|---|---|

**Neil Coleman**
**5161 Meadow Oaks Dr**
**Coconut Creek, FL 33073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/16/2026**

**Basis for the claim:** _

Last 4 digits of account number  **0801**

Is the claim subject to offset?  ☒ No   ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor   **Lynskey Performance Products, LLC**                        Case number (if known)   **1:26-bk-11156**
Name

| | | |
|---|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,735.00** |

**Nicolo Munoz**
**13822 Northeast Airport Way**
**Portland, OR 97251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/27/2026**

**Basis for the claim:** _

Last 4 digits of account number  **0946**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,447.00** |

**North American Alloys**
**3835 R East Thousand Oaks Blvd**
**Box 342**
**Westlake Village, CA 91362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,950.00** |

**Paul Klies**
**20235 134th Ave NE**
**Woodinvile, WA 98072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/02/2025**

**Basis for the claim:** _

Last 4 digits of account number  **9137**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,380.00** |

**Paul Pinholster**
**1512 Dartmouth Ave**
**Austin, TX 78757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/30/2026**

**Basis for the claim:** _

Last 4 digits of account number  **1000**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,145.00** |

**Paul Sausa**
**571 Claremorris**
**Powder Springs, GA 30127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/20/2026**

**Basis for the claim:** _

Last 4 digits of account number  **0488**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,463.75** |

**Paul Tseng**
**311 Northwest 12th Avenue**
**Portland, OR 97209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/04/2025**

**Basis for the claim:** _

Last 4 digits of account number  **9466**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,330.00** |

**Paula Degener**
**8871 Ridgeline Boulevard**
**Highlands Ranch, CO 80129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/07/2026**

**Basis for the claim:** _

Last 4 digits of account number  **0081**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,320.00** |

**Peter House**
**1680 W Stevanna Way**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/20/2025**

**Basis for the claim:** _

Last 4 digits of account number  **9292**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|
| | Name | | |

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,270.00**

**Peter Uthuppuru**
**5400 N Brummetts Creek Rd**
**Bloomington, IN 47408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/18/2025**

Basis for the claim: _

Last 4 digits of account number  **8243**

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,875.00**

**Phil Bohaty**
**120 Laura Lane**
**ceresco, NE 68017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/08/2025**

Basis for the claim: _

Last 4 digits of account number  **8102**

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,240.00**

**Phil Gauger**
**2166 Ashmore Drive**
**Ames, IA 50014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/07/2026**

Basis for the claim: _

Last 4 digits of account number  **0080**

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$861.57**

**R.S. Hughes Co**
**PO Box 45671**
**San Francisco, CA 94145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,795.00**

**Redus Brooks**
**1760 Northwest 56th Street**
**Seattle, WA 98107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/05/2026**

Basis for the claim: _

Last 4 digits of account number  **0617**

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,805.00**

**Richard Danda**
**1859 York Street**
**Denver, CO 80206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/02/2025**

Basis for the claim: _

Last 4 digits of account number  **7439**

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,245.00**

**Richard Gagnon**
**40 Darby Ln**
**Rochester, NH 03839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2025**

Basis for the claim: _

Last 4 digits of account number  **0012**

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$950.00**

**Riverworks Marketing Group LLC**
**500 Notre Dame Ave**
**Chattanooga, TN 37412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|---|
| | Name | | | |

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,963.50**

**Robert Axle Project**
**61560 American Ln**
**Bend, OR 97702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,545.00**

**Robert DesEnfants**
**442 Oxford Dr**
**Bozeman, MT 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/18/2026**

Last 4 digits of account number  **0465**

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,650.00**

**Robert Marshall**
**47 Camby Rd**
**Verbank, NY 12585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/14/2025**

Last 4 digits of account number  **8212**

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,145.50**

**Rodney Adkison**
**1503 Notting Hill Dr**
**Jefferson City, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/13/2026**

Last 4 digits of account number  **0130**

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,375.00**

**Ron Schneider**
**2495 South Fletcher Road**
**Chelsea, MI 48118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/24/2025**

Last 4 digits of account number  **8279**

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00**

**Safety & Health Compliance Company, LLC**
**15667 AL Highway 117**
**Henagar, AL 35978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,320.00**

**Sam Calahan**
**1121 Colorado AVenue**
**Glenwood Spgs, CO 81601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/05/2026**

Last 4 digits of account number  **0619**

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,295.00**

**Sam Cheng**
**688 Josina Ave**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/17/2025**

Last 4 digits of account number  **7948**

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|---|

Name

---

**3.195** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,195.00**

**Sarah Weiffenbach**
**820 SW Arrowhead Dr**
**Bentonville, AR 72712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/19/2026**

**Basis for the claim:** _

Last 4 digits of account number **0842**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,478.00**

**Sawyer Burnett**
**16819 426th Ave SE**
**North Bend, WA 98045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/23/2026**

**Basis for the claim:** _

Last 4 digits of account number **0876**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,425.00**

**Scott LaVigne**
**2723 S Irving St**
**Seattle, WA 98144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08/12/2025**

**Basis for the claim:** _

Last 4 digits of account number **8479**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,965.50**

**Scott Murray**
**213 Park View Dr**
**Franconia, NH 03580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/16/2026**

**Basis for the claim:** _

Last 4 digits of account number **0163**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$650.00**

**Scott Shick**
**850 Leyden Street**
**Denver, CO 80220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/26/2026**

**Basis for the claim:** _

Last 4 digits of account number **0944**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,555.00**

**Scott Weimer**
**480 Delaware Street**
**Wabash, IN 46992**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08/04/2025**

**Basis for the claim:** _

Last 4 digits of account number **8407**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,550.00**

**Scott Zeimen**
**Fitheach**
**1029 North Road, Suite 4**
**Westfield, MA 01085-9714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/24/2026**

**Basis for the claim:** _

Last 4 digits of account number **0518**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,593.70**

**Screen Specialty Shop, Inc.**
**8406 NC Hwy. 163**
**West Jefferson, NC 28694-8125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Lynskey Performance Products, LLC**
Name

Case number (if known) **1:26-bk-11156**

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,140.00** |
|---|---|---|---|

**Sean Ashouri**
**2900 Saint Regis Drive**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/20/2025**

Basis for the claim: _

Last 4 digits of account number **9302**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,277.10** |
|---|---|---|---|

**Sebastian Gutierrez**
**109 South 9th Street**
**Brooklyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/07/2025**

Basis for the claim: _

Last 4 digits of account number **9187**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,199.00** |
|---|---|---|---|

**Shane Swindler**
**246 Dalton St**
**Ventura, CA 93003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/05/2026**

Basis for the claim: _

Last 4 digits of account number **0328**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,667.50** |
|---|---|---|---|

**Shaun O'Connor**
**89 Rye Circle**
**South Burlington, VT 05403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/07/2026**

Basis for the claim: _

Last 4 digits of account number **0083**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Shopify**
**85 10th Avenue, Suite 800**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,375.00** |
|---|---|---|---|

**Skyler Bercini**
**2936 Polk Street**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08/04/2025**

Basis for the claim: _

Last 4 digits of account number **8409**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,843.48** |
|---|---|---|---|

**Southern Tool Steel**
**P.O. Box 736002**
**Dallas, TX 75373-6002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$108,623.25** |
|---|---|---|---|

**Sram Indianapolis**
**1333 N Kingsburty 4th Floor**
**Chicago, IL 60642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|
| | Name | | |

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$898.23** |
|---|---|---|---|

**Stephan Michaud**
**2734 Green Ln**
**Hopkinsville, KY 42240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/04/2025**

Basis for the claim: _

Last 4 digits of account number  **8373**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,168.00** |
|---|---|---|---|

**Stephen Fast**
**2108 2nd Ave N**
**Irondale, AL 35210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/04/2025**

Basis for the claim: _

Last 4 digits of account number  **7804**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,045.00** |
|---|---|---|---|

**Steve Gardner**
**5292 Oakdale Road Southeast**
**Smyrna, GA 30082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/05/2026**

Basis for the claim: _

Last 4 digits of account number  **0624**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,190.50** |
|---|---|---|---|

**Steve Kimberley**
**1945 Discovery Heights Drive**
**Bellingham, WA 98226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/09/2026**

Basis for the claim: _

Last 4 digits of account number  **0106**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,490.00** |
|---|---|---|---|

**Steven Brandt**
**Steve the Bike Guy**
**25 N Main Street**

**Ashland, MA 01770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/23/2026**

Basis for the claim: _

Last 4 digits of account number  **0877**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,845.00** |
|---|---|---|---|

**Steven Leatherman**
**3849 West Chapel Road**
**Aberdeen, MD 21001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/11/2026**

Basis for the claim: _

Last 4 digits of account number  **0380**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,320.00** |
|---|---|---|---|

**Steven Stichler**
**816 Louise Drive**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/05/2026**

Basis for the claim: _

Last 4 digits of account number  **0620**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$473.74** |
|---|---|---|---|

**Tennessee American Water**
**PO Box 6029**
**Carol Stream, IL 60197-6029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | **Lynskey Performance Products, LLC** | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|
| | Name | | |

**3.219** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,080.00**

**Thomas Denison**
**366 East Sycamore Grove Lane**
**Bountiful, UT 84010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/13/2026**

Last 4 digits of account number **0131**

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,650.00**

**Thomas Dieterich**
**355 Kenneth Street**
**Saint Paul, MN 55105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/09/2025**

Last 4 digits of account number **8112**

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,321.00**

**Thomas Riddell**
**8 Cleveland Ave**
**Narberth, PA 19072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/25/2025**

Last 4 digits of account number **9663**

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,970.00**

**Tim Pifer**
**715 Quetta Avenue**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/24/2026**

Last 4 digits of account number **0520**

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$870.00**

**Timothy Dickson**
**2567 Creek Road**
**Feasterville, PA 19053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/24/2026**

Last 4 digits of account number **0911**

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,615.00**

**Timothy Gobble**
**1742 3rd St**
**Hood River, OR 97031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/10/2026**

Last 4 digits of account number **0706**

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,750.00**

**Tod Andrews**
**112 Bim St Apt A**
**Carrboro, NC 27510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/18/2026**

Last 4 digits of account number **0476**

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,650.00**

**Trenton Olson**
**814 N Superior Street**
**Appleton, WI 54911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/10/2025**

Last 4 digits of account number **8153**

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|---|
| | Name | | | |

**3.227** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,150.00**

**Ty Rochester**
**34 Mountain Trce**
**Anniston, AL 36206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/21/2025**

Basis for the claim: _

Last 4 digits of account number **9323**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,270.00**

**Tyler Wilson**
**23900 42nd Ave SE**
**Bothell, WA 98021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/16/2026**

Basis for the claim: _

Last 4 digits of account number **0804**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,313.02**

**ULINE**
**2165 Northmont Parkway**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,674.83**

**United Parcel Service**
**PO Box 809488**
**Chiago, IL 60680-9488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00**

**Vinith Sudhir**
**2100 3rd Avenue**
**Seattle, WA 98121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/11/2025**

Basis for the claim: _

Last 4 digits of account number **8910**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,445.00**

**Will Perry**
**345 NW 79th St**
**Seattle, WA 98117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/29/2025**

Basis for the claim: _

Last 4 digits of account number **9395**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,025.00**

**William Erdley**
**22 Eagleview Drive**
**Grand Island, NY 14072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/05/2026**

Basis for the claim: _

Last 4 digits of account number **0332**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,127.50**

**William Fields**
**3325 Hickory Ridge Rd.**
**Shreveport, LA 71108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/16/2025**

Basis for the claim: _

Last 4 digits of account number **7920**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Lynskey Performance Products, LLC** | | Case number (if known) | **1:26-bk-11156** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,075.00** |
|---|---|---|---|

**William Hooper**
**2822 Clay St**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/22/2025**

**Basis for the claim:** _

Last 4 digits of account number **9334**

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,325.00** |
|---|---|---|---|

**William Schmidt**
**715 Parkside Drive**
**Sycamore, IL 60178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/13/2026**

**Basis for the claim:** _

Last 4 digits of account number **0755**

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,947.50** |
|---|---|---|---|

**Yaoming Jian**
**64-23 79th Street**
**Middle Village, NY 11379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08/06/2025**

**Basis for the claim:** _

Last 4 digits of account number **8432**

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  0.00 |
| **5b. Total claims from Part 2** | 5b.  **+**  $ | 1,267,716.85 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  1,267,716.85 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy