**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Case #: 26-11156 NWW** |
| **Lynskey Performance Products, LLC** | ) | **CHAPTER 11** |
| | ) | |
| **Debtor(s).** | ) | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

Amended Voluntary Petition to change from Small Business Ch 11 to Chapter 11 and change business assets amounts to $1 Million to $10 Million.

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows: **UST**

/s/W. Thomas Bible, Jr
W. Thomas Bible, Jr. BPR 014754
6112 Shallowford Road
Chattanooga, TN 37421
(423)424-3116; (423)893-1245 fax
tom@tombiblelaw.com or melinda@tombiblelaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on June 24, 2026, a true and correct copy of the, Amended Vol Petition, all exhibits thereto (if any), and proposed Order were served electronically via the electronic case filing (ECF) system to the following:

United States Trustee - ustpregion08.cn.ecf@usdoj.gov
Kara West-Ch 13 Trustee- chattecf@ch13-trustee.com, chattecf@trustee13.com;chattecf@ch13cha.com

All parties who consent to service via ECF

I further certify that on the same date above a true and correct copy of the foregoing was sent via U.S. Mail Postage Prepaid to the following attached matrix-MATRIX ATTACHED TO ORIGINAL ONLY.

/s/W. Thomas Bible, Jr.
W. Thomas Bible, Jr.