UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

In Re. LYNSKEY PERFORMANCE PRODUCTS, LLC §
§
§
Debtor(s) §

Case No. 26-11156

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2026

Petition Date: 04/30/2026

Months Pending: 3

Industry Classification: 6 9 9 1

Reporting Method: Accrual Basis ◉ Cash Basis ◯

Debtor's Full-Time Employees (current): 16

Debtor's Full-Time Employees (as of date of order for relief): 33

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☒ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Mark Lynskey
Signature of Responsible Party

Mark Lynskey
Printed Name of Responsible Party

08/17/2026
Date

3911 Volunteer Dr, Chattanooga, TN 37416
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name LYNSKEY PERFORMANCE PRODUCTS, LLC Case No. 26-11156

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $14,095 | |
| b. | Total receipts (net of transfers between accounts) | $245,711 | $245,711 |
| c. | Total disbursements (net of transfers between accounts) | $235,580 | $235,580 |
| d. | Cash balance end of month (a+b-c) | $24,226 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $235,580 | $235,580 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ◉ Market ○ Other ○ (attach explanation)) | $426,800 |
| d | Total current assets | $3,247,758 |
| e. | Total assets | $3,247,758 |
| f. | Postpetition payables (excluding taxes) | $62,830 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $62,830 |
| k. | Prepetition secured debt | $1,200,000 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $1,267,716 |
| n. | Total liabilities (debt) (j+k+l+m) | $2,530,546 |
| o. | Ending equity/net worth (e-n) | $717,212 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $289,150 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $133,456 | |
| c. | Gross profit (a-b) | $155,695 | |
| d. | Selling expenses | $27,181 | |
| e. | General and administrative expenses | $91,990 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $6,102 | |
| i. | Taxes (local, state, and federal) | $268 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $36,256 | $0 |

Debtor's Name LYNSKEY PERFORMANCE PRODUCTS, LLC Case No. 26-11156

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $0 | $5,456 | $0 | $5,456 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Tom Bible Law | Lead Counsel | $0 | $5,456 | $0 | $5,456 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name LYNSKEY PERFORMANCE PRODUCTS, LLC Case No. 26-11156

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name LYNSKEY PERFORMANCE PRODUCTS, LLC Case No. 26-11156

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name LYNSKEY PERFORMANCE PRODUCTS, LLC Case No. 26-11156

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $10,747 | $10,747 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $268 | $268 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | | Yes ○ No ● |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | | Yes ○ No ● |
| c. | Were any payments made to or on behalf of insiders? | | Yes ○ No ● |
| d. | Are you current on postpetition tax return filings? | | Yes ● No ○ |
| e. | Are you current on postpetition estimated tax payments? | | Yes ● No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | | Yes ● No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | | Yes ○ No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | | Yes ○ No ○ N/A ● |
| i. | Do you have: | Worker's compensation insurance? | Yes ● No ○ |
| | | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ● No ○ |
| | | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | | General liability insurance? | Yes ● No ○ |
| | | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | Yes ○ No ● |
| k. | Has a disclosure statement been filed with the court? | | Yes ○ No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ● No ○ |

Debtor's Name LYNSKEY PERFORMANCE PRODUCTS, LLC Case No. 26-11156

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Mark Lynskey
Signature of Responsible Party

Mark Lynskey
Printed Name of Responsible Party

Member
Title

08/17/2026
Date

Debtor's Name LYNSKEY PERFORMANCE PRODUCTS, LLC Case No. 26-11156

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name LYNSKEY PERFORMANCE PRODUCTS, LLC Case No. 26-11156

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name LYNSKEY PERFORMANCE PRODUCTS, LLC Case No. 26-11156

PageThree

PageFour

FIRST HORIZON
P.O. BOX 84
MEMPHIS, TN 38101

BIZESSENTIALS

| CUSTOMER INFORMATION | |
|---|---|
| ACCOUNT NUMBER | [redacted]2936 |
| STATEMENT DATE | 07/31/26 |

Electronic Service Requested

[redacted]

LYNSKEY PERFORMANCE PRODUCTS, LLC
CHAPTER 11 DEBTOR IN POSSESSION
BK 26-11156
9245 LAWFORD WAY APT 206
OOLTEWAH TN 37363-4484

**CUSTOMER SERVICE INFORMATION**

Customer Service: 1-888-382-4968
Visit Us Online: www.firsthorizon.com
Follow Us On Facebook!
Follow Us On X!

| ACCOUNT SUMMARY | DATE | BALANCE OF YOUR FUNDS |
|---|---|---|
| PREVIOUS BALANCE | 06/30/26 | $22,873.65 |
| 4 DEPOSITS TOTALING | | $8,709.68 |
| 5 WITHDRAWALS TOTALING | | $17,741.82 |
| NEW BALANCE | 07/31/26 | $13,841.51 |

**CHECKING ACCOUNT TRANSACTIONS** FOR THE PERIOD FROM 07/01/26 THROUGH 07/31/26

**ACCOUNT HISTORY**

| DATE | DESCRIPTION | DEPOSIT | WITHDRAWAL | CARD # |
|---|---|---|---|---|
| 07/01 | WITHDRAWAL -Unum Life<br>PAYMENT 141803788829371 | | $584.82 | |
| 07/01 | WITHDRAWAL -Unum Life<br>PAYMENT 141803788843372 | | $137.83 | |
| 07/01 | WITHDRAWAL -Unum Life<br>PAYMENT 141803788741626 | | $128.83 | |
| 07/01 | WITHDRAWAL -JPMorgan Chase<br>Ext Trnsfr XXXXXXXXXXXXXXX | | $3,600.00 | |
| 07/02 | WITHDRAWAL -AETNA AFA<br>AFA 32796 | | $13,290.34 | |
| 07/08 | DEPOSIT -JPMorgan Chase<br>Ext Trnsfr XXXXXXXXXXXXXXX | $3,862.10 | | |
| 07/20 | DEPOSIT -PAYCHEX TPS<br>TAXES 17726200172813X | $0.01 | | |
| 07/22 | TRANSFER FROM X********2096 | $362.50 | | |
| 07/30 | DEPOSIT -JPMorgan Chase<br>Ext Trnsfr XXXXXXXXXXXXXXX | $4,485.07 | | |

[redacted]

Member FDIC

[redacted]



[redacted]

# EASY CHECKBOOK BALANCING

| CHECK NUMBER | CHECK AMOUNT | | CHECK NUMBER | CHECK AMOUNT | | CHECK NUMBER | CHECK AMOUNT | | CHECK NUMBER | CHECK AMOUNT | | CHECK NUMBER | CHECK AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| TOTAL OUTSTANDING CHECKS | | | | | | | | | | | | | | |

**STEP 1** Update your check register by entering all deposits and withdrawals which appear on this statement, but have not yet been entered into your check register. Be sure to include any service charges, finance charges, or interest credited to your checking account shown on the front of this statement.

**STEP 2** Mark off ( ✓ ) all deposits and withdrawals appearing on this statement in your check register. List any outstanding checks and withdrawals in the space provided above.

**STEP 3** Enter your check register balance. $ ____________

**STEP 4** Adjust the balance reported on this statement to match your records.

a. BALANCE OF YOUR FUNDS reported on this statement.* $ ________

b. ADD the total of any deposits appearing in your check register but not shown on this statement. + ________

c. SUBTOTAL $ ________

d. SUBTRACT the total of outstanding checks or withdrawals posted in your check register but not shown on this statement. - ________

e. The result is your current balance and should equal the amount in your check register.* $ ________

* HINTS FOR CUSTOMERS WITH FIRST BANKING RESERVE. If this statement shows that your First Banking Reserve line is in use, you may find it helpful to enter your AVAILABLE RESERVE as shown on the front of this statement instead of the BALANCE OF YOUR FUNDS in step 4a. The result you obtain in step 4a will then be your current Available Reserve. You can then subtract this amount from your APPROVED RESERVE to obtain the current amount of First Banking Reserve in Use which should equal the amount in your check register.

## FIRST BANKING RESERVE NOTICE

1. When your First Banking Reserve is in use, Payments (Deposits) and other credits will be applied in the following order (1) to any negative balance, (2) to unpaid INTEREST CHARGE from a previous cycle, (3) to your "First Banking Reserve in Use," (4) to increase the "Balance of Your Funds."
2. The INTEREST CHARGE is computed by multiplying a Monthly Periodic Rate by the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE." The Monthly Periodic Rate and ANNUAL PERCENTAGE RATE are subject to change. Your ANNUAL PERCENTAGE RATE for the cycle will be determined by multiplying your Monthly Periodic Rate by 12. If an INTEREST CHARGE is imposed on First Banking Reserve, an increase in your periodic rate and corresponding ANNUAL PERCENTAGE RATE will result in an increase in that INTEREST CHARGE, and if your new balance exceeds $50 it will result in an increase in your minimum payment.
3. The "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE" for the cycle is calculated by adding the amount of "Reserve In Use" at the close of each day in the cycle, less any unpaid INTEREST CHARGE from a previous cycle and dividing this result by the number of days in the cycle. Any disputed amounts being investigated pursuant to the provisions of Paragraph N of Section II of the Overdraft Services Agreement are excluded in calculating the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE."

## BILLING RIGHTS SUMMARY

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FIRST BANKING RESERVE BILL

If you think your First Banking Reserve Bill is wrong, or if you need more information about a transaction on your bill, write us at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:

• Your name and account number • The dollar amount of suspected error • Describe the error and explain if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## SAVINGS TRANSACTION RECORD

### INSTRUCTIONS

1. The space at the right is provided for you to enter all deposits and withdrawals made during the next interest period.
2. Keep all deposits and withdrawal receipts so you may compare them with the next statement.
3. A statement covering the next interest period will be mailed to you at the end of that period.
4. **PLEASE NOTIFY BANK PROMPTLY OF ANY CHANGE OF ADDRESS.**

PLEASE USE THIS FORM TO RECORD TRANSACTIONS FOR NEXT PERIOD

| BALANCE SHOWN ON STATEMENT → | | | |
|---|---|---|---|
| DATE | WITHDRAWALS | DEPOSITS | BALANCE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

[redacted]



[redacted]

**FIRST HORIZON**
P.O. BOX 84
MEMPHIS, TN 38101

**BIZESSENTIALS**

| CUSTOMER INFORMATION | |
|---|---|
| ACCOUNT NUMBER | **********2936 |
| STATEMENT DATE | 07/31/26 |

LYNSKEY PERFORMANCE PRODUCTS, LLC

| CHECKING ACCOUNT MONTHLY SUMMARY | |
|---|---|
| AVERAGE LEDGER BALANCE: | $8,956.86 |
| DEPOSITS: | 4 |
| ITEMS DEPOSITED: | 0 |
| WITHDRAWALS: | 5 |
| TRANSACTIONS COUNTED TOWARD LIMIT: | 9 |
| TRANSACTIONS IN EXCESS OF 00000 @ $0.00 each | $0.00 |
| CURRENCY DEPOSITED | $0.00 |
| CURRENCY DEPOSITED IN EXCESS OF $0.00 (EACH $0.00 @ $0.00 ) | $0.00 |

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 07/01 | $18,422.17 | 07/02 | $5,131.83 | 07/08 | $8,993.93 | 07/20 | $8,993.94 |
| 07/22 | $9,356.44 | 07/30 | $13,841.51 | | | | |

**INQUIRY INFORMATION**

*ALL INQUIRIES FOR BALANCES, GENERAL INFORMATION, ACCOUNT ERRORS, ACCOUNT ACTIVITY, AUTOMATED TELLER MACHINE ACTIVITY AND DEBIT CARD TRANSACTIONS SHOULD BE DIRECTED TO 1-888-382-4968.
*TO REPORT A LOST/STOLEN DEBIT CARD: CALL 1-888-382-4968 IMMEDIATELY AND FOLLOW THE VOICE PROMPTS.
*DIRECT INQUIRIES CONCERNING PREAUTHORIZED ELECTRONIC FUNDS TRANSFER TO 1-888-382-4968.
*YOU MAY MAIL INQUIRIES CONCERNING AUTOMATED TELLER MACHINE ACTIVITY, DEBIT CARD TRANSACTIONS, AND PREAUTHORIZED ELECTRONIC FUNDS TRANSFERS TO:
FIRST HORIZON BANK
P.O. BOX 84
MEMPHIS, TN 38101

**A MESSAGE FOR YOU**

ON SEPTEMBER 1, 2026, YOUR CURRENT TREASURY MANAGEMENT SERVICES MASTER AGREEMENT WITH FIRST HORIZON BANK WILL BE AMENDED. CHANGES WILL ONLY APPLY TO SPECIFIC SERVICE (S) IN WHICH YOUR COMPANY IS ENROLLED IN OR USES. PLEASE REVIEW, DOWNLOAD, OR PRINT A COPY AT WWW.FIRSTHORIZON.COM/TM-MASTER-AGREEMENT.
THE AGREEMENT INCLUDES A COMPILED LIST OF SECTIONS THAT HAVE CHANGED. NO ADDITIONAL ACTION IS REQUIRED ON YOUR PART. YOUR CONTINUED USE OF TREASURY MANAGEMENT SERVICES IS YOUR ACCEPTANCE OF THE UPDATED TREASURY MANAGEMENT SERVICES MASTER AGREEMENT. IF YOU HAVE QUESTIONS ABOUT THIS CHANGE, PLEASE CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SALES OFFICER.

[redacted]

CHASE for BUSINESS

Printed from Chase for Business

Overview / Account: PERFBUS CHK (...8830)

PERFBUS CHK (...8830)
LYNSKEY PERFORMANCE DESIGNS

# $24,735.80

Available balance

| $24,735.80 | $0.00 | $24,735.80 |
|---|---|---|
| Present balance | Available credit | Available plus credit |

**Uncollected funds**

## Transactions

Showing: All debit transactions

We found 42 transactions.

Filtered by: All debit transactions | Jul 1, 2026 to Jul 31, 2026 | Checks 2000 to 5000

| Date | Description | Type | Amount |
|---|---|---|---|
| Jul 31, 2026 | CHECK # 3072 07/31 | Check | −$640.00 |
| | CHECK # 3077 | Check | −$640.00 |
| Jul 30, 2026 | CHECK # 3080 | Check | −$15,497.40 |
| Jul 28, 2026 | CHECK # 3062 | Check | −$1,037.50 |

| Date | Description | Type | Amount |
|---|---|---|---|
| | CHECK # 3066 | Check | -$140.00 |
| | CHECK # 3070 | Check | -$100.00 |
| | CHECK # 3061 | Check | -$60.00 |
| Jul 27, 2026 | CHECK # 3067 | Check | -$700.00 |
| | CHECK # 3063 | Check | -$512.00 |
| | CHECK # 3065 | Check | -$700.00 |
| Jul 24, 2026 | CHECK # 3068 | Check | -$545.00 |
| | CHECK # 3064 07/24 | Check | -$640.00 |
| | CHECK # 3069 | Check | -$640.00 |
| Jul 21, 2026 | CHECK # 3055 | Check | -$140.00 |
| | CHECK # 3060 | Check | -$100.00 |
| Jul 20, 2026 | CHECK # 3056 | Check | -$700.00 |
| | CHECK # 3052 | Check | -$640.00 |
| | CHECK # 3057 | Check | -$400.00 |
| | CHECK # 3054 | Check | -$700.00 |
| Jul 17, 2026 | CHECK # 3053 07/17 | Check | -$646.00 |
| | CHECK # 3058 | Check | -$584.00 |
| Jul 16, 2026 | CHECK # 3050 | Check | -$1,074.80 |
| Jul 15, 2026 | CHECK # 3059 | Check | -$1,756.00 |
| | CHECK # 3047 | Check | -$140.00 |
| | CHECK # 3048 | Check | -$100.00 |

| Date | Description | Type | Amount |
| --- | --- | --- | --- |
| | CHECK # 3041 | Check | −$60.00 |
| Jul 13, 2026 | CHECK # 3046 | Check | −$700.00 |
| | CHECK # 3051 | Check | −$512.00 |
| | CHECK # 3044 | Check | −$700.00 |
| Jul 10, 2026 | CHECK # 3043 07/10 | Check | −$640.00 |
| | CHECK # 3042 | Check | −$640.00 |
| Jul 6, 2026 | CHECK # 3033 | Check | −$700.00 |
| | CHECK # 3034 | Check | −$140.00 |
| | CHECK # 3039 | Check | −$100.00 |
| Jul 3, 2026 | CHECK # 3035 | Check | −$595.00 |
| | CHECK # 3040 | Check | −$1,000.00 |
| | CHECK # 3025 | Check | −$505.00 |
| Jul 2, 2026 | CHECK # 3036 07/02 | Check | −$544.00 |
| | CHECK # 3032 07/02 | Check | −$640.00 |
| | CHECK # 3031 | Check | −$128.00 |
| | CHECK # 3038 | Check | −$128.00 |
| Jul 1, 2026 | CHECK # 3028 | Check | −$128.00 |

You've reached the end of your account activity.

CHASE for BUSINESS®

Printed from Chase for Business

## Check Details

Total: **$128.00**

Post date: Jul 01, 2026

Check #: 3028

Front Back

Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/330

3028

Check Number 3028

DATE
Jun 26, 2026

AMOUNT

One Hundred Twenty-Eight and 00/100 Dollars

$ 128.00

PAY TO THE ORDER OF:

Addy Ann Black

VALID VALID

[redacted]

CHASE for BUSINESS®

Printed from Chase for Business

## Check Details

Total: **$128.00**

Post date: Jul 02, 2026

Check #: 3038

Front Back

JPMorgan Chase Bank, N.A.
21-1X/630

3038

Lynakey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

Check Number 3038

DATE
Jul 2 2026

AMOUNT

One Hundred Twenty-Eight and 00/100 Dollars

$ 128.00

PAY TO THE ORDER OF

Kristopher Mendoza

[redacted]

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$128.00**

Post date: Jul 02, 2026

Check #: 3031

Front Back


Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/830

3031

Check Number 3031

DATE
Jul 2, 2026

AMOUNT

One Hundred Twenty-Eight and 00/100 Dollars

$ 128.00

PAY TO THE ORDER OF:

Addy Ann Black

AUTHORIZED SIGNATURE

[redacted]

CHASE for BUSINESS®

Printed from Chase for Business

## Check Details

Total: **$640.00**

Post date: Jul 02, 2026

Check #: 3032

Front Back



Lynskey Performance Products, LLC
423-499-5615
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/630

3032

DATE
Check Number 3032
Jul 2, 2026
AMOUNT

Six Hundred Forty and 00/100 Dollars

$ 640.00

PAY TO THE ORDER OF:

Tremaine Bowles

VALID VALID VALID VALID

AUTHORIZED SIGNATURE

[redacted]



©2026 JPMorgan Chase & Co

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$544.00**

Post date: Jul 02, 2026

Check #: 3036

Front Back



Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/630

3036

Check Number 3036

DATE Jul 2, 2026

AMOUNT

Five Hundred Forty-Four and 00/100 Dollars $ 544.00

PAY TO THE ORDER OF: Stephen I Hamilton

VALID VALID

AUTHORIZED SIGNATURE

[redacted]

Details on Back. Security Features Included

JPMorgan Chase Bank, N.A. Member FDIC ©2026 JPMorgan Chase & Co Equal Opportunity Lender

CHASE for BUSINESS®

Printed from Chase for Business

## Check Details

Total: **$505.00**

Post date: Jul 03, 2026

Check #: 3025

Front Back

Lynskey Performance Products, LLC
423-409-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/830

3025

Check Number 3025

DATE
Jun 26, 2026

AMOUNT

Five Hundred Five and 00/100 Dollars

$ 505.00

PAY TO THE ORDER OF:

Matthew Lynskey
1029 Roselawn Dr
Chattanooga, TN 37421

VALID VALID VALID VALID

AUTHORIZED SIGNATURE

HEAT SENSITIVE

Security Features Included. Details on Back.

[redacted]

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$1,000.00**

Post date: Jul 03, 2026

Check #: 3040

Front Back



Lynskey Performance Products, LLC
423-499-5815
3811 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/830

3040

Check Number 3040

DATE
Jul 2, 2026

AMOUNT

One Thousand and 00/100 Dollars

$ 1,000.00

PAY TO THE ORDER OF:

Bethany R Matthews
3000 Old Highway 58
Lot 36
Georgetown, TN 37336

VALID VALID

AUTHORIZED SIGNATURE

Details on Back. Security Features Included.

[redacted]



©2026 JPMorgan Chase & Co

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$595.00**

Post date: Jul 03, 2026

Check #: 3035

Front Back

Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/630

3035

DATE
Jul 2, 2026

Check Number 3035

AMOUNT

Five Hundred Ninety-Five and 00/100 Dollars

$ 595.00

PAY
TO THE
ORDER
OF:

Daniel Gonzalez

AUTHORIZED SIGNATURE

[redacted]

CHASE for BUSINESS®

Printed from Chase for Business

## Check Details

Total: **$100.00**

Post date: Jul 06, 2026

Check #: 3039

Front Back

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**Lynskey Performance Products, LLC**
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/830

3039

Check Number 3039

DATE Jul 2, 2026

AMOUNT

One Hundred and 00/100 Dollars $ 100.00

PAY TO THE ORDER OF:

Pascual Gaspar
911 Altamaha St
Chattanooga, TN 37412

VALID VALID

AUTHORIZED SIGNATURE

Details on Back. Security Features Included

[redacted]

JPMorgan Chase Bank, N.A. Member FDIC ©2026 JPMorgan Chase & Co Equal Opportunity Lender

CHASE for BUSINESS®

Printed from Chase for Business

## Check Details

Total: **$140.00**

Post date: Jul 06, 2026

Check #: 3034

Front Back

Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/830

3034

Check Number 3034

DATE Jul 2, 2026

AMOUNT

One Hundred Forty and 00/100 Dollars

$ 140.00

PAY TO THE ORDER OF:

Pascual Gaspar
911 Altamaha St
Chattanooga, TN 37412

AUTHORIZED SIGNATURE

[redacted]

JPMorgan Chase Bank, N.A. Member FDIC

©2026 JPMorgan Chase & Co

Equal Opportunity Lender

CHASE for BUSINESS

Printed from Chase for Business

# Check Details

Total: **$700.00**

Post date: Jul 06, 2026

Check #: 3033

Front Back



Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/830

3033

DATE

Check Number 3033 Jul 2, 2026

AMOUNT

Seven Hundred and 00/100 Dollars $ 700.00

PAY TO THE ORDER OF:

William J Felipe

VALID VALID

AUTHORIZED SIGNATURE

[redacted]

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$640.00**

Post date: Jul 10, 2026

Check #: 3043

Front Back






©2026 JPMorgan Chase & Co

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$700.00**

Post date: Jul 13, 2026

Check #: 3044

Front Back

Lynskey Performance Products, LLC
423-489-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/830

3044

Check Number 3044

DATE
Jul 10, 2026

AMOUNT

Seven Hundred and 00/100 Dollars

$ 700.00

PAY TO THE ORDER OF:

William J Felipe

AUTHORIZED SIGNATURE

[redacted]

JPMorgan Chase Bank, N.A. Member FDIC

©2026 JPMorgan Chase & Co

Equal Opportunity Lender

CHASE for BUSINESS®

Printed from Chase for Business

## Check Details

Total: **$640.00**

Post date: Jul 10, 2026

Check #: 3042

Front Back

Lynskey Performance Products, LLC
423-499-5915
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/830

3042

DATE

Check Number 3042

Jul 10, 2026

AMOUNT

Six Hundred Forty and 00/100 Dollars

$ 640.00

PAY TO THE ORDER OF:

Addy Ann Black

AUTHORIZED SIGNATURE

[redacted]



©2026 JPMorgan Chase & Co

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$512.00**

Post date: Jul 13, 2026

Check #: 3051

Front Back

Lynskey Performance Products, LLC
423-499-5815
3811 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.

3051

DATE

Check Number 3051

Jul 10, 2026

AMOUNT

Five Hundred Twelve and 00/100 Dollars

$ 512.00

PAY TO THE ORDER OF:

Kristopher Mendoza

AUTHORIZED SIGNATURE

[redacted]



©2026 JPMorgan Chase & Co

Equal Opportunity Lender

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$700.00**

Post date: Jul 13, 2026

Check #: 3046

Front Back



Lynekey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/830

3046

DATE

Check Number 3046

Jul 10, 2026

AMOUNT

Seven Hundred and 00/100 Dollars

$ 700.00

PAY TO THE ORDER OF:

Daniel Gonzalez

AUTHORIZED SIGNATURE

[redacted]

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$60.00**

Post date: Jul 15, 2026

Check #: 3041

Front Back


Lynekey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/630

3041

DATE

Check Number 3041 Jul 3, 2026

AMOUNT

Sixty and 00/100 Dollars $ 60.00

PAY TO THE ORDER OF:

Pascual Gaspar
911 Altamaha St
Chattanooga, TN 37412

VALID VALID

AUTHORIZED SIGNATURE

[redacted]

JPMorgan Chase Bank, N.A. Member FDIC ©2026 JPMorgan Chase & Co Equal Opportunity Lender

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$100.00**

Post date: Jul 15, 2026

Check #: 3048

Front Back


Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/630

3048

Check Number 3048

DATE
Jul 7, 2026

AMOUNT

One Hundred and 00/100 Dollars

$ 100.00

PAY TO THE ORDER OF:

Pascual Gaspar
911 Altamaha St
Chattanooga, TN 37412

VALID VALID

AUTHORIZED SIGNATURE

[redacted]



©2026 JPMorgan Chase & Co

CHASE for BUSINESS®

Printed from Chase for Business

## Check Details

Total: **$140.00**

Post date: Jul 15, 2026

Check #: 3047

Front Back

Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/830

3047

Check Number 3047

DATE
Jul 10, 2026

AMOUNT

One Hundred Forty and 00/100 Dollars

$ 140.00

PAY TO THE ORDER OF:

Pascual Gaspar
911 Altamaha St
Chattanooga, TN 37412

VALID VALID
VALID VALID

AUTHORIZED SIGNATURE

[redacted]

Details on Back. Security Features Included

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$1,756.00**

Post date: Jul 15, 2026

Check #: 3059

Front Back


SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/630

3059

DATE

Check Number 3059

Jul 17, 2026

AMOUNT

One Thousand Seven Hundred Fifty-Six and 00/100 Dollars

$ 1,756.00

PAY TO THE ORDER OF:

Tim Lynskey
9245 Lawford Way
Apt 206
Ooltewah, TN 37363

AUTHORIZED SIGNATURE

Details on Back. Security Features Included

[redacted]

JPMorgan Chase Bank, N.A. Member FDIC

©2026 JPMorgan Chase & Co

Equal Opportunity Lender

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$1,074.80**

Post date: Jul 16, 2026

Check #: 3050

Front Back

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**Lynskey Performance Products, LLC**
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/530

3050

Check Number 3050

DATE
Jul 10, 2026

AMOUNT

One Thousand Seventy-Four and 80/100 Dollars

$ 1,074.80

PAY TO THE ORDER OF:

Industrial Welding Supply
PO Box 4014
Chattanooga, TN 37405

VALID VALID

AUTHORIZED SIGNATURE

Details on Back. Security Features Included

[redacted]

CHASE for BUSINESS®

Printed from Chase for Business

## Check Details

Total: **$584.00**

Post date: Jul 17, 2026

Check #: 3058

Front Back



[redacted]

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$646.00**

Post date: Jul 17, 2026

Check #: 3053

Front Back

Lynskey Performance Products, LLC
423-499-6815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/530

3053

Check Number 3053

DATE
Jul 17, 2026

AMOUNT

Six Hundred Forty-Six and 00/100 Dollars

$ 646.00

PAY TO THE ORDER OF:

Tremaine Bowles

VALID VALID

AUTHORIZED SIGNATURE

[redacted]



©2026 JPMorgan Chase & Co

CHASE for BUSINESS®

Printed from Chase for Business

## Check Details

Total: **$700.00**

Post date: Jul 20, 2026

Check #: 3054

Front Back


SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER HEAT SENSITIVE ICON AND FOIL HOLOGRAM

Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/630

3054

Check Number 3054

DATE
Jul 17, 2026

AMOUNT

Seven Hundred and 00/100 Dollars

$ 700.00

PAY TO THE ORDER OF:

William J Felipe

VALID VALID

AUTHORIZED SIGNATURE

Details on Back. Security Features Included

[redacted]



©2026 JPMorgan Chase & Co

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$400.00**

Post date: Jul 20, 2026

Check #: 3057

Front Back



SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER HEAT SENSITIVE ICON AND FOIL HOLOGRAM

3057

Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/800

Check Number 3057

DATE
Jul 17, 2026

AMOUNT
$ 400.00

Four Hundred and 00/100 Dollars

PAY TO THE ORDER OF:

Matthew Lynskey
1029 Roselawn Dr
Chattanooga, TN 37421

AUTHORIZED SIGNATURE

[redacted]

JPMorgan Chase Bank, N.A. Member FDIC ©2026 JPMorgan Chase & Co Equal Opportunity Lender

CHASE for BUSINESS

Printed from Chase for Business

# Check Details

Total: **$640.00**

Post date: Jul 20, 2026

Check #: 3052

Front Back

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/630

3052

DATE

Check Number 3052

Jul 17, 2026

AMOUNT

Six Hundred Forty and 00/100 Dollars

$ 640.00

PAY TO THE ORDER OF:

Addy Ann Black

VALID VALID VALID VALID

AUTHORIZED SIGNATURE

Details on Back

Security Features Included

[redacted]



©2026 JPMorgan Chase & Co

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$700.00**

Post date: Jul 20, 2026

Check #: 3056

Front Back


Lynskey Performance Products, LLC
423-499-5615
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/630

3056

DATE

Check Number 3056

Jul 17, 2026

AMOUNT

Seven Hundred and 00/100 Dollars

$ 700.00

PAY TO THE ORDER OF:

Daniel Gonzalez

VALID

VALID

AUTHORIZED SIGNATURE

Details on Back.

Security Features Included

[redacted]

JPMorgan Chase Bank, N.A. Member FDIC

©2026 JPMorgan Chase & Co

Equal Opportunity Lender

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$100.00**

Post date: Jul 21, 2026

Check #: 3060

Front Back

Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/930

3060

DATE

Check Number 3060

Jul 17, 2026

AMOUNT

One Hundred and 00/100 Dollars

$ 100.00

PAY TO THE ORDER OF:

Pascual Gaspar
911 Altamaha St
Chattanooga, TN 37412

AUTHORIZED SIGNATURE

[redacted]

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$140.00**

Post date: Jul 21, 2026

Check #: 3055

Front Back


Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/630

3055

DATE

Check Number 3055

Jul 17, 2026

AMOUNT

One Hundred Forty and 00/100 Dollars

$ 140.00

PAY TO THE ORDER OF:

Pascual Gaspar
911 Altamaha St
Chattanooga, TN 37412

VALID VALID
VALID VALID

AUTHORIZED SIGNATURE

[redacted]

JPMorgan Chase Bank, N.A. Member FDIC

©2026 JPMorgan Chase & Co

Equal Opportunity Lender

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$640.00**

Post date: Jul 24, 2026

Check #: 3069

Front Back

Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.

3069

DATE

Check Number 3069 Jul 24 2026

AMOUNT

Six Hundred Forty and 00/100 Dollars $ 640.00

PAY TO THE ORDER OF

Kristopher Mendoza

[redacted]

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$640.00**

Post date: Jul 24, 2026

Check #: 3064

Front Back


SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/830

3064

DATE

Check Number 3064 Jul 24, 2026

AMOUNT

Six Hundred Forty and 00/100 Dollars $ 640.00

TO THE ORDER OF:

Tramaine Bowles

VALID VALID

AUTHORIZED SIGNATURE

[redacted]

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$545.00**

Post date: Jul 24, 2026

Check #: 3068

Front Back



Printed from Chase for Business

# Check Details

Total: **$700.00**

Post date: Jul 27, 2026

Check #: 3065

Front Back



JPMorgan Chase Bank, N.A.
21-13/830

3065

Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

Check Number 3065

DATE
Jul 24, 2026

AMOUNT

Seven Hundred and 00/100 Dollars

$ 700.00

PAY TO THE ORDER OF:

William J Felipe

VALID VALID
VALID VALID
VALID VALID
VALID VALID

AUTHORIZED SIGNATURE

[redacted]

CHASE for BUSINESS®

Printed from Chase for Business

## Check Details

Total: **$512.00**

Post date: Jul 27, 2026

Check #: 3063

Front Back



SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/430

3063

DATE

Check Number 3063

Jul 24, 2026

AMOUNT

Five Hundred Twelve and 00/100 Dollars

$ 512.00

PAY TO THE ORDER OF:

Addy Ann Black

VALID VALID

AUTHORIZED SIGNATURE

[redacted]

JPMorgan Chase Bank, N.A. Member FDIC ©2026 JPMorgan Chase & Co Equal Opportunity Lender

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$700.00**

Post date: Jul 27, 2026

Check #: 3067

Front Back

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/630

3067

DATE

Check Number 3067

Jul 24, 2026

AMOUNT

Seven Hundred and 00/100 Dollars

$ 700.00

PAY TO THE ORDER OF:

Daniel Gonzalez

VALID VALID

AUTHORIZED SIGNATURE

Security Features Included. Details on Back.

[redacted]

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$60.00**

Post date: Jul 28, 2026

Check #: 3061

Front Back



Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/830

3061

DATE

Check Number 3061 Jul 17, 2026

AMOUNT

Sixty and 00/100 Dollars $ 60.00

PAY TO THE ORDER OF:

Pascual Gaspar
911 Altamaha St
Chattanooga, TN 37412

AUTHORIZED SIGNATURE

[redacted]

JPMorgan Chase Bank, N.A. Member FDIC

©2026 JPMorgan Chase & Co

Equal Opportunity Lender

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$100.00**

Post date: Jul 28, 2026

Check #: 3070

Front Back

Lynakey Performance Products, LLC
423-499-5815
5911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/830

3070

DATE

Check Number 3070

Jul 24, 2026

AMOUNT

One Hundred and 00/100 Dollars

$ 100.00

PAY TO THE ORDER OF:

Pascual Gaspar
911 Altamaha St
Chattanooga, TN 37412

VOID VALID

AUTHORIZED SIGNATURE

[redacted]

Details on Back. Security Features Included

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$140.00**

Post date: Jul 28, 2026

Check #: 3066

Front Back



Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/830

3066

DATE

Check Number 3066

Jul 24, 2026

AMOUNT

One Hundred Forty and 00/100 Dollars

$ 140.00

PAY TO THE ORDER OF:

Pascual Gaspar
911 Altamaha St
Chattanooga, TN 37412

VALID VALID

AUTHORIZED SIGNATURE

[redacted]

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$1,037.50**

Post date: Jul 28, 2026

Check #: 3062

Front Back

Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/530

3062

Check Number: 3062

DATE
Jul 20, 2026

AMOUNT

One Thousand Thirty-Seven and 50/100 Dollars

$ 1,037.50

PAY TO THE ORDER OF:

Dominion Box Company
PO Box 37
Dayton, TN 37321

VALID VALID
VALID VALID

AUTHORIZED SIGNATURE

Details on Back. Security Features Included.

[redacted]

JPMorgan Chase Bank, N.A. Member FDIC ©2026 JPMorgan Chase & Co Equal Opportunity Lender

CHASE for BUSINESS

Printed from Chase for Business

# Check Details

Total: **$15,497.40**

Post date: Jul 30, 2026

Check #: 3080

Front Back

SECURITY FEATURES INCLUDED

Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-15/830

3080

Check Number 3080

DATE Jul 29, 2026

AMOUNT

Fifteen Thousand Four Hundred Ninety-Seven and 40/100 Dollars

$ 15,497.40

PAY TO THE ORDER OF:

First Bank
319 Manufacturers Rd
Chattanooga, TN 37405

VALID VALID
VALID VALID
VALID VALID
VALID VALID

AUTHORIZED SIGNATURE

Details on Back. Security Features Included

[redacted]



©2026 JPMorgan Chase & Co

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$640.00**

Post date: Jul 31, 2026

Check #: 3077

Front Back


Lynskey Performance Products, LLC
Chattanooga TN 37416

JPMorgan Chase Bank, N.A.

3077

Check Number 3077

DATE
Jul 31 2026

AMOUNT
$ 640.00

Six Hundred Forty and 00/100 Dollars

PAY TO THE ORDER OF

Kristopher Mendoza

[redacted]


©2026 JPMorgan Chase & Co

CHASE for BUSINESS

Printed from Chase for Business

## Check Details

Total: **$640.00**

Post date: Jul 31, 2026

Check #: 3072

Front Back

Lynskey Performance Products, LLC
423-499-5815
3911 Volunteer Drive
Chattanooga, TN 37416

JPMorgan Chase Bank, N.A.
21-13/630

3072

Check Number 3072

DATE
Jul 31, 2026

AMOUNT
$ 640.00

Six Hundred Forty and 00/100 Dollars

PAY TO THE ORDER OF:

Tremaine Bowles

AUTHORIZED SIGNATURE

[redacted]

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

July 01, 2026 through July 31, 2026
Account Number: [redacted]8830

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

[redacted]
LYNSKEY PERFORMANCE DESIGNS
3911 VOLUNTEER DR
CHATTANOOGA TN 37416-3872

[redacted]

## CHECKING SUMMARY

Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$14,095.24** |
| Deposits and Additions | 41 | 245,711.34 |
| Checks Paid | 42 | -36,692.70 |
| ATM & Debit Card Withdrawals | 49 | -14,851.86 |
| Electronic Withdrawals | 35 | -183,598.11 |
| Fees | 1 | -437.50 |
| **Ending Balance** | **168** | **$24,226.41** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260701 CO Entry Descr:Transfer Sec:PPD Trace#:021000023086487 Eed:260701 Ind ID: Ind Name:Lynskey Performance PR Trn: 1823086487Tc | $6,267.80 |
| 07/01 | Online Transfer 29818141818 From 1St Horizon Payroll ########2936 Transaction #: 29818141818 | 3,600.00 |
| 07/02 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Ebay Commerce Inc. Ref: 1X5Yjw1Q2Fhxc6L Info: Text-Rmtinf-P7596775426 Iid: 20260702021000021P1Brjpc02630003890 Recd: 06:00:34 Trn: 0111742183Ge Bref: 5Ccf17D62Eef4Df9Bf0F9Ab9E07C2D0B | 925.06 |
| 07/02 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260702 CO Entry Descr:Transfer Sec:PPD Trace#:021000023045049 Eed:260702 Ind ID: Ind Name:Lynskey Performance PR Trn: 1833045049Tc | 5,768.57 |
| 07/03 | Online Transfer 29856849653 From Millennium Bank ####8643 Transaction #: 29856849653 | 4,000.00 |
| 07/06 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Ebay Commerce Inc. Ref: Wxrxgavrdemy265 Info: Text-Rmtinf-P7599968818 Iid: 20260704021000021P1Brjpc09390003593 Recd: 05:47:13 Trn: 0321612185GA Bref: 57369D34821445778F51511D0231A6C8 | 619.48 |
| 07/06 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260706 CO Entry Descr:Transfer Sec:PPD Trace#:021000024268091 Eed:260706 Ind ID: Ind Name:Lynskey Performance PR Trn: 1874268091Tc | 20,822.22 |
| 07/07 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260707 CO Entry Descr:Transfer Sec:PPD Trace#:021000028337988 Eed:260707 Ind ID: Ind Name:Lynskey Performance PR Trn: 1888337988Tc | 18,040.59 |
| 07/09 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260709 CO Entry Descr:Transfer Sec:PPD Trace#:021000027421342 Eed:260709 Ind ID: Ind Name:Lynskey Performance PR Trn: 1907421342Tc | 16,939.52 |

CHASE

July 01, 2026 through July 31, 2026
Account Number: [redacted]8830

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/09 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260709 CO Entry Descr:Transfer Sec:PPD Trace#:021000026983424 Eed:260709 Ind ID: Ind Name:Lynskey Performance PR Trn: 1906983424Tc | 1,804.66 |
| 07/10 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260710 CO Entry Descr:Transfer Sec:PPD Trace#:021000023531653 Eed:260710 Ind ID: Ind Name:Lynskey Performance PR Trn: 1913531653Tc | 9,433.13 |
| 07/13 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Ebay Commerce Inc. Ref: 81Eq2Eoqv2A8S6K Info: Text-Rmtinf-P7616088202 Iid: 20260712021000021P1Brjpc04580002191 Recd: 05:32:58 Trn: 0000372193Gd Bref: 06081Df752B54C5Ab9929Cddaea9A410 | 697.63 |
| 07/13 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Ebay Commerce Inc. Ref: 7Fggvvqa6L95F68 Info: Text-Rmtinf-P7614225970 Iid: 20260711021000021P1Brjpc04040000006 Recd: 05:42:17 Trn: 3534802191GA Bref: 0B1027C22C754C12B966C31A5Ed4E738 | 338.14 |
| 07/13 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260713 CO Entry Descr:Transfer Sec:PPD Trace#:021000021152451 Eed:260713 Ind ID: Ind Name:Lynskey Performance PR Trn: 1941152451Tc | 8,516.53 |
| 07/14 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260714 CO Entry Descr:Transfer Sec:PPD Trace#:021000029783704 Eed:260714 Ind ID: Ind Name:Lynskey Performance PR Trn: 1959783704Tc | 4,725.56 |
| 07/15 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Ebay Commerce Inc. Ref: Tugiygzqsodzr68 Info: Text-Rmtinf-P7621741234 Iid: 20260715021000021P1Brjpc10190002161 Recd: 05:52:27 Trn: 2746802195Gc Bref: F25Fe60Bdb114Ad9B508Fce58B5Cc411 | 669.41 |
| 07/15 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260715 CO Entry Descr:Transfer Sec:PPD Trace#:021000026084749 Eed:260715 Ind ID: Ind Name:Lynskey Performance PR Trn: 1966084749Tc | 15,342.29 |
| 07/15 | Online Transfer 30003923169 From Millennium Bank ####8643 Transaction #: 30003923169 | 1,000.00 |
| 07/16 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260716 CO Entry Descr:Transfer Sec:PPD Trace#:021000023638274 Eed:260716 Ind ID: Ind Name:Lynskey Performance PR Trn: 1973638274Tc | 10,389.90 |
| 07/17 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Ebay Commerce Inc. Ref: Nu4Suvmtoixen61 Info: Text-Rmtinf-P7625242930 Iid: 20260717021000021P1Brjpc08120000901 Recd: 06:26:41 Trn: 0076832198Gc Bref: Ec72Ab640B1244A2A8E49Eac9Aa81D26 | 728.69 |
| 07/17 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260717 CO Entry Descr:Transfer Sec:PPD Trace#:021000026629144 Eed:260717 Ind ID: Ind Name:Lynskey Performance PR Trn: 1986629144Tc | 3,880.50 |
| 07/20 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Ebay Commerce Inc. Ref: Seozzphqx64Wt6F Info: Text-Rmtinf-P7628232490 Iid: 20260719021000021P1Brjpc08570004305 Recd: 05:54:26 Trn: 0007652200Ge Bref: D7704467Ee4B44Cdb877890D7Bcdd0De | 1,196.00 |
| 07/20 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Ebay Commerce Inc. Ref: Skmrnqspcxwtk65 Info: Text-Rmtinf-P7630486594 Iid: 20260720021000021P1Brjpc08330000646 Recd: 06:49:18 Trn: 0021362201Ge Bref: B0C420Accadd48A195Ed002A429Bee76 | 718.71 |
| 07/20 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260720 CO Entry Descr:Transfer Sec:PPD Trace#:021000023289752 Eed:260720 Ind ID: Ind Name:Lynskey Performance PR Trn: 2013289752Tc | 8,519.72 |
| 07/21 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Ebay Commerce Inc. Ref: Mwfrqz6Tgsccs6A Info: Text-Rmtinf-P7632379834 Iid: 20260721021000021P1Brjpc08610001549 Recd: 06:14:35 Trn: 2583802201GA Bref: 28Cffc26C8Fe459D8F8C233354C497C1 | 1,512.24 |
| 07/21 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260721 CO Entry Descr:Transfer Sec:PPD Trace#:021000023330719 Eed:260721 Ind ID: Ind Name:Lynskey Performance PR Trn: 2023330719Tc | 6,334.65 |
| 07/22 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260722 CO Entry Descr:Transfer Sec:PPD Trace#:021000029747735 Eed:260722 Ind ID: Ind Name:Lynskey Performance PR Trn: 2039747735Tc | 11,526.01 |

CHASE

July 01, 2026 through July 31, 2026
Account Number: [redacted]8830

[redacted]

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/22 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260722 CO Entry Descr:Transfer Sec:PPD Trace#:021000020356973 Eed:260722 Ind ID: Ind Name:Lynskey Performance PR Trn: 2030356973Tc | 2,641.81 |
| 07/23 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260723 CO Entry Descr:Transfer Sec:PPD Trace#:021000028245121 Eed:260723 Ind ID: Ind Name:Lynskey Performance PR Trn: 2048245121Tc | 720.66 |
| 07/24 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Ebay Commerce Inc. Ref: Onkeyyetvmanf6D Info: Text-Rmtinf-P7638089890 Iid: 20260724021000021P1Brjpc08330008608 Recd: 06:04:58 Trn: 0011192205Gb Bref: 0Cbad8Ab1Ab14E9A98E6736Bcda9Cb1C | 609.81 |
| 07/24 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260724 CO Entry Descr:Transfer Sec:PPD Trace#:021000029270541 Eed:260724 Ind ID: Ind Name:Lynskey Performance PR Trn: 2059270541Tc | 8,947.52 |
| 07/27 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Ebay Commerce Inc. Ref: Nye02T6Qlkgna6H Info: Text-Rmtinf-P7642830946 Iid: 20260727021000021P1Brjpc01790003385 Recd: 06:01:49 Trn: 2467012207Gd Bref: 2Cc9B2D3B5E94D88830B47400D8Cf477 | 1,113.83 |
| 07/27 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260727 CO Entry Descr:Transfer Sec:PPD Trace#:021000023834796 Eed:260727 Ind ID: Ind Name:Lynskey Performance PR Trn: 2083834796Tc | 19,821.67 |
| 07/28 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Ebay Commerce Inc. Ref: Imr3Ejvr7Qvmp65 Info: Text-Rmtinf-P7644969562 Iid: 20260728021000021P1Brjpc03040003388 Recd: 06:05:18 Trn: 0022162209Gb Bref: 16218CD99F344053808Fa1Fb870Ebbad | 978.10 |
| 07/28 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260728 CO Entry Descr:Transfer Sec:PPD Trace#:021000024436532 Eed:260728 Ind ID: Ind Name:Lynskey Performance PR Trn: 2094436532Tc | 13,503.67 |
| 07/29 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Ebay Commerce Inc. Ref: Jmryhbqgyx4C96A Info: Text-Rmtinf-P7646883250 Iid: 20260729021000021P1Brjpc03070000380 Recd: 05:50:12 Trn: 0011812210Gb Bref: DC508B870D9849E994F4B9668248Af26 | 1,038.18 |
| 07/29 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260729 CO Entry Descr:Transfer Sec:PPD Trace#:021000022476980 Eed:260729 Ind ID: Ind Name:Lynskey Performance PR Trn: 2102476980Tc | 7,019.44 |
| 07/30 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Ebay Commerce Inc. Ref: Sstqaaaskiicj6J Info: Text-Rmtinf-P7648682458 Iid: 20260730021000021P1Brjpc09900001415 Recd: 06:18:53 Trn: 0058262211GA Bref: 176980De04E4467883E905619Ec73150 | 1,699.72 |
| 07/30 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260730 CO Entry Descr:Transfer Sec:PPD Trace#:021000022369896 Eed:260730 Ind ID: Ind Name:Lynskey Performance PR Trn: 2112369896Tc | 10,944.90 |
| 07/31 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Ebay Commerce Inc. Ref: 3Noo4Estd6Su86D Info: Text-Rmtinf-P7651630426 Iid: 20260731021000021P1Brjpc01800000799 Recd: 06:03:06 Trn: 3047902211Gd Bref: 76C7C631A61E4Ada8F574C6C2A2B9615 | 2,367.83 |
| 07/31 | Orig CO Name:Paypal Orig ID:Paypalsd11 Desc Date:260731 CO Entry Descr:Transfer Sec:PPD Trace#:021000029913199 Eed:260731 Ind ID: Ind Name:Lynskey Performance PR Trn: 2129913199Tc | 9,987.19 |
| **Total Deposits and Additions** | | **$245,711.34** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 3025 ^ | | 07/03 | $505.00 |
| 3028 * ^ | | 07/01 | 128.00 |
| 3031 * ^ | | 07/02 | 128.00 |
| 3032 ^ | 07/02 | 07/02 | 640.00 |
| 3033 ^ | | 07/06 | 700.00 |

CHASE

July 01, 2026 through July 31, 2026
Account Number: [redacted]8830

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 3034 ^ | | 07/06 | 140.00 |
| 3035 ^ | | 07/03 | 595.00 |
| 3036 ^ | 07/02 | 07/02 | 544.00 |
| 3038 * ^ | | 07/02 | 128.00 |
| 3039 ^ | | 07/06 | 100.00 |
| 3040 ^ | | 07/03 | 1,000.00 |
| 3041 ^ | | 07/15 | 60.00 |
| 3042 ^ | | 07/10 | 640.00 |
| 3043 ^ | 07/10 | 07/10 | 640.00 |
| 3044 ^ | | 07/13 | 700.00 |
| 3046 * ^ | | 07/13 | 700.00 |
| 3047 ^ | | 07/15 | 140.00 |
| 3048 ^ | | 07/15 | 100.00 |
| 3050 * ^ | | 07/16 | 1,074.80 |
| 3051 ^ | | 07/13 | 512.00 |
| 3052 ^ | | 07/20 | 640.00 |
| 3053 ^ | 07/17 | 07/17 | 646.00 |
| 3054 ^ | | 07/20 | 700.00 |
| 3055 ^ | | 07/21 | 140.00 |
| 3056 ^ | | 07/20 | 700.00 |
| 3057 ^ | | 07/20 | 400.00 |
| 3058 ^ | | 07/17 | 584.00 |
| 3059 ^ | | 07/15 | 1,756.00 |
| 3060 ^ | | 07/21 | 100.00 |
| 3061 ^ | | 07/28 | 60.00 |
| 3062 ^ | | 07/28 | 1,037.50 |
| 3063 ^ | | 07/27 | 512.00 |
| 3064 ^ | 07/24 | 07/24 | 640.00 |
| 3065 ^ | | 07/27 | 700.00 |
| 3066 ^ | | 07/28 | 140.00 |
| 3067 ^ | | 07/27 | 700.00 |
| 3068 ^ | | 07/24 | 545.00 |
| 3069 ^ | | 07/24 | 640.00 |
| 3070 ^ | | 07/28 | 100.00 |
| 3072 * ^ | 07/31 | 07/31 | 640.00 |
| 3077 * ^ | | 07/31 | 640.00 |
| 3080 * ^ | | 07/30 | 15,497.40 |
| **Total Checks Paid** | | | **$36,692.70** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

CHASE

July 01, 2026 through July 31, 2026
Account Number: [redacted]8830

[redacted]

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Recurring Card Purchase 07/01 Google *Workspace_Ly Cc@Google.Com CA Card 4339 | $165.18 |
| 07/02 | Recurring Card Purchase 07/01 Google *Ads404187393 Cc@Google.Com CA Card 4339 | 286.19 |
| 07/02 | Card Purchase 07/01 Empire Abrasives 800-816-3824 NY Card 4339 | 151.20 |
| 07/03 | Card Purchase 07/02 Sq *R & J Supply Gosq.Com MO Card 4339 | 225.82 |
| 07/06 | Recurring Card Purchase 07/05 Wix.Com 1249278675 Www.Wix.Com CA Card 4339 | 169.33 |
| 07/08 | Card Purchase 07/07 Stamps.Com 888-434-0055 DC Card 4339 | 493.00 |
| 07/09 | Card Purchase 07/08 Full Speed Ahead 425-4888653 WA Card 4339 | 604.22 |
| 07/10 | Recurring Card Purchase 07/10 Instant Checkmate 800-222-8985 CA Card 4339 | 27.49 |
| 07/10 | Recurring Card Purchase 07/10 Instant Checkmate 800-222-8985 CA Card 4339 | 4.99 |
| 07/10 | Card Purchase 07/09 Lexjet 800-453-9538 FL Card 4339 | 341.96 |
| 07/13 | Card Purchase 07/10 Walmart.Com 800-925-6278 AR Card 4339 | 69.67 |
| 07/13 | Card Purchase 07/10 Amazon Mktpl*8L7807Y Amzn.Com/Bill WA Card 4339 | 37.87 |
| 07/13 | Card Purchase 07/10 Walmart.Com 800-925-6278 AR Card 4339 | 95.57 |
| 07/13 | Recurring Card Purchase 07/12 Google *Ads404187393 Cc@Google.Com CA Card 4339 | 500.00 |
| 07/14 | Card Purchase 07/13 Sage Software Inc 866-9967243 CA Card 4339 | 711.37 |
| 07/14 | Card Purchase 07/14 Walmart.Com 800-925-6278 AR Card 4339 | 25.91 |
| 07/15 | Card Purchase 07/15 Amazon Mktpl*Lf3Ud5L Amzn.Com/Bill WA Card 4339 | 77.50 |
| 07/15 | Recurring Card Purchase 07/15 Adobe *800-833-6687 Adobe.Ly/Enus CA Card 4339 | 76.46 |
| 07/15 | Card Purchase With Pin 07/15 Microsoft*Store - Msbill.Info WA Card 4339 | 142.01 |
| 07/16 | Card Purchase 07/16 Stamps Add Funds 512-8864006 CA Card 4339 | 492.00 |
| 07/20 | Card Purchase 07/18 Quality Bicycle Produ 952-941-9391 MN Card 4339 | 2,641.54 |
| 07/20 | Card Purchase 07/17 Sp Cycle Limited LLC Cyclelimited. FL Card 4339 | 59.98 |
| 07/20 | Card Purchase 07/19 Amazon.Com*Re1N13B93 Amzn.Com/Bill WA Card 4339 | 72.56 |
| 07/21 | Card Purchase 07/21 Amazon Mktpl*Bx3Vw5U Amzn.Com/Bill WA Card 4339 | 58.89 |
| 07/21 | Card Purchase 07/21 Amazon Mktpl*U966Y9F Amzn.Com/Bill WA Card 4339 | 100.66 |
| 07/21 | Card Purchase 07/21 Amazon Mktpl*Dn12626 Amzn.Com/Bill WA Card 4339 | 148.49 |
| 07/21 | Recurring Card Purchase 07/20 Wix.Com*1251893501 1-415-6399034 CA Card 4339 | 4.35 |
| 07/21 | Recurring Card Purchase 07/21 Wix.Com*1252043785 1-415-6399034 CA Card 4339 | 7.63 |
| 07/22 | Card Purchase 07/21 Quality Bicycle Produ 952-941-9391 MN Card 4339 | 1,340.59 |
| 07/22 | Card Purchase 07/20 Stapls023912226500000 800-333-3330 CT Card 4339 | 115.64 |
| 07/22 | Recurring Card Purchase 07/22 Google *Ads404187393 Cc@Google.Com CA Card 4339 | 500.00 |
| 07/23 | Card Purchase 07/22 Universal Cycles 800-936-5156 OR Card 4339 | 150.10 |
| 07/23 | Card Purchase 07/23 Facebk *5M24Tymep2 650-5434800 De Card 4339 | 291.55 |
| 07/24 | Recurring Card Purchase 07/24 Stamps.Com 512-8864006 CA Card 4339 | 44.78 |
| 07/27 | Card Purchase 07/26 Amazon Mktpl*J56My5D Amzn.Com/Bill WA Card 4339 | 74.83 |
| 07/28 | Recurring Card Purchase 07/27 Wix.Com*1253097729 1-415-6399034 CA Card 4339 | 50.25 |
| 07/28 | Recurring Card Purchase 07/28 Adobe *800-833-6687 Adobe.Ly/Enus CA Card 4339 | 21.84 |
| 07/29 | Card Purchase 07/28 Stamps.Com 888-434-0055 DC Card 4339 | 498.00 |
| 07/29 | Card Purchase 07/29 Uline *Ship Supplies 800-295-5510 WI Card 4339 | 499.46 |
| 07/30 | Card Purchase 07/29 Quality Bicycle Produ 952-941-9391 MN Card 4339 | 1,636.01 |
| 07/30 | Card Purchase 07/29 Grainger 800-4724643 IL Card 4339 | 79.05 |
| 07/30 | Card Purchase 07/29 Empire Abrasives 800-816-3824 NY Card 4339 | 151.20 |
| 07/30 | Card Purchase 07/30 Walmart.Com 800-925-6278 AR Card 4339 | 41.67 |
| 07/30 | Card Purchase 07/29 Rs Hughes CO. 408-739-3183 CA Card 4339 | 219.76 |
| 07/30 | Card Purchase 07/29 Afc Urgent Care Ooltewa Ooltewah TN Card 4339 | 100.00 |
| 07/31 | Card Purchase 07/30 Stapls023912226500000 800-333-3330 CT Card 4339 | 36.13 |
| 07/31 | Card Purchase 07/30 Rs Hughes CO. 408-739-3183 CA Card 4339 | 113.16 |
| 07/31 | Card Purchase 07/31 Facebk *4Swx8Z5Fp2 650-5434800 De Card 4339 | 596.00 |
| 07/31 | Recurring Card Purchase 07/30 Google *Ads404187393 Cc@Google.Com CA Card 4339 | 500.00 |
| **Total ATM & Debit Card Withdrawals** | | **$14,851.86** |

CHASE

July 01, 2026 through July 31, 2026
Account Number: [redacted]8830

## ATM & DEBIT CARD SUMMARY

Tim Lynskey Card 4339

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $14,851.86 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $14,851.86 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | 07/01 Same-Day ACH Payment 11226028432 To Marklynskey (_######3720) | $2,896.00 |
| 07/01 | 07/01 Same-Day ACH Payment 11226028433 To Matthewlynskey (_#########4414) | 460.00 |
| 07/01 | 07/01 Same-Day ACH Payment 11226021090 To Timlynskey (_#########9178) | 1,756.00 |
| 07/01 | 07/01 Online ACH Payment 11226049707 To Dominionbox (_######9235) | 1,259.73 |
| 07/01 | Orig CO Name:Epb Electric Orig ID:0000408976 Desc Date:260701 CO Entry Descr:Epb Elec Sec:Web Trace#:021000021014465 Eed:260701 Ind ID:3395043 Ind Name:Lynskey Lynskey Perfor 423-648-1372 Trn: 1821014465Tc | 149.56 |
| 07/01 | Orig CO Name:Epb Electric Orig ID:0000408976 Desc Date:260701 CO Entry Descr:Epb Elec Sec:Web Trace#:021000021014466 Eed:260701 Ind ID:3395043 Ind Name:Lynskey Lynskey Perfor 423-648-1372 Trn: 1821014466Tc | 23.19 |
| 07/02 | 07/02 Online International Wire Transfer A/C: Bank of Communications,CO. Ltd. Shanghai China 20012-0 Cn Ref: PO 36772 Tel0865925734935/Invoice Payment/Bnf/Invoice Payment Trn: 3925776183Es | 2,735.00 |
| 07/06 | Orig CO Name:Upsbillctr Orig ID:5193070436 Desc Date:260703 CO Entry Descr:Payment Sec:CCD Trace#:091000012005235 Eed:260706 Ind ID:000006F055 Ind Name:Lynskey Performance PR Log IN To The UPS Billing Center Fo R Payment Details. Trn: 1872005235Tc | 5,334.62 |
| 07/07 | 07/07 Online ACH Payment 11226919565 To Marklynskey (_######3720) | 3,620.00 |
| 07/07 | 07/07 Online ACH Payment 11226912918 To Timlynskey (_#########9178) | 1,756.00 |
| 07/07 | 07/07 Online ACH Payment 11226919566 To Theresanilsson (_#########6402) | 693.00 |
| 07/07 | 07/07 Online Transfer 29919814268 To 1St Horizon Payroll ########2936 Transaction #: 29919814268 | 3,862.10 |
| 07/08 | 07/08 Online Domestic Wire Transfer A/C: Paychex of New York LLC Rochester NY 14625- US Ref: 0034-18154499 Trn: 3326236189Es | 32,264.77 |
| 07/09 | 07/09 Online ACH Payment 11226901618 To Matthewlynskey (_#########4414) | 620.00 |
| 07/09 | 07/09 Online ACH Payment 11227301380 To Marklynskey (_######3720) | 1,000.00 |
| 07/09 | 07/09 Online International Wire Transfer A/C: Bank of Communications,CO. Ltd. Shanghai China 20012-0 Cn Ref: PO 36866 Tel0865925734935/Invoice Payment/Bnf/Invoice Payment Trn: 3623366190Es | 2,500.00 |
| 07/09 | 07/09 Online International Wire Transfer A/C: Bank of China Limited Head Office Beijing China 100818 Cn Ben:/462462694303 Nanjing Morong Machinery Technologl Ref: PO 36887, 36957 Invoice Payment/Bnf/Inv-829A-822A Trn: 3628556190Es | 4,492.12 |
| 07/09 | Orig CO Name:Epb Electric Orig ID:0000408976 Desc Date:260709 CO Entry Descr:Epb Elec Sec:Web Trace#:021000023542871 Eed:260709 Ind ID:6528641 Ind Name:Lynskey Lynskey Perfor 423-648-1372 Trn: 1903542871Tc | 1,303.68 |
| 07/15 | 07/15 Online Domestic Wire Transfer A/C: Paychex of New York LLC Rochester NY 14625- US Ref: 0034-18154499 Trn: 3377786196Es | 32,552.50 |
| 07/16 | 07/16 Online ACH Payment 11228238297 To Marklynskey (_######3720) | 3,620.00 |
| 07/16 | 07/16 Online ACH Payment 11228293111 To Upssupplychain (_#####1737) | 6,698.36 |

CHASE

July 01, 2026 through July 31, 2026
Account Number: [redacted]8830

[redacted]

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/20 | Orig CO Name:Epb Fiber Orig ID:0000408976 Desc Date:260720 CO Entry Descr:Ebp Fiber Sec:Web Trace#:021000020182162 Eed:260720 Ind ID:0530996 Ind Name:Lynskey Lynskey Perfor 423-648-1372 Trn: 2010182162Tc | 764.94 |
| 07/21 | 07/21 Online ACH Payment 11228792181 To Marklynskey (_######3720) | 1,720.12 |
| 07/21 | 07/21 Online ACH Payment 11228829241 To Southerntoolsteel (_#####5039) | 1,057.45 |
| 07/22 | Orig CO Name:Quarterly Fee Orig ID:1501000502 Desc Date:260721 CO Entry Descr:Payment Sec:CCD Trace#:041036048889265 Eed:260722 Ind ID:0000 Ind Name:Lynskey Performance PR ACH Transaction Trn: 2038889265Tc | 250.00 |
| 07/22 | 07/22 Online ACH Payment 11228940937 To Fsa (_########1438) | 732.81 |
| 07/22 | 07/22 Online Domestic Wire Transfer A/C: Paychex of New York LLC Rochester NY 14625- US Ref: 0034-18154499 Lynskey Performance Products LLC Trn: 3316056203Es | 24,477.78 |
| 07/29 | 07/29 Online Transfer 30188001014 To 1St Horizon Payroll ########2936 Transaction #: 30188001014 | 4,485.07 |
| 07/29 | 07/29 Online Domestic Wire Transfer A/C: Paychex of New York LLC Rochester NY 14625- US Ref: 0034-18154499 Lynskey Performance Products LLC Trn: 3328806210Es | 25,924.66 |
| 07/30 | 07/30 Online ACH Payment 11230219445 To Timlynskey (_#########9178) | 3,345.00 |
| 07/30 | 07/30 Online ACH Payment 11230219446 To Marklynskey (_######3720) | 1,810.00 |
| 07/30 | 07/30 Online ACH Payment 11230228042 To Chrislynskey (_#####2153) | 1,732.50 |
| 07/30 | 07/30 Online ACH Payment 11230232058 To Upssupplychain (_#####1737) | 5,979.84 |
| 07/30 | 07/30 Online International Wire Transfer A/C: Bank of China Limited Head Office Beijing China 100818 Cn Ben:/462462694303 Nanjing Morong Machinery Technologl Ref: PO 36669 Invoice Payment/Bnf/Inv-829A-822A Trn: 3897356211Es | 1,500.00 |
| 07/31 | Orig CO Name:Epb Electric Orig ID:0000408976 Desc Date:260731 CO Entry Descr:Epb Elec Sec:Web Trace#:021000024756568 Eed:260731 Ind ID:4041650 Ind Name:William *Lynskey 423-648-1372 Trn: 2124756568Tc | 221.31 |
| **Total Electronic Withdrawals** | | **$183,598.11** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | Service Charges For The Month of June | $437.50 |
| **Total Fees** | | **$437.50** |

You were charged a monthly service fee of $40.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $35,000.00. Your relationship balance was $25,622.00.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 07/01 | $17,125.38 | 07/13 | 33,732.81 | 07/23 | 17,706.97 |
| 07/02 | 19,206.62 | 07/14 | 37,721.09 | 07/24 | 25,394.52 |
| 07/03 | 20,443.30 | 07/15 | 19,828.32 | 07/27 | 44,343.19 |
| 07/06 | 35,441.05 | 07/16 | 18,333.06 | 07/28 | 57,415.37 |
| 07/07 | 43,550.54 | 07/17 | 21,712.25 | 07/29 | 34,065.80 |
| 07/08 | 10,792.77 | 07/20 | 26,167.66 | 07/30 | 14,617.99 |
| 07/09 | 19,016.93 | 07/21 | 30,676.96 | 07/31 | 24,226.41 |
| 07/10 | 26,795.62 | 07/22 | 17,427.96 | | |

CHASE

July 01, 2026 through July 31, 2026
Account Number: [redacted]18830

# SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $40.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $232.50 |
| **Total Service Charges** | **$272.50** Will be assessed on 8/5/26 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 108 |
| Deposits / Credits | 38 |
| Deposited Items | 0 |
| **Total Transactions** | **146** |

# SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Your Product Includes: | | | | | |
| **ACCOUNT** 000000731218830 | | | | | |
| Monthly Service Fee | 1 | | | $40.00 | $40.00 |
| Transactions | 146 | 0 | 146 | $0.00 | $0.00 |
| **Subtotal** | | | | | **$40.00** |
| **Other Fees** | | | | | |
| Online US Dollar Intl Wire Fee | 4 | 0 | 4 | $40.00 | $160.00 |
| Electronic Credits | 38 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 108 | 250 | 0 | $0.50 | $0.00 |
| Standard ACH Pmnts Initial Fee | 9 | 0 | 9 | $2.50 | $22.50 |
| Jpm Cashed Checks | 1 | 0 | 1 | $0.00 | $0.00 |
| Online Domestic Wire Fee | 4 | 2 | 2 | $25.00 | $50.00 |
| **Total Service Charge (Will be assessed on 8/5/26)** | | | | | **$272.50** |
| **ACCOUNT** 000000731218830 | | | | | |
| Monthly Service Fee | 1 | | | | |
| Online US Dollar Intl Wire Fee | 4 | | | | |
| Electronic Credits | 38 | | | | |
| Non-Electronic Transactions | 108 | | | | |
| Standard ACH Pmnts Initial Fee | 9 | | | | |
| Jpm Cashed Checks | 1 | | | | |
| Online Domestic Wire Fee | 4 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

CHASE

July 01, 2026 through July 31, 2026

Account Number: [redacted]8830

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

[redacted]

CHASE

July 01, 2026 through July 31, 2026

Account Number: [redacted]830

This Page Intentionally Left Blank

MILLENNIUM BANK

6392 Artesian Circle, Ooltewah, TN 37363
Bank Phone: 423-238-1111

[redacted]
LYNSKEY PERFORMANCE PRODUCTS, LLC
3911 VOLUNTEER DR
CHATTANOOGA, TN 37416-3872



Secure Your Peace of Mind.

Sign up for a Millennium Bank Benefits Checking Account

With our Benefits Checking accounts, it's easier to protect your finances, save money on everyday purchases and enjoy your life. That's something you can bank on!

Follow us: @millenniumbank @millenniumbank @millenniumbankfl @millenniumbanktn

# Statement of Account

July 1 to July 31, 2026

Effective 5/1/2026, funds from your cash and check deposits are now available to you on the same business day we receive your deposit. Our daily cutoff times remain unchanged; any deposit made during business hours until the end of the business day will count as received that day. All other terms remain in effect. This message serves as an official update to your original account opening disclosure.

## CHECKING ACCOUNTS

COMMERCIAL ANALYSIS CHECKING

| | | | |
|---|---|---|---|
| Account Number | XXXX8643 | Number of Enclosures | 0 |
| Previous Balance | $6,051.24 | Statement Dates 7/01/26 thru 7/31/26 | |
| 0 Deposits/Credits | $0.00 | Days in the statement period | 31 |
| 6 Checks/Debits | $5,990.59 | Average Ledger | $1,218.00 |
| Service Charge | $19.77 | Average Collected | $1,218.00 |
| Interest Paid | $0.00 | Interest Earned | $0.00 |
| Ending Balance | $40.88 | Annual Percentage Yield | 0.00% |
| | | Interest Paid | $0.00 |

## Withdrawals / Debits

| Date | Description | Amount |
|---|---|---|
| 7/03 | PAYMENT ATT 9864031005 07/03/26<br>ID #-917353003MYW9X TRACE #-031100207234695 | $105.01 |
| 7/03 | Ext Trnsfr JPMorgan Chase 9200502231 07/03/26<br>ID #-29856849653 TRACE #-021000027478900 | $4,000.00 |

### Activity summary




| | |
|---|---|
| Previous Balance | $6,051.24 |
| Deposits / Credits | $0.00 |
| Checks / Debits | $5,990.59 |
| Service Charge | $19.77 |
| Interest Paid | $0.00 |
| Ending Balance | $40.88 |

Bank Locally. Live Easily.

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEMS**

Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. Failure to report any errors within 30 days may result in your loss of certain rights or remedies. For additional information, please reference your account agreement and disclosures received at account opening.

**PLEASE ADVISE US IN WRITING OF ANY CHANGE IN ADDRESS.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS ON YOUR CONSUMER ACCOUNT:**

Telephone our debit card contact center at (888) 674-3016 or write us at the address listed on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error, or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS ON YOUR BUSINESS ACCOUNT:**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact our debit card contact center at (888) 674-3016 or the bank at the address listed on the front of this statement as soon as you can to determine what error resolution rights are available.

To report a lost or stolen ATM/Debit Card contact the 24-hour hotline at (888) 674-3016

# Six Easy Steps to Balance Your Account

**1**

**COMPARE YOUR CHECKBOOK REGISTER WITH YOUR STATEMENT.**
Put a ✓ in your register beside each check or other withdrawal that appears on your statement. Ensure all amounts in your checkbook register match those on your statement.

**2**

**IDENTIFY OUTSTANDING CHECKS OR WITHDRAWALS.**
List any checks or withdrawals that have not yet appeared on your statement, and the total list in the next column.

| Check Number or Withdrawal | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

**3**

**IDENTIFY DEPOSITS MADE AFTER YOUR STATEMENT DATE.**
List any deposits made to your account after the statement date and the total list.

| Deposit Date | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

**4**

**SUBTRACT SERVICE CHARGES.**
Deduct any service charges or other fees from your checkbook balance.

**5**

**ADD YOUR INTEREST.**
If the account ended in interest, add the interest earned to your checkbook balance.

**6**

**BALANCE YOUR ACCOUNT.**

A. Ending balance shown on this statement $ ______

B. Total outstanding checks (from step 2) $ ______

C. A minus B $ ______

D. Deposits made after statement date (from step 3). $ ______

E. C plus D (Total should match your checkbook balance) $ ______

MILLENNIUM BANK

[redacted]

Account: XXXX8643
Date: 7/31/2026
Enclosures: 0



## Withdrawals / Debits

| Date | Description | Amount |
|---|---|---|
| 7/13 | DIRECT DEB Pitney Bowes 5201344287 07/13/26 ID #-PBLeasing TRACE #-011500129235658 | $114.71 |
| 7/13 | TN TAP TN STATE REVENUE W626001445 07/13/26 ID #-173507456 TRACE #-242071750841903 | $580.00 |
| 7/15 | Ext Trnsfr JPMorgan Chase 9200502231 07/15/26 ID #-30003923169 TRACE #-021000029180876 | $1,000.00 |
| 7/29 | PCS SVC T-MOBILE 0000450304 07/29/26 ID #-2950285 TRACE #-021000022283810 | $190.87 |
| 7/31 | SERVICE CHARGE | $19.77 |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 7/01 | $6,051.24 | 7/13 | $1,251.52 | 7/29 | $60.65 |
| 7/03 | $1,946.23 | 7/15 | $251.52 | 7/31 | $40.88 |

Notice to commercial account holders: Transactions in which you accept credit, funds, instruments or other proceeds from another person connected with unlawful internet gambling are prohibited by the Unlawful Internet Gambling Act.

Lynskey Performance Products, LLC
Balance Sheet
July 31, 2026

ASSETS

| | | |
|---|---|---|
| Current Assets | | |
| Cash in Bank - Millenn 8643 | $ 40.88 | |
| Cash in Bank - PR 1st Horizon | 13,841.51 | |
| Cash in Bank - Chase | 41,391.47 | |
| Cash in Bank - Members 1st Hrz | 100.00 | |
| PayPal Cash Rec'd | 178,582.29 | |
| Cash Money Rec'd | 53,024.97 | |
| Shopify Cash Rec'd | (332,011.62) | |
| Ebay Cash Rec'd | 31,775.50 | |
| Petty Cash | 28.59 | |
| A/R - Customers | 695,262.66 | |
| PayPal Clearing Account | 60,817.42 | |
| Shopify Clearing Account | (93,813.44) | |
| Cash Clearing Account | (10,498.19) | |
| Ebay Clearing Account | (1,924.69) | |
| Loan / Member ML | 13,000.00 | |
| Inventory - Components | 97,188.44 | |
| Inventory - Parts & Decals | 107,213.80 | |
| Inventory - Bar, Plate & Tube | 102,941.99 | |
| Inventory - Welding Materials | 2,870.38 | |
| Inventory - Packaging | 3,720.42 | |
| Inventory - Fork | 44,165.00 | |
| Inventory - Consumables | 4,450.70 | |
| Work in Progress | 64,555.20 | |
| Finished Goods - Frames | 163,336.57 | |
| Finished Goods - Demos | 33,641.00 | |
| Inventory - Clothing | 10,377.90 | |
| Prepaid Parts & Components | 11,976.43 | |
| Total Current Assets | | 1,296,055.18 |
| Property and Equipment | | |
| Furniture and Fixtures GP 1 | 55,559.15 | |

Lynskey Performance Products, LLC
Balance Sheet
July 31, 2026

| | | |
|---|---|---|
| Storage Trailers | 9,184.11 | |
| Shop Equipment GP 5 | 485,922.70 | |
| Computer Equipment | 50,135.24 | |
| Intangible Website | 256,832.48 | |
| Office Equipment GP 2 | 14,750.19 | |
| Photo/Cameras | 3,466.99 | |
| Building-3911 Vol. Drive | 543,286.71 | |
| Jigs & Fixtures GP 3 | 224,614.00 | |
| Inventory Shelving | 1,005.00 | |
| Bldg.Improvements | 168,874.39 | |
| Theft/Security Equipment | 29,063.18 | |
| Land Improvement | 70,800.00 | |
| Computer Software | 7,935.62 | |
| Event Promo. Equipment | 1,535.50 | |
| Land - Vol. Drive | 265,000.00 | |
| Accum Depreciation | (1,496,393.00) | |
| Total Property and Equipment | | 691,572.26 |
| Other Assets | | |
| Total Other Assets | | 0.00 |
| Total Assets | | $ 1,987,627.44 |

LIABILITIES AND CAPITAL

| | | |
|---|---|---|
| Current Liabilities | | |
| A/P Vendors | $ 1,576,999.04 | |
| American Express | (44,328.24) | |
| Chase Visa | (11,726.41) | |
| MCare Tax w/held | (3.66) | |

Lynskey Performance Products, LLC
Balance Sheet
July 31, 2026

| | | |
|---|---|---|
| MCare Employer pay | (3.67) | |
| SUTA Employer Qtr | (408.85) | |
| FUTA - Emplr Payable | 0.40 | |
| Other w/held payable | 1,831.46 | |
| Franchise/Excise pay | 7,686.48 | |
| Sales Tax Payable | 364.22 | |
| Other State Sales Tax Shopify | 38.43 | |
| Total Current Liabilities | | 1,530,449.20 |
| Long-Term Liabilities | | |
| First Bank / LOC | 580,720.69 | |
| Loan / Ruby Lynskey LOC | 295,718.46 | |
| Loan / Ruby T Lynskey | 22,000.00 | |
| Loan / Tim Lynskey | 2,594.11 | |
| Loan / Chris Lynskey | 4,888.26 | |
| First Bank / Real Estate Loan | 1,208,212.86 | |
| Total Long-Term Liabilities | | 2,114,134.38 |
| Total Liabilities | | 3,644,583.58 |
| Capital | | |
| Accum. Earnings | (1,239,511.05) | |
| Member Dist- Ruby | (21,663.10) | |
| Member Dist-David | (25,995.49) | |
| Members Dist-Mark | (27,078.59) | |
| Members Dist-Tim | (25,995.49) | |
| Members Dist-Chris | (7,581.75) | |
| Net Income | (309,130.67) | |
| Total Capital | | (1,656,956.14) |
| Total Liabilities & Capital | | $ 1,987,627.44 |

Lynskey Performance Products, LLC
Balance Sheet
July 31, 2026

# Lynskey Performance Products, LLC
## Account Reconciliation
## As of Jul 31, 2026
## 10250 - Cash in Bank - PR 1st Horizon
## Bank Statement Date: July 31, 2026

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 22,873.65 |
| Add: Cash Receipts | | | | |
| Less: Cash Disbursements | | | | (14,141.82) |
| Add (Less) Other | | | | (3,252.49) |
| Ending GL Balance | | | | 13,826.51 |
| Ending Bank Balance | | | | 13,841.51 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | | | | |
| Total outstanding checks | | | | |
| Add (Less) Other | | | | |
| | Jul 31, 2026 | 1stHzn Scv C | (15.00) | |
| Total other | | | | (15.00) |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 13,826.51 |

# Lynskey Performance Products, LLC
## Account Reconciliation
## As of Jul 31, 2026
## 10170 - Cash in Bank - Millenn 8643
## Bank Statement Date: July 31, 2026

Filter Criteria includes: Report is printed in Detail Format.

| | | |
|---|---|---|
| Beginning GL Balance | | 5,051.24 |
| Add: Cash Receipts | | |
| Less: Cash Disbursements | | 402.77 |
| Add (Less) Other | | (5,413.13) |
| Ending GL Balance | | 40.88 |
| Ending Bank Balance | | 40.88 |
| Add back deposits in transit | | |
| Total deposits in transit | | |
| (Less) outstanding checks | | |
| Total outstanding checks | | |
| Add (Less) Other | | |
| Total other | | |
| Unreconciled difference | | 0.00 |
| Ending GL Balance | | 40.88 |

**Lynskey Performance Products, LLC**
**Account Reconciliation**
**As of Jul 31, 2026**
**10300 - Cash in Bank - Chase**
**Bank Statement Date: July 31, 2026**

Filter Criteria includes: Report is printed in Detail Format.

Chase Bank has NOT been Reconciled.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 60,832.17 |
| Add: Cash Receipts | | | | 237,111.34 |
| Less: Cash Disbursements | | | | (224,406.38) |
| Add (Less) Other | | | | (147,365.37) |
| Ending GL Balance | | | | 41,391.47 |
| Ending Bank Balance | | | | 24,226.41 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | | | | |
| | Jul 1, 2026 | 07/01/26 AC | (159.58) | |
| | Jul 31, 2026 | 3071 | (640.00) | |
| | Jul 31, 2026 | 3073 | (700.00) | |
| | Jul 31, 2026 | 3074 | (140.00) | |
| | Jul 31, 2026 | 3075 | (560.00) | |
| | Jul 31, 2026 | 3076 | (485.00) | |
| | Jul 31, 2026 | 3078 | (100.00) | |
| | Jul 31, 2026 | 3079 | (60.00) | |
| | Jul 30, 2026 | 30801 | (2,111.04) | |
| | Jul 30, 2026 | 30802 | (851.00) | |
| | Jun 5, 2026 | Pmt 36952 | (102.24) | |
| | Jul 10, 2026 | Pmt 36976 | (365.25) | |
| | Jul 8, 2026 | Pmt 37009 | (1,374.32) | |
| | Jul 14, 2026 | Pmt 37016 | (220.15) | |
| | Jul 14, 2026 | Pmt 37017 | (254.27) | |
| | Jul 14, 2026 | Pmt 37040 | (488.14) | |
| Total outstanding checks | | | | (8,610.99) |
| Add (Less) Other | | | | |
| | Jul 1, 2026 | PRWE 06/28 | (22,670.97) | |
| | Jul 1, 2026 | PRWE 06/28 | (7,998.26) | |
| | Jul 9, 2026 | PRWE 07/05 | (23,921.19) | |
| | Jul 9, 2026 | PRWE 07/05 | (8,343.58) | |
| | Jul 15, 2026 | PRWE 07/12 | (24,021.63) | |
| | Jul 15, 2026 | PRWE 07/12 | (8,530.87) | |
| | Jul 22, 2026 | PRWE 07/19 | (18,423.12) | |
| | Jul 22, 2026 | PRWE 07/19 | (6,054.66) | |
| | Jul 29, 2026 | PRWE 07/26 | (19,294.70) | |
| | Jul 29, 2026 | PRWE 07/26 | (6,629.96) | |
| Total other | | | | (145,888.94) |
| Unreconciled difference | | | | 171,664.99 |
| Ending GL Balance | | | | 41,391.47 |

**Lynskey Performance Products, LLC**

Sunday, August 16, 2026

Payment List

| Customer/Vendor ID | Check No. | Memo | Date | Amount |
|---|---|---|---|---|
| TN American Water | 07/01/26 ACH | 1026-210060174519 | 7/1/2026 | $159.58 |
| Aetna | 07/01/26 Aetna | | 7/1/2026 | $13,290.34 |
| Dominion Box Company | 07/01/26 Dominion | PO 36983 | 7/1/2026 | $1,259.73 |
| UNUM | 07/01/26 Unum 07/26 | | 7/1/2026 | $128.83 |
| UNUM | 07/01/26 UNUM -1 | | 7/1/2026 | $584.82 |
| UNUM | 07/01/26 UNUM -2 | | 7/1/2026 | $137.83 |
| EPB Electric | 07/01/26 EPB 2001 | | 7/2/2026 | $149.56 |
| EPB Electric | 07/01/26 EPB 5004 | 1630405004 | 7/2/2026 | $23.19 |
| UPS | 07/02/26 UPS | 06F055 | 7/2/2026 | $5,334.62 |
| Black, Addy Ann Sara | 3031 | | 7/2/2026 | $128.00 |
| Bowles, Tremaine S | 3032 | | 7/2/2026 | $640.00 |
| Felipe, William J | 3033 | | 7/2/2026 | $700.00 |
| Gaspar, Pascual | 3034 | | 7/2/2026 | $140.00 |
| Gonzalez, Daniel | 3035 | | 7/2/2026 | $595.00 |
| Hamilton, Stephen I | 3036 | | 7/2/2026 | $544.00 |
| Matthews, Bethany R | 3037 | | 7/2/2026 | $1,000.00 |
| Matthews, Bethany R | 3037V | | 7/2/2026 | ($1,000.00) |
| Mendoza, Kristopher | 3038 | | 7/2/2026 | $128.00 |
| Gaspar, Pascual | 3039 | | 7/2/2026 | $100.00 |
| Matthews, Bethany R | 3040 | | 7/2/2026 | $1,000.00 |
| AirGas | 36017V | | 7/2/2026 | ($1,000.00) |
| Speeder Cycling | Pmt 36772 2 of 2 | Pmt PO 36772 2 of 2 | 7/2/2026 | $2,735.00 |
| Empire Abrasives | Pmt 36996 | Pmt PO 36996 | 7/2/2026 | $151.20 |
| R&J Sign Supply | Pmt 37003 | Pmt PO 37003 | 7/2/2026 | $225.82 |
| Gaspar, Pascual | 3041 | | 7/3/2026 | $60.00 |
| Industry Nine Comp. | Credit Due | Monthly Auto Draft | 7/6/2026 | ($97.48) |
| Gaspar, Pascual | 3048 | | 7/7/2026 | $100.00 |
| Lynskey Performance | PRWE 07/02/26 Paychx | | 7/7/2026 | $32,264.77 |
| Lynskey, Matthew W. | ACH 07/08/26 | | 7/8/2026 | $620.00 |
| Full Speed Ahead | Pmt 37002 | Pmt PO 37002 | 7/8/2026 | $604.22 |
| QBP | Pmt 37009 | | 7/8/2026 | $1,374.32 |
| EPB Electric | 07/09/26 EPB | | 7/9/2026 | $1,303.68 |
| Tennessee Dept of Re | 2026.06 Sales Tax | 2026.06 June Sales Tax | 7/9/2026 | $580.00 |
| Black, Addy Ann Sara | 3042 | | 7/10/2026 | $640.00 |
| Bowles, Tremaine S | 3043 | | 7/10/2026 | $640.00 |
| Felipe, William J | 3044 | | 7/10/2026 | $700.00 |
| Gaspar, Pascual | 3045 | | 7/10/2026 | $140.00 |
| Gaspar, Pascual | 3045V | | 7/10/2026 | ($140.00) |
| Gonzalez, Daniel | 3046 | | 7/10/2026 | $700.00 |
| Gaspar, Pascual | 3047 | | 7/10/2026 | $140.00 |
| Industrial Welding S | 3050 | Pmt PO 36989 | 7/10/2026 | $1,074.80 |
| Mendoza, Kristopher | 3051 | | 7/10/2026 | $512.00 |
| Speeder Cycling | Pmt 36866 2 of 2 | Pmt PO 36866 | 7/10/2026 | $2,500.00 |

**Lynskey Performance Products, LLC**

Sunday, August 16, 2026

Payment List

| | | | | |
|---|---|---|---|---|
| Nanjing Advanced | Pmt 36887 | Pmt PO 36887 | 7/10/2026 | $3,109.62 |
| Nanjing Advanced | Pmt 36957 | Pmt PO 36957 | 7/10/2026 | $1,382.50 |
| R.S. Hughes Co | Pmt 36976 | Pmt PO 36976 | 7/10/2026 | $365.25 |
| Amazon | Pmt 36999 | Pmt PO 36999 | 7/10/2026 | $249.15 |
| Walmart | Pmt 37004 | Pmt PO 37004 | 7/10/2026 | $69.67 |
| Walmart | Pmt 37011 | Pmt PO 37011 | 7/10/2026 | $95.57 |
| LexJet | Pmt 37012 | Pmt PO 37012 | 7/10/2026 | $341.96 |
| Amazon | Pmt 37013 | Pmt PO 37013 | 7/10/2026 | $74.83 |
| Tim Lynskey | 07/08/26 ACH | | 7/13/2026 | $1,756.00 |
| Mark Lynskey | 07/08/26 Chase | | 7/13/2026 | $3,620.00 |
| Pitney Bowes | 07/09/26 Pitney Bowe | July - October | 7/13/2026 | $114.71 |
| Amazon | Pmt 37014 | Pmt PO 37014 | 7/13/2026 | $77.50 |
| Walmart | Pmt 37015 | Pmt PO 37015 | 7/13/2026 | $25.91 |
| Amazon | Pmt 37016 | Pmt PO 37016 | 7/14/2026 | $220.15 |
| InStock Fasteners | Pmt 37017 | Pmt PO 37017 | 7/14/2026 | $254.27 |
| ULINE | Pmt 37040 | Pmt PO 37040 | 7/14/2026 | $488.14 |
| Lynskey Performance | 07/15/26 Paychex | PRWE 07/12/26 | 7/15/2026 | $32,552.50 |
| Mark Lynskey | 07/16/26 ML | PRWE 07/12/26 | 7/16/2026 | $3,620.00 |
| UPS | 07/16/26 UPS | 06F055 | 7/16/2026 | $6,698.36 |
| QBP | Pmt 37025 | Pmt PO 37025 | 7/16/2026 | $2,641.54 |
| Universal Cycles | Pmt 37026 | Pmt PO 37026 | 7/16/2026 | $150.10 |
| Black, Addy Ann Sara | 3052 | | 7/17/2026 | $640.00 |
| Bowles, Tremaine S | 3053 | | 7/17/2026 | $646.00 |
| Felipe, William J | 3054 | | 7/17/2026 | $700.00 |
| Gaspar, Pascual | 3055 | | 7/17/2026 | $140.00 |
| Gonzalez, Daniel | 3056 | | 7/17/2026 | $700.00 |
| Lynskey, Matthew W. | 3057 | | 7/17/2026 | $400.00 |
| Mendoza, Kristopher | 3058 | | 7/17/2026 | $584.00 |
| Tim Lynskey | 3059 | | 7/17/2026 | $1,756.00 |
| Gaspar, Pascual | 3060 | | 7/17/2026 | $100.00 |
| Gaspar, Pascual | 3061 | | 7/17/2026 | $60.00 |
| EPB | 07/20/26 EPB Fi | | 7/20/2026 | $764.94 |
| Dominion Box Company | 3062 | Pmt PO 37018 | 7/20/2026 | $1,037.50 |
| QBP | Pmt 37024 | Pmt PO 37024 | 7/20/2026 | $1,340.59 |
| Cycle Limited | Pmt 37027 | Pmt PO 37027 | 7/20/2026 | $59.98 |
| Office US Trustee | 07/21/26 Online | 491-26-11156 | 7/21/2026 | $250.00 |
| Southern Tool Steel | Pmt 37006 ACH | Pmt PO 37006 ACH | 7/21/2026 | $1,057.45 |
| Lynskey Performance | 07/22/26 Paychex | PRWE 07/19/26 | 7/22/2026 | $24,477.78 |
| Full Speed Ahead | Pmt 37010 ACH | Pmt PO 37010 ACH | 7/22/2026 | $732.81 |
| Black, Addy Ann Sara | 3063 | | 7/24/2026 | $512.00 |
| Bowles, Tremaine S | 3064 | | 7/24/2026 | $640.00 |
| Felipe, William J | 3065 | | 7/24/2026 | $700.00 |
| Gaspar, Pascual | 3066 | | 7/24/2026 | $140.00 |
| Gonzalez, Daniel | 3067 | | 7/24/2026 | $700.00 |

**Lynskey Performance Products, LLC**

Sunday, August 16, 2026

Payment List

| | | | | |
|---|---|---|---|---|
| Lynskey, Matthew W. | 3068 | | 7/24/2026 | $545.00 |
| Mendoza, Kristopher | 3069 | | 7/24/2026 | $640.00 |
| Gaspar, Pascual | 3070 | | 7/24/2026 | $100.00 |
| ULINE | Pmt 36997 | Pmt PO 36997 | 7/28/2026 | $499.46 |
| QBP | Pmt 37036 | Pmt PO 37036 | 7/28/2026 | $1,636.01 |
| Lynskey Performance | 07/29/26 1st Horizo | PRWE 07/26/26 | 7/29/2026 | $4,485.07 |
| R.S. Hughes Co | 07/29/26 Hughes | | 7/29/2026 | $219.76 |
| Lynskey Performance | 07/29/26 Paychex | PRWE 07/26/26 | 7/29/2026 | $25,924.66 |
| First Bank | 3080 | | 7/29/2026 | $15,497.40 |
| Grainger | Pmt 37021 | Pmt PO 37021 | 7/29/2026 | $79.05 |
| Empire Abrasives | Pmt 37029 | Pmt PO 37029 | 7/29/2026 | $151.20 |
| Walmart | Pmt 37035 | Pmt PO 37035 | 7/29/2026 | $41.67 |
| Chris Lynskey | 07/30/26 CL ACH | PRWE 07/26/26 | 7/30/2026 | $1,732.50 |
| Mark Lynskey | 07/30/26 ML ACH | PRWE 07/26/26 | 7/30/2026 | $1,810.00 |
| Nanjing Advanced | 07/30/26 Nanjing | | 7/30/2026 | $1,500.00 |
| Tim Lynskey | 07/30/26 TL ACH | PRWE 07/26/26 | 7/30/2026 | $3,345.00 |
| UPS | 07/30/26 UPS ACH | | 7/30/2026 | $5,979.84 |
| EPB Electric | 30801 | 1630405004 | 7/30/2026 | $2,111.04 |
| FFVA Select Insuranc | 30802 | WC850-0810022-2023A | 7/30/2026 | $851.00 |
| Black, Addy Ann Sara | 3071 | | 7/31/2026 | $640.00 |
| Bowles, Tremaine S | 3072 | | 7/31/2026 | $640.00 |
| Felipe, William J | 3073 | | 7/31/2026 | $700.00 |
| Gaspar, Pascual | 3074 | | 7/31/2026 | $140.00 |
| Gonzalez, Daniel | 3075 | | 7/31/2026 | $560.00 |
| Lynskey, Matthew W. | 3076 | | 7/31/2026 | $485.00 |
| Mendoza, Kristopher | 3077 | | 7/31/2026 | $640.00 |
| Gaspar, Pascual | 3078 | | 7/31/2026 | $100.00 |
| Gaspar, Pascual | 3079 | | 7/31/2026 | $60.00 |
| R.S. Hughes Co | Pmt PO 07/31/26 | Pmt to RS Hughes PO? | 7/31/2026 | $113.16 |
| | | | Totals: | $238,145.43 |

**Lynskey Performance Products, LLC**

Sunday, August 16, 2026

Receipt List

| Customer/Vendor ID | Receipt No. | Period | Date | Reference No. | Receipt Amount | Deposit Ticket ID |
|---|---|---|---|---|---|---|
| Lynskey Performance | Pay Pal 7/1/26 | 19 | 7/1/2026 | Pay Pal 7/1/26 | $6,267.80 | |
| Lynskey Performance | Ebay 07/02/26 | 19 | 7/2/2026 | Ebay 07/02/26 | $925.06 | |
| Lynskey Performance | Pay Pal 7/2/26 | 19 | 7/2/2026 | Pay Pal 7/2/26 | $5,768.57 | |
| Lynskey Performance | Ebay 07/06/26 | 19 | 7/6/2026 | Ebay 07/06/26 | $619.48 | |
| Lynskey Performance | Pay Pal 7/6/26 | 19 | 7/6/2026 | Pay Pal 7/6/26 | $20,822.22 | |
| Lynskey Performance | Pay Pal 7/7/26 | 19 | 7/7/2026 | Pay Pal 7/7/26 | $18,040.59 | |
| Lynskey Performance | PayPal . 07/09/26 | 19 | 7/9/2026 | PayPal . 07/09/26 | $1,804.66 | |
| Lynskey Performance | PayPal 07/09/26 | 19 | 7/9/2026 | PayPal 07/09/26 | $16,939.52 | |
| Lynskey Performance | Ebay 07/10/26 | 19 | 7/10/2026 | Ebay 07/10/26 | $9,433.13 | |
| Lynskey Performance | Ebay 07/11/26 | 19 | 7/11/2026 | Ebay 07/11/26 | $338.14 | |
| Lynskey Performance | Ebay 07/12/26 | 19 | 7/12/2026 | Ebay 07/12/26 | $697.63 | |
| Lynskey Performance | PayPal 07/13/26 | 19 | 7/13/2026 | PayPal 07/13/26 | $8,516.53 | |
| Lynskey Performance | Pay Pal 7/14/26 | 19 | 7/14/2026 | Pay Pal 7/14/26 | $4,725.56 | |
| Lynskey Performance | Ebay 07/15/26 | 19 | 7/15/2026 | Ebay 07/15/26 | $669.41 | |
| Lynskey Performance | Pay Pal 7/15/26 | 19 | 7/15/2026 | Pay Pal 7/15/26 | $15,342.29 | |
| Lynskey Performance | Ebay 07/17/26 | 19 | 7/16/2026 | Ebay 07/17/26 | $728.69 | |
| Lynskey Performance | Pay Pal 7/16/26 | 19 | 7/16/2026 | Pay Pal 7/16/26 | $10,389.90 | |
| Lynskey Performance | Pay Pal 7/17/26 | 19 | 7/17/2026 | Pay Pal 7/17/26 | $3,880.50 | |
| Lynskey Performance | Ebay 07/19/26 | 19 | 7/19/2026 | Ebay 07/19/26 | $1,196.00 | |
| Lynskey Performance | Ebay 07/20/26 | 19 | 7/20/2026 | Ebay 07/20/26 | $718.71 | |
| Lynskey Performance | Pay Pal 7/20/26 | 19 | 7/20/2026 | Pay Pal 7/20/26 | $8,519.72 | |
| Lynskey Performance | Ebay 07/21/26 | 19 | 7/21/2026 | Ebay 07/21/26 | $1,512.24 | |
| Lynskey Performance | Pay Pal 7/21/26 | 19 | 7/21/2026 | Pay Pal 7/21/26 | $6,334.65 | |
| Lynskey Performance | Pay Pal 7/22/26 | 19 | 7/22/2026 | Pay Pal 7/22/26 | $11,526.01 | |
| Lynskey Performance | PayPal-2 7/22/26 | 19 | 7/22/2026 | PayPal- 2 7/22/26 | $2,641.81 | |
| Lynskey Performance | Pay Pal 7/23/26 | 19 | 7/23/2026 | Pay Pal 7/23/26 | $720.66 | |
| Lynskey Performance | Ebay 07/24/26 | 19 | 7/24/2026 | Ebay 07/24/26 | $609.81 | |
| Lynskey Performance | Pay Pal 7/24/26 | 19 | 7/24/2026 | Pay Pal 7/24/26 | $8,947.52 | |
| Lynskey Performance | Ebay 07/27/26 | 19 | 7/27/2026 | Ebay 07/27/26 | $1,113.83 | |
| Lynskey Performance | Pay Pal 7/27/26 | 19 | 7/27/2026 | Pay Pal 7/27/26 | $19,821.67 | |
| Lynskey Performance | Ebay 07/28/26 | 19 | 7/28/2026 | Ebay 07/28/26 | $978.10 | |
| Lynskey Performance | Pay Pal 7/28/26 | 19 | 7/28/2026 | Pay Pal 7/28/26 | $13,503.67 | |
| Lynskey Performance | Ebay 07/29/26 | 19 | 7/29/2026 | Ebay 07/29/26 | $1,038.18 | |
| Lynskey Performance | Pay Pal 7/29/26 | 19 | 7/29/2026 | Pay Pal 7/29/26 | $7,019.44 | |
| Lynskey Performance | Ebay 07/30/26 | 19 | 7/30/2026 | Ebay 07/30/26 | $1,699.72 | |
| Lynskey Performance | Pay Pal 7/30/26 | 19 | 7/30/2026 | Pay Pal 7/30/26 | $10,944.90 | |
| Lynskey Performance | Ebay 07/31/26 | 19 | 7/31/2026 | Ebay 07/31/26 | $2,367.83 | |
| Lynskey Performance | Pay Pal 7/31/26 | 19 | 7/31/2026 | Pay Pal 7/31/26 | $9,987.19 | |
| | | | | Totals: | $237,111.34 | |

Lynskey Performance Products, LLC
Income Statement
For the Month Ending July 31, 2026

| | Current Month |
|---|---|
| Revenues | |
| Sales / Lynskey Frames | $ 232,911.00 |
| Sales / Lynskey Components | 1,897.53 |
| Sales / Vendor Brands | 54,039.95 |
| Misc. Sales / Service | 115.00 |
| Sales / Apparel | 187.00 |
| Total Revenues | 289,150.48 |
| Cost of Sales | |
| Sales Tax PAID to Vendors | 268.09 |
| Labor/Plant | 76,130.28 |
| Plant Supervision | 10,576.90 |
| Draft/Engr Services | 313.01 |
| Misc.Labor/Plant | 7,112.00 |
| P/R Taxes-Plant | 10,746.69 |
| Health Ins. - plant | 13,114.10 |
| Janitorial/Safety Sup/Plant | 821.59 |
| Janitorial Supplies | 1,000.00 |
| Bldg Repair / Maint | 680.00 |
| Equip.Repair/Maint+Inspect. | 11.99 |
| Finishing Dept Material | 8,244.85 |
| Freight In | 3,626.54 |
| Freight Out | (6,452.41) |
| Stencils/Artwork | 2,254.34 |
| Misc treatment/parts | 59.98 |
| Weld-gases/wires | 2,607.45 |
| Tools/Small etc. | 49.76 |
| Shipping/boxes | 1,174.65 |
| Water Jet Supplies | 1,028.00 |
| Safety Supplies | 356.03 |
| Total Cost of Sales | 133,723.84 |

Lynskey Performance Products, LLC
Income Statement
For the Month Ending July 31, 2026

| | Current Month |
|---|---|
| Gross Profit | 155,426.64 |
| Expenses | |
| Warranty/repair/replace | 3,989.24 |
| S/M-Salaries/Wages | 17,019.25 |
| S/M Health Ins | 6,061.77 |
| Ads/Media Costs | 2,673.74 |
| Website/Google | 346.49 |
| Dues/Subscriptions | 1,028.94 |
| Website Maintenance | 50.25 |
| Workers Comp | 851.00 |
| Ins./Pkg/Liab.etc | 3,759.41 |
| Health Insurance | 3,638.20 |
| Wages/Salaries-office | 25,857.60 |
| CPA/Acctg Costs/Updates | 950.26 |
| Chapte 11 Fee's | 250.00 |
| Office Supplies | 249.52 |
| Janitoral Supplies | 72.56 |
| G/A internet-webmail | 265.00 |
| Bank Fees/wires | 466.79 |
| Fee's Paid to Shop Ebay Paypal | 3,315.66 |
| Rent / Lease Forklift | 396.11 |
| Bldg Security/Alarm | 222.29 |
| Telephone-general | 499.94 |
| Telephone - cell | 190.89 |
| Utilities | 7,275.65 |
| FB Real Estate Interest | 6,102.44 |
| Taxes & Licenses | 270.00 |
| Mark Guaranteed Payments | 11,946.00 |
| Tim Guaranteed Payments | 7,463.00 |
| Chris W-2 Payments | 10,048.50 |
| Tim W-2 Payments | 3,910.00 |

Lynskey Performance Products, LLC
Income Statement
For the Month Ending July 31, 2026

| | Current Month |
|---|---|
| Total Expenses | 119,170.50 |
| Net Income | $ 36,256.14 |

# Lynskey Performance Products, LLC
## Aged Payables
## As of Jul 31, 2026

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor | Invoice/CM # | Date | Date Due | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|---|
| Aetna | J3343145 08/26 | 7/20/26 | 8/20/26 | 12,760.03 | | | | 12,760.03 |
| **Aetna** | | | | **12,760.03** | | | | **12,760.03** |
| AirGas USA, LLC | 9171656782 | 5/3/26 | 6/2/26 | | 655.50 | | | 655.50 |
| AirGas USA, LLC | 9171865637 | 5/7/26 | 6/6/26 | | 2,434.34 | | | 2,434.34 |
| AirGas USA, LLC | 9172564789 | 6/3/26 | 7/3/26 | | 2,360.20 | | | 2,360.20 |
| AirGas USA, LLC | 9172568443 | 6/3/26 | 7/3/26 | | 655.50 | | | 655.50 |
| AirGas USA, LLC | 9173138394 | 6/23/26 | 7/23/26 | | 1,947.05 | | | 1,947.05 |
| AirGas USA, LLC | 1605511035 | 6/30/26 | 7/30/26 | | 26.15 | | | 26.15 |
| AirGas USA, LLC | 9173484583 | 7/3/26 | 8/2/26 | 655.50 | | | | 655.50 |
| AirGas USA, LLC | 9173944159 | 7/20/26 | 8/19/26 | 2,183.74 | | | | 2,183.74 |
| AirGas USA, LLC | 1605538857 | 7/31/26 | 8/30/26 | 72.11 | | | | 72.11 |
| **AirGas USA, LLC** | | | | **2,911.35** | **8,078.74** | | | **10,990.09** |
| Chattanooga Fire Protection Inc. | 203384 | 7/21/26 | 7/21/26 | 157.03 | | | | 157.03 |
| **Chattanooga Fire Protection Inc** | | | | **157.03** | | | | **157.03** |
| Chattanooga Gas | 4081361117 07/26 | 7/7/26 | 7/7/26 | 139.58 | | | | 139.58 |
| **Chattanooga Gas** | | | | **139.58** | | | | **139.58** |
| City of Chattanooga, TN | 100022033-01 07/26 | 7/27/26 | 8/27/26 | 693.03 | | | | 693.03 |
| **City of Chattanooga, TN** | | | | **693.03** | | | | **693.03** |
| De Lage Landen Financial Servic | Acct 4075313 26/07 | 7/1/26 | 7/1/26 | 396.11 | | | | 396.11 |
| **De Lage Landen Financial Servi** | | | | **396.11** | | | | **396.11** |
| Dominion Box Company | Rec 37018 | 7/22/26 | 8/21/26 | 20.75 | | | | 20.75 |
| **Dominion Box Company** | | | | **20.75** | | | | **20.75** |
| DSI Security Systems | 0090104 | 7/1/26 | 7/1/26 | 222.29 | | | | 222.29 |
| **DSI Security Systems** | | | | **222.29** | | | | **222.29** |
| FedEx | 2-579-77883 | 6/30/26 | 6/30/26 | | 67.70 | | | 67.70 |

# Lynskey Performance Products, LLC
## Aged Payables
## As of Jul 31, 2026

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor | Invoice/CM # | Date | Date Due | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|---|
| **FedEx** | | | | | **67.70** | | | **67.70** |
| Industrial Welding Supply | 00353728 | 5/8/26 | 6/7/26 | | 175.30 | | | 175.30 |
| Industrial Welding Supply | 00353727 | 5/8/26 | 6/7/26 | | 1,028.00 | | | 1,028.00 |
| Industrial Welding Supply | 00353726 | 5/8/26 | 6/7/26 | | 26.09 | | | 26.09 |
| Industrial Welding Supply | 00354109 | 5/15/26 | 6/14/26 | | 69.60 | | | 69.60 |
| Industrial Welding Supply | 00354478 | 5/22/26 | 6/21/26 | | 192.50 | | | 192.50 |
| Industrial Welding Supply | 00354856 | 5/29/26 | 6/28/26 | | 145.62 | | | 145.62 |
| Industrial Welding Supply | 00355054 | 5/31/26 | 6/30/26 | | 21.70 | | | 21.70 |
| Industrial Welding Supply | PO 36910 | 6/12/26 | 7/12/26 | | 46.40 | | | 46.40 |
| Industrial Welding Supply | 00357259 | 6/30/26 | 7/30/26 | | 21.00 | | | 21.00 |
| Industrial Welding Supply | PO 36910-1 | 7/10/26 | 8/9/26 | 101.68 | | | | 101.68 |
| Industrial Welding Supply | 00359543 | 7/31/26 | 8/30/26 | 21.70 | | | | 21.70 |
| **Industrial Welding Supply** | | | | **123.38** | **1,726.21** | | | **1,849.59** |
| Nanjing Machinery Co. | Rec 36857 | 7/20/26 | 7/20/26 | 463.80 | | | | 463.80 |
| Nanjing Machinery Co. | Rec 36820 | 7/21/26 | 7/21/26 | 3,210.90 | | | | 3,210.90 |
| Nanjing Machinery Co. | Rec 36688 | 7/24/26 | 7/24/26 | 1,914.19 | | | | 1,914.19 |
| Nanjing Machinery Co. | Rec 36881 | 7/24/26 | 7/24/26 | 3,075.00 | | | | 3,075.00 |
| Nanjing Machinery Co. | Rec 36957 | 7/24/26 | 7/24/26 | 1,220.00 | | | | 1,220.00 |
| **Nanjing Machinery Co.** | | | | **9,883.89** | | | | **9,883.89** |
| R.S. Hughes Co | Rec 36976 | 7/31/26 | 8/30/26 | 113.16 | | | | 113.16 |
| **R.S. Hughes Co** | | | | **113.16** | | | | **113.16** |
| Safety & Health Compliance Com | 2026-8 | 7/1/26 | 7/1/26 | 175.00 | | | | 175.00 |
| **Safety & Health Compliance Co** | | | | **175.00** | | | | **175.00** |
| United Parcel Service | 06F055-266 | 6/27/26 | 7/27/26 | 7,549.79 | | | | 7,549.79 |
| United Parcel Service | 06F055-276 | 7/4/26 | 8/4/26 | 4,143.53 | | | | 4,143.53 |
| United Parcel Service | 06F055-286 | 7/11/26 | 8/11/26 | 3,317.28 | | | | 3,317.28 |
| United Parcel Service | 06F055-296 | 7/18/26 | 8/18/26 | 4,136.35 | | | | 4,136.35 |
| United Parcel Service | 06F055-306 | 7/25/26 | 8/25/25 | 6,215.14 | | | | 6,215.14 |
| **United Parcel Service** | | | | **25,362.09** | | | | **25,362.09** |

# Lynskey Performance Products, LLC
## Aged Payables
## As of Jul 31, 2026

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor | Invoice/CM # | Date | Date Due | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|---|
| | | | | **52,957.69** | **9,872.65** | | | **62,830.34** |