Label Matrix for local noticing
0649-1
Case 1:26-bk-11156-NWW
Eastern District of Tennessee
Chattanooga
Thu Aug 27 18:05:27 EDT 2026

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Lynskey Performance Products, LLC
3911 Volunteer Drive
Chattanooga, TN 37416-3872

1
United States Bankruptcy Court
31 East 11th Street
Chattanooga, TN 37402-2722

A & V Waterjet Tech, Inc.
10501 N. Commerce Street
Mequon, WI 53092-4644

AIG Property Casualty, Inc.
Kevin J. Larner, Authorized Representati
28 Liberty Street, Floor 22
New York, NY 10005-1523

Aaron Baxter
1451 E 138th Ave
Brighton, CO 80602-6400

Adrian Rodriguez
28723 Woodsong Trail
Magnolia, TX 77355-5617

AirGas USA, LLC
700 Manufacturers Road
Chattanooga, TN 37405-3704

Airgas USA LLC
2015 Vaughn Rd NW Suite 400
Kennesaw, GA 30144-7802

Alejandro Maya
2625 N 115TH DR AVONDALE, AZ 85392-5928
Lago Canequin 66, Mexico City, Mexico

Alex Beurle
4324 Tottenham Rd
Charlotte, NC 28226-6622

Alli Hughes
1476 Sinclair Ave
Chattanooga, TN 37408-3125

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amy Cross
425 Heathermoor Drive
Farragut, TN 37934-2560

Andrew Breault
1191 Boston Turnpike
Bolton, CT 06043-7405

Andrew North
1102 Joe Annie St
Houston, TX 77019-4011

Andy Klingensmith
14204 Bennet Rd
Silver Spring, MD 20906-2001

Anthony Godbout
130 Gorham Pond Rd
Goffstown, NH 03045-3301

Antony Keith Russell
2330 N Langdon St
Mitchell, SD 57301-5343

April Thomson
5600 Columbia Pike
Falls Church, VA 22041-2702

Arvind Menon
405 Bradley Ct
Greenville, SC 29615-4467

Bikefix
310c Lake St
Oak Park, IL 60302-2604

Bill Church
3030 Statford Road
Richmond, VA 23225

Blue Clay Bikes
6303 Castle Hayne Rd
Castle Hayne, NC 28429-5013

Bob Hanlon
3540 Wild Oak Lane
Escondido, CA 92027-6512

Brad Walker
35 Woods Drive
Dahlonega, GA 30533-4698

Brady Thaete
351 Monte Vista Ave
Costa Mesa, CA 92627-1460

Brandt Industries, Inc.
2405 Riverside Drive
Chattanooga, TN 37406-3796

Brendan Curran
1356 Briarwood Drive
Naperville, IL 60540-5029

Brendan Farrell
427 Missouri Street
San Francisco, CA 94107-2826

Bret Brielmaier
908 Versailles Circle
Maitland, FL 32751-4558

Brett Bauer
200 W. Illinois Street
Bellingham, WA 98225-2517

Brian Basnight
461 Bayshore Rd
Nokomis, FL 34275-1909

Brian Seasholes
6 Delphinium Court
Rockville, MD 20853-1726

Bruce Reyes
14269 Mango Dr
Del Mar, CA 92014-2926

Bryce Holak
1048 N Marshfield Ave
Chicago, IL 60622-3838

CWS - Chattanooga Hauling
PO Box 675507
Detroit, MI 48267-5507

(p)CANE CREEK CYCLING COMPONENTS
ATTN JENIFER ARMSTRONG BOLTON
355 CANE CREEK ROAD
FLETCHER NC 28732-7404

Carol Sanchez
26186 Dolores Street
Carmel, CA 93923-9218

Carrick Rice
1625 Eagle Grove Ct
Wheeling, IL 60090-6902

Chambliss, Bahner & Stophel, PC
605 Chestnut Street
Suite 1700
Chattanooga, TN 37450-0019

Charles Adams
16 Adams Rd
East Berne, NY 12059-1848

Chase
Attn Bankruptcy
270 Park Avenue
New York, NY 10017-2070

Chase Visa
Cardmember Services
PO Box 6294
Carol Stream, IL 60197-6294

Chattanooga City Treasurer
P O Box 191
Chattanooga, TN 37401-0191

Chattanooga Gas
PO Box 5408
Carol Stream, IL 60197-5408

Chattanooga Gas Company
544 S. Independence Blvd.
Virginia Beach, VA 23452-1104

Chris Bone
9850 Downbrook Drive
Frisco, TX 75033-1963

Chris Therrien
12452 Greene Ave
Los Angeles, CA 90066-6433

Christian Hanson
2308 Loch Dr
Springfield, OR 97477-6519

Christian Kolden
213 Park View Drive
Franconia, NH 03580

Christopher Garcia
19758 Three Notch Rd
Lexington Park, MD 20653-3601

Christopher Lynskey
3911 Volunteer Drive
Chattanooga, TN 37416-3872

Clifford Eveleigh
2441 Camino Corso Rio
San Clemente, CA 92673-3643

Colby Miller
912 Woodland Road
Columbia Falls, MT 59912-8886

Colin Kane
200 West Hampton Ave
Spartanburg, SC 29306-5253

Connor Williams
16 Upland Rd
Belmont, MA 02478-2302

Constantin Cojocaru
8101 W Courte Dr
Niles, IL 60714-1198

Corey Hardin
124 Heath Street
Somerville, MA 02145-1419

Cynthia Herhahn
218 East Victoria Street
Santa Barbara, CA 93101-2021

DSI Security Systems
31 Poteet Drive
Chickamauga, GA 30707-3537

Dan Glascock
1028 Pacific Avenue
San Francisco, CA 94133-4210

Daniel McGuire
43 Great Plain Rd
Norwich, CT 06360-7034

Daniel Neubauer
5614 Arbutus CT
Greendale, WI 53129-1715

Daniel Panopio
1257 E Palacio Dr
Phoenix, AZ 85014-2347

Darrell Havener
29805 US Highway 24 North
Buena Vista, CO 81211-9640

Darren Whitlock
1552 E Stonemoor Cir
Salt Lake City, UT 84121-2515

Darris Johnson
20719 Fawn Timber Trl
Humble, TX 77346-3891

Dave Doughman
1463 NW 17th Street
Corvallis, OR 97330-2618

Dave Niday
88 E 8th Street
Waconia, MN 55387-9540

David Belsterling
9325 North Florence Road
Pittsburgh, PA 15237-4815

David Isham
289 Andromeda Lane
Castle Rock, CO 80108-3117

David Kalir
3555 Pinao St
Honolulu, HI 96822-1166

David Richert
105 Benson Blvd
Madison, AL 35758-8513

David Shinabery
Coyne Oil
914 W Pickard Street
Mount Pleasant, MI 48858-1572

De Lage Landen Financial Services Inc
PO Box 825736
Philadelphia, PA 19182-5736

Dirk Gassen
1851 San Diego Avenue
San Diego, CA 92110-2168

Dominion Box Company
PO Box 37
Dayton, TN 37321-0037

EMC Insurance Companies
PO Box 219637
Kansas City, MO 64121-9637

Edgar Cardenas Rojas
24127 Ayers Smith Trail
Richmond, TX 77469-1033

Edmundo Fuentes
2000 S Main St Ste 800
McAllen, TX 78503-5416

Elena Lev
664 Robinson Rd
Sebastopol, CA 95472-4101

Elias Behar
232 Sackett Street
Brooklyn, NY 11231-3643

Emily Scudiere
300 Monte Vista Ave
Oakland, CA 94611-4578

Eric Brown
252 Mado Ln
Chatt Hills, GA 30268-2391

Eric Brozell
1737 West 27th Street
Erie, PA 16508-1239

Eric Stern
9 Kerry Court
Scotts Valley, CA 95066-3233

Erik Bergman
1501 30th Ave
Seattle, WA 98122-3213

FFVA Select Insurance Co
PO Box 918292
Orlando, FL 32891-8292

Fatheree Fatheree
921 Minnesota Street
San Francisco, CA 94107-3011

FedEx Corporate Services Inc
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

FirstBank
Taylor Davis
1221 Broadway, Suite 2400
Nashville, TN 37203-7238

Frederic Newman
7425 San Ramon Dr
Milton, FL 32583-3018

Full Speed Ahead, Inc.
12212 Cyrus Way
Mukilteo, WA 98275-5702

Gene Palmer
492 West Potosi Point Court
Oro Valley, AZ 85737-3733

Geof Suits
6520 Last Light Court
Colorado Springs, CO 80919-3495

George Oliver
1201 N Tejon St
Colorado Springs, CO 80903-2321

Glenn Broughton
2804 Pintado Circle
Santa Fe, NM 87507-2523

Grant Grant
453 Reflection Road
Apple Valley, MN 55124-9463

Greggory Gruen
112 Cavendish Circle
Madison, AL 35758-7437

Gregory Heimbuck
11730 W 83rd Place
Arvada, CO 80005-5258

Guofei Chen
2953 Bunker Hill Lane
Santa Clara, CA 95054-1131

HED Cycling Products
1735 Terrace Drive
Roseville, MN 55113-1316

HHM, CPA's
1200 Market St
Chattanooga, TN 37402-2713

(p)HAMILTON COUNTY TRUSTEE
ATTN BANKRUPTCY DEPT
625 GEORGIA AVENUE ROOM 210
CHATTANOOGA TN 37402-1494

Han Nguyen
522 Palm Desert Drive
Garland, TX 75044-5000

Harold Spears
1725 Toomey Road
Austin, TX 78704-8884

Heather Thompson
905 W Eastman St
Chicago, IL 60642-0021

Heike Pfau
434 Martin Ter
State College, PA 16803-3425

Henderson, Hutcherson, & McCullough, PLLC
HHM CPAS
Attn: Beverly Edge
1200 Market Street
Chattanooga, TN 37402-2713

Humberto Roa
9282 Fletcher Bay RD NE
Bainbridge Island, WA 98110-1662

Industrial Welding Supply
PO Box 4014
Chattanooga, TN 37405-0014

Industry Nine Comp.
150 Westside Drive
Ste 9
Asheville, NC 28806-2847

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Irene Robertson
6118 97th Ave Ct West
University Place, WA 98467-1054

Isaac Mitchell
1713 East Oakland Ave
Johnson City, TN 37601-2160

J B Importers
PO Box 161859
Miami, FL 33116-1859

J&B Importers Inc
PO Box 161859
Miami, FL 33116-1859

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jack Schumacher
2706 Crawfis Rd SE
Lancaster, OH 43130-9094

Jacob Blequiere
210 Chestnut Hill Rd
Killingworth, CT 06419-1361

Jake Young
6523 Los Cantos Ave NW
Albuquerque, NM 87114-6330

James Brownsmith
6621 Northeast Baker Hill Road
Bainbridge Island, WA 98110-2063

James Cover
3132 Garfield Ave
Carmichael, CA 95608-3709

James Ulibarri
70 River Rock Rd
Sheridan, WY 82801-9033

Jeff Thorne
873 Oxford Ln
Colorado Springs, CO 80905-7905

Jeffrey Tholen
2023 Burroughs Steet
San Diego, CA 92111-6618

Jeremy Wentworth
60 Pinhook Rd
Bridgton, ME 04009-4170

Jim Mansi
123 East Winona Ave
Norwood, PA 19074-1137

Joe Garibaldi
1855 West Olive Avenue
El Centro, CA 92243-5411

John Carey
6057 27th St N
Arlington, VA 22207-1264

John Everett
8427 Braes Blvd
Houston, TX 77025-3101

John G. Sonntag
2540 South Walter Reed Dr Unit A
Arlington, VA 22206-1283

John Kaufmann
5245 North CR 600 E
Brownsburg, IN 46112-9481

John Peterson
315 E Park St
North Bend, WA 98045-8121

John Pulley
200 Sutherland Dr
Brunswick, GA 31525-8909

Johnnie Tillotson
110 Fairfield Drive
Clarksville, VA 23927-9008

Jose Molina
58 Nonotuck St
Florence, MA 01062-1942

Joshua Smith
5129 Eagle Harbor Dr NE
Bainbridge Island, WA 98110-2191

Juan Mejia
889 Mowry Ave
Fremont, CA 94536-4151

Kaitlyn Howe
1477 N Manzanita St
Canby, OR 97013-2994

Keith Heckelman
44 E Main St
Norwalk, OH 44857-1515

Keith Janocha
2065 Rockfield Road
Pittsburgh, PA 15243-1409

Keith Lundrigan
70 Beech Hill AVe
Manchester, NH 03103-5873

Keith von der Heydt
264 Sippewissett Rd
Falmouth, MA 02540-1869

Ken Yamamoto
930 W Pedregosa St
Santa Barbara, CA 93101-4622

Kenda
7095 Americana Parkway
Reynoldsburg, OH 43068-4118

Kevin A Pettit
10299 E 62nd Ave
Denver, CO 80238-4360

Kevin Callahan
500 Saint Johns Pl
Brooklyn, NY 11238-5452

Korby Koch
4801 Tupenny Lane
Raleigh, NC 27606-8317

Kristopher Gazsi
232 Harris St
Harrisburg, PA 17102-2432

Kyle Graves
19632 Ridgeway Rd
Plattsmouth, NE 68048-8000

Lane Dyer
1519 E Howell St
Seattle, WA 98122-2678

Langdon Hartsock
188 Tradd St
Charleston, SC 29401-1818

Laurance Alvarado
10101 Bentcross Dr
Potomac, MD 20854-4721

Lawrence M Jones
6327 N. 9th Street
Kalamazoo, MI 49009-8842

Lee Mayes
4825 Volusia Ave.
Titusville, FL 32780-6817

Leonard Dyko
Cycling Solutions
231 Springside Drive Suite 105
Akron, OH 44333-2455

Leroy Levine
907 Silver Ave SW A
Albuquerque, NM 87102-3004

Logan Sica
8767 W Floyd Dr
Lakewood, CO 80227-4731

MSC Industrial Supply
515 Broadhollow Rd
Suite 1000
Melville, NY 11747-3739

MSC Industrial Supply Co., Inc.
PO Box 1870
Ashland, VA 23005-4870

Marchand Venables
185 Celeste Way
Santa Cruz, CA 95065-9720

Mario Tobar
25 Overpeck Ave
Ridgefield Park, NJ 07660-1812

Mark Bedau
1520 SE Eton Lane
Milwaukie, OR 97222-7429

Mark Davison
9355 N Beck Rd
Plymouth, MI 48170-3330

Mark Jarvis
494 Geoghegan Road
Shelbyville, KY 40065-8037

Mark Lynskey
3911 Volunteer Drive
Chattanooga, TN 37416-3872

Mark Mester
57 Ocean Point
Isle of Palms, SC 29451-3852

Marv Mollnow
23420 East Portland Way
Aurora, CO 80016-2411

Matthew Battin
818 Lafayette Ave
Columbus, IN 47201-6271

Matthew Carter
919 10th St
Lake Charles, LA 70601-6226

Matthew Cooker
4638 Cerro Verde Place
Tarzana, CA 91356-4807

Matthew Horning
6325 Emerald Lake Dr
Troy, MI 48085-1335

Mel Odonohue
42 E. Poplar St.
Floral Park, NY 11001-3146

Michael Fitzsimmons
1025 Portola Dr
Monterey, CA 93940-5513

Michael Galuska
97 Grindstone Drive
Nebo, NC 28761-4518

Michael Jackson
642 Burton Ave
Highland Park, IL 60035-4812

Michael Sanguinetti
726 N Donner Hill Cir
Salt Lake City, UT 84108-3609

Michael Todd
4914 Alexandria Dr
Rowlett, TX 75088-6176

Miklos Van Halen
65 Delbrook Way
Marco Island, FL 34145-4604

Moab Bike Shop
710 Memorial Blvd Ste 100
Murfreesboro, TN 37129-2792

Morggan Oneill
3196 Crystal Ct.
Escondido, CA 92025-7763

Nathaniel Bloom
320 Lexington Drive
Menlo Park, CA 94025-2956

Nathaniel D Pham
1822 Bridgeview Ct
San Jose, CA 95138-2700

Nathaniel Damron
373 Canterbury Road South
Shakopee, MN 55379-1877

Neil Coleman
5161 Meadow Oaks Dr
Coconut Creek, FL 33073-2261

Nicolo Munoz
13822 Northeast Airport Way
Portland, OR 97251-9614

North American Alloys
3835 R East Thousand Oaks Blvd
Box 342
Westlake Village, CA 91362-6622

Paul Agnello
654 Walnut Valley Pkwy
Arden, NC 28704-9015

Paul Fatheree
921 Minnesota St
San Francisco, CA
94107
San Francisco, CA 94107-3011

Paul Klies
20235 134th Ave NE
Woodinvile, WA 98072-8685

Paul Pinholster
1512 Dartmouth Ave
Austin, TX 78757-1310

Paul Sausa
571 Claremorris
Powder Springs, GA 30127-3518

Paul Tseng
311 Northwest 12th Avenue
Portland, OR 97209-2991

Paula Degener
8871 Ridgeline Boulevard
Highlands Ranch, CO 80129-2432

Peter House
1680 W Stevanna Way
Flagstaff, AZ 86001-1156

Peter Uthuppuru
5400 N Brummetts Creek Rd
Bloomington, IN 47408-9417

Phil Bohaty
120 Laura Lane
ceresco, NE 68017

Phil Gauger
2166 Ashmore Drive
Ames, IA 50014-7840

R.S. Hughes Co
PO Box 45671
San Francisco, CA 94145-0671

Redus Brooks
1760 Northwest 56th Street
Seattle, WA 98107-5299

Richard Danda
1859 York Street
Denver, CO 80206-1213

Richard Gagnon
40 Darby Ln
Rochester, NH 03839-5406

Riverworks Marketing Group LLC
500 Notre Dame Ave
Chattanooga, TN 37412-2958

Robert Axle Project
61560 American Ln
Bend, OR 97702-9403

Robert DesEnfants
442 Oxford Dr
Bozeman, MT 59715-1789

Robert Marshall
47 Camby Rd
Verbank, NY 12585-5104

Rodney Adkison
1503 Notting Hill Dr
Jefferson City, MO 65109-8202

Ron Schneider
2495 South Fletcher Road
Chelsea, MI 48118-9620

Ruby T. Lynskey
3911 Volunteer Drive
Chattanooga, TN 37416-3872

Safety & Health Compliance Company, LLC
15667 AL Highway 117
Henagar, AL 35978-4351

Sam Calahan
1121 Colorado AVenue
Glenwood Spgs, CO 81601-3816

Sam Cheng
688 Josina Ave
Palo Alto, CA 94306-2713

Sarah Weiffenbach
820 SW Arrowhead Dr
Bentonville, AR 72712-3615

Sawyer Burnett
16819 426th Ave SE
North Bend, WA 98045-9637

Scott LaVigne
2723 S Irving St
Seattle, WA 98144-3806

Scott Murray
213 Park View Dr
Franconia, NH 03580

Scott Shick
850 Leyden Street
Denver, CO 80220-4621

Scott Weimer
480 Delaware Street
Wabash, IN 46992-2607

Scott Zeimen
Fitheach
1029 North Road, Suite 4
Westfield, MA 01085-9714

Screen Specialty Shop, Inc.
8406 NC Hwy. 163
West Jefferson, NC 28694-8128

Sean Ashouri
2900 Saint Regis Drive
Pflugerville, TX 78660-7071

Sebastian Gutierrez
109 South 9th Street
Brooklyn, NY 11249-6064

Shane Swindler
246 Dalton St
Ventura, CA 93003-1539

Shaun O'Connor
89 Rye Circle
South Burlington, VT 05403-7632

(p)SHOPIFY INC
100 SHOCKOE SLIP 2ND FLOOR
RICHMOND VA 23219-4100

Skyler Bercini
2936 Polk Street
San Francisco, CA 94109-8305

Southern Tool Steel
2726 Kanasita Drive
Hixson, TN 37343-4090

Southern Tool Steel
P.O. Box 736002
Dallas, TX 75373-6002

Sram Indianapolis
1333 N Kingsburty 4th Floor
Chicago, IL 60642-2687

Stephan Michaud
2734 Green Ln
Hopkinsville, KY 42240-3716

Stephen Fast
2108 2nd Ave N
Irondale, AL 35210-1114

Steve Gardner
5292 Oakdale Road Southeast
Smyrna, GA 30082-5245

Steve Kimberley
1945 Discovery Heights Drive
Bellingham, WA 98226-1731

Steven Brandt
Steve the Bike Guy
25 N Main Street
Ashland, MA 01721

Steven Leatherman
3849 West Chapel Road
Aberdeen, MD 21001-1116

Steven Mayse
1818 Sherwood Drive SW
Beloit, WI 53511-5658

Steven Stichler
816 Louise Drive
Sunnyvale, CA 94087-4138

Tennessee American Water
PO Box 6029
Carol Stream, IL 60197-6029

Theresa Nilsson
3911 Volunteer Drive
Chattanooga, TN 37416-3872

Thomas Denison
366 East Sycamore Grove Lane
Bountiful, UT 84010-8561

Thomas Dieterich
355 Kenneth Street
Saint Paul, MN 55105-1609

Thomas Riddell
8 Cleveland Ave
Narberth, PA 19072-1529

Tim Pifer
715 Quetta Avenue
Sunnyvale, CA 94087-1203

Timothy Dickson
2567 Creek Road
Feasterville, PA 19053-3215

Timothy Gobble
1742 3rd St
Hood River, OR 97031-2275

Timothy Lynskey
3911 Volunteer Drive
Chattanooga, TN 37416-3872

Tod Andrews
112 Bim St Apt A
Carrboro, NC 27510-2098

Trenton Olson
814 N Superior Street
Appleton, WI 54911-4435

Ty Rochester
34 Mountain Trce
Anniston, AL 36206-7628

Tyler Wilson
23900 42nd Ave SE
Bothell, WA 98021-7100

US Attorney's Office
FOR NOTICE PURPOSES ONLY
Howard H. Baker Jr. U.S. Courthouse 800
Knoxville, TN 37902

Uline
12575 Uline Dr
Pleasant Prarie, WI 53158-3686

United Parcel Service
PO Box 809488
Chiago, IL 60680-9488

United States Trustee
Historic U.S. Courthouse
31 E. Eleventh Street
Fourth Floor
Chattanooga, TN 37402-2722

Vinith Sudhir
2100 3rd Avenue
Seattle, WA 98121-2338

Will Perry
345 NW 79th St
Seattle, WA 98117-4016

William Fields
3325 Hickory Ridge Rd.
Shreveport, LA 71108-5309

William Hooper
2822 Clay St
Alameda, CA 94501-6325

William Schmidt
715 Parkside Drive
Sycamore, IL 60178-2320

William Scott Erdley
3937 Forest Parkway
North Tonawanda, NY 14120-3709

Yaoming Jian
64-23 79th Street
Middle Village, NY 11379-2307

W. Thomas Bible Jr.
Tom Bible Law
6112 Shallowford Road
Chattanooga, TN 37421-1615

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FIRSTBANK
505 20th Street North
Birmingham, AL 35203

Cane Creek Cycling Components
355 Cane Creek Rd
Fletcher, NC 28732

Hamilton County Trustee
Attn Bankruptcy Dept
625 Georgia Avenue, Room 210
Chattanooga, TN 37402

(d)Hamilton County Trustee
Attn: Bankruptcy Dept.
625 Georgia Avenue, Room 210
Chattanooga, TN 37402

Shopify
85 10th Avenue, Suite 800
New York, NY 10011

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)American Express
200 VESEY STREET,

(u)Nanjing Machinery Co.
c/o email japhye163.com

(u)New York, NY 10285-1000

(d)William Scott Erdley
3937 Forest Parkway
North Tonawanda, NY 14120-3709

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 264 |
| Bypassed recipients | 4 |
| Total | 268 |