**SO ORDERED.**
**SIGNED this 7th day of October, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Nicholas W. Whittenburg
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

**IN RE: LYNSKEY PERFORMANCE PRODUCTS, LLC** **CASE NO. 1:26-BK-11156-NWW**

**DEBTOR.** **CHAPTER 11**

**AGREED ORDER GRANTING MOTION TO EXTEND EXCLUSIVITY PERIOD AND DEADLINE FOR OBTAINING ACCEPTANCE OF CHAPTER 11 PLAN**

This matter, having come before the Court pursuant to the Motion to Extend Exclusivity Period and Deadline for Obtaining Acceptance of Chapter 11 Plan filed by Lynskey Performance Products, LLC (hereinafter "Debtor"), and the Court, being fully advised, finds that there was no opposition to the Motion, or that any opposition was withdrawn or overruled at the scheduled hearing. Additionally, relevant parties have agreed to and approve the below, as evidenced by the signature of their counsel. Therefore, due to the agreement of the parties and for good cause shown, it is hereby ORDERED as follows:

1. Debtor's Motion is hereby GRANTED.
2. Pursuant to 11 U.S.C. §1121(d), the exclusivity period shall be extended to 12/31/2026, without waiving the right to request further extensions.

3. Furthermore, the deadline to obtain acceptance of the Plan shall be extended to 2/15/2027, pursuant to 11 U.S.C. §1121(d), without waiving the right to request further extensions.

###

APPROVED FOR ENTRY:

TOM BIBLE LAW

/s/ W. Thomas Bible, Jr.
W. Thomas Bible, Jr. (014754)
6112 Shallowford Road
Chattanooga, Tennessee 37421
Phone: (423) 424-3116
Email: tom@tombiblelaw.com
*Attorney for Debtor*

/s/ Taylor C. Davis (by W.T.B. with permission)
Taylor C. Davis (TN BPR #043057)
BRADLEY ARANT BOULT CUMMINGS, LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
Phone: (615) 252-4641
Email: tdavis@bradley.com
Attorneys for FirstBank